**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. STUCKEY, JR., Plaintiff** | : | |
| **vs.** | : | **C.A. NO.: 07-310-L** |
| **CIGNA CORPORATION, BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE, Defendants.** | : | |

**DEFENDANT BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC.'S ASSENTED TO MOTION TO EXTEND**

Now comes the defendant, Bridgestone Americas Holding, Inc., f/k/a Bridgestone/Firestone Americas Holding, Inc., and hereby respectfully requests from this Court an extension of time to answer or otherwise respond to plaintiff William J. Stuckey, Jr.'s complaint. Plaintiff's counsel has assented to this motion. The parties have agreed that, subject to this Court's approval, the defendant, Bridgestone Americas Holding, Inc., f/k/a Bridgestone/Firestone Americas Holding, Inc., shall have up to and including September 12, 2007 to file an answer or other response.

Respectfully Submitted,
Bridgestone Americas Holding, Inc., f/k/a
Bridgestone/Firestone Americas Holding, Inc.
By Its Attorneys,

/s/ James A. Ruggieri

James A. Ruggieri, Esq. #2828
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:
Jason D. Fisher, Esq.
WALLER LANDSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a copy of the within document via electronic mail through Electronic Case Filing on the 20th day of August, 2007 to the following counsel of record:

Carl S. Levin, Esq.
ARMSTRON, GIBBONS & GNYS, LLP
155 South Main Street, Suite 301
Providence, RI 02903

Brooks R. Magratten, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903