**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. STUCKEY, JR.,** <br> **Plaintiff** | : | |
| **vs.** | : | **C.A. NO.: 07-310-L** |
| **CIGNA CORPORATION, BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE,** <br> **Defendants.** | : | |

**DEFENDANT BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC.'S NOTICE OF CONSENT TO REMOVAL**

Defendant, Bridgestone Americas Holding, Inc., f/k/a Bridgestone/Firestone Americas Holdings, Inc., by and through the undersigned counsel, hereby consents to the Notice of Removal filed by defendant, Cigna Corporation, pursuant to 28 U.S.C. §1446(b), on or about August 16, 2007, requesting the removal of this action from the Superior Court, Providence County, State of Rhode Island, Civil Action No. PC 07-3788.

Respectfully Submitted,
Bridgestone Americas Holding, Inc., f/k/a
Bridgestone/Firestone Americas Holding, Inc.
By Its Attorneys,

/s/ James A. Ruggieri
James A. Ruggieri, Esq. #2828
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Of Counsel:
Jason D. Fisher, Esq.
WALLER LANDSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a copy of the within document via electronic mail through Electronic Case Filing on the 20th day of August, 2007 to the following counsel of record:

Carl S. Levin, Esq.
ARMSTRON, GIBBONS & GNYS, LLP
155 South Main Street, Suite 301
Providence, RI 02903

Brooks R. Magratten, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903