UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. STUCKEY, JR., Plaintiff | ) | |
| v. | ) | C.A. No. 07-00310/ML |
| CIGNA CORPORATION, BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE, Defendants | ) | |

**NOTICE OF FILING OF STATE COURT RECORD**

Pursuant to L.R.Civ. 81 , defendant Cigna Corporation files herewith a copy of its Notice of Removal, state court docket sheet and certified copies of state court filings.

Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendant
CIGNA Corporation
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [fax]
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Date: August 21, 2007

# CERTIFICATE OF SERVICE

TO:

Carl S. Levin, Esq.
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Notice of Filing of State Court Record by mailing first class mail, postage prepaid, on the 21st day of August, 2007.

Melanie Goette

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-3788 WILLIAM STUCKEY V CIGNA CORPORATION

Filing Date: 07-24-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 08-17-2007

Plaintiff: WILLIAM STUCKEY
ID: @10918257

Attorney: CARL LEVIN

Defendant: CIGA CORPORATION
ID: @10918258
Defendant: BRIDGESTONE AMERICAS HOLDING INC
ID: @10918259
Defendant: BRIDGESTONE FIRESTONE AMERICAS HOLD
ID: @10918260

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-24-2007 | COMPLAINT FILED | |
| 07-24-2007 | INITIAL FILING FEE | |
| 07-24-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP253023. |
| 08-08-2007 | SUMMONS,PROOF OF SERVICE FILED | FOR DEF BRIDGESTONE/FIRESTONE. |
| 08-16-2007 | NOTICE OF REMOVAL | Affiliated: CIGA CORPORATION |
| 08-16-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT #07-00310 ML |
| 08-17-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island