**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. STUCKEY, JR.,** <br> **Plaintiff** | : <br> : | |
| | : | |
| **vs.** | : | **C.A. NO.: 07-310-L** |
| | : | |
| **CIGNA CORPORATION, BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE,** <br> **Defendants.** | : <br> : <br> : <br> : <br> : <br> : <br> : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant, Bridgestone Americas Holding, Inc. f/k/a Bridgestone/Firestone Americas Holding, Inc., hereby moves that Jason D. Fisher be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Bridgestone Americas Holding, Inc. f/k/a
Bridgestone/Firestone Americas Holding, Inc..
(Defendant)
By: James A. Ruggieri, Esq.
Bar ID No. 2828
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
401-272-3500
401-273-8780 (fax)

Dated: August 21, 2007

## ATTORNEYS CERTIFICATION FOR PRO HACE VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Tennessee and the following Federal Court bars: United States District Courts for the Eastern District of Tennessee, Middle District of Tennessee, Western District of Tennessee, Eastern District of Arkansas, Western District of Arkansas and District of Colorado as well as the United States Courts of Appeal for the Sixth and Eighth Circuits, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court.

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) I have not been admitted or applied to be admitted pro hac vice in any case in this District in the past 12 months.

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon this Court's motion or motion of other parties in the case.

/s/ Jason D. Fisher
Signature of *Pro Hac Vice* Applicant

Jason D. Fisher – 20076
Print Name TN Bar ID#

Waller Lansden Dortch & Davis LLP
511 Union Street, Suite 2700
Nashville, TN 37219

Tel: 615-850-8782
Fax: 615-244-6804

I hereby certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ James A. Ruggieri
Signature of Local Counsel

James A. Ruggieri – 2828
Print Name RI Bar ID#

Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
Tel: 401-272-3500
Fax: 401-273-8780

----------------------------------------------------------------------------------------------------

**ORDER**

This motion is hereby ______________________________________________________

____________________________
District Judge

Date: