UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. STUCKEY, JR., Plaintiff | ) | C.A. No. 07-310/ML |
| v. | ) | |
| CIGNA CORPORATION, BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC. and JOHN DOE, Defendants | ) | STIPULATION |

Plaintiff and defendant Cigna Corporation agree that:

1. The Connecticut General Life Insurance Company may be substituted as a defendant for Cigna Corporation; and

2. The Connecticut General Life Insurance Company may have up to and including September 15, 2007 to respond to the complaint.

/s/ Carl S. Levin
Carl S. Levin, Esq., #3336
ARMSTRONG, GIBBONS & GNYS, LLP
Attorneys for Plaintiff
155 South Main Street – Suite 301
Providence, Rhode Island 02903
(401) 751-1500
(401) 751-4124 FAX
clevin@agglaw.com

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendant CIGNA Corporation
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: August 27, 2007

CERTIFICATE OF SERVICE

To:

Carl S. Levin, Esq.
Armstrong, Gibbons & Gnys, LLP
155 South Main Street – Suite 301
Providence, RI 02903

James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

I hereby certify that I electronically filed this Stipulation on August 27, 2007. The Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Brooks R. Magratten