**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. STUCKEY, JR.,**<br>**Plaintiff,**<br><br>**vs.**<br><br>**CIGNA CORPORATION,**<br>**BRIDGESTONE AMERICAS**<br>**HOLDING, INC., f/k/a**<br>**BRIDGESTONE/FIRESTONE**<br>**AMERICAS HOLDING, INC. & JOHN**<br>**DOE,**<br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. NO.: 07-310-L** |

**DEFENDANT BRIDGESTONE AMERICAS HOLDING, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Nongovernmental Corporation

- The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:
  - Bridgestone Corporation is the parent corporation of the filing party. Neither is publicly traded on any United States exchange (Bridgestone Corporation is traded on the Nikkei (Tokyo) stock exchange), and no other publicly traded company owns 10% or more of the filing party's stock.
- There are no outstanding merger agreements that would affect the ownership or name of the filing party.

Respectfully Submitted,
Bridgestone Americas Holding, Inc. f/k/a Bridgestone/Firestone Americas Holding, Inc.
By Its Attorneys,

/s/ James A. Ruggieri

James A. Ruggieri, Esq. #2828
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Pro Hac Vice Counsel:
Jason D. Fisher, Esq., TN Bar # 20076
WALLER LANSDEN DORTCH & DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: (615) 244-6380
Fax: (615) 244-6804

## CERTIFICATE OF SERVICE

I hereby that I caused to be served a copy of the within document via electronic mail through Electronic Case Filing on the 12th day of September, 2007 to the following counsel of record:

Carl S. Levin, Esq.
ARMSTRONG, GIBBONS & GYNS, LLP
155 South Main Street, Suite 301
Providence, RI 02903

Brooks R. Magratten, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

/s/ James A. Ruggieri