**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM J. STUCKEY, JR.,<br>Plaintiff,<br><br>vs.<br><br>CIGNA CORPORATION,<br>BRIDGESTONE AMERICAS<br>HOLDING, INC., f/k/a<br>BRIDGESTONE/FIRESTONE<br>AMERICAS HOLDING, INC. & JOHN<br>DOE,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO.: 07-310-L |

**ENTRY OF APPEARANCE**

I, Samuel C. Bodurtha, hereby enter my appearance as counsel on behalf of Bridgestone Americas Holding, Inc., f/k/a Bridgestone/Firestone Americas Holding, Inc. in the above captioned matter.

Respectfully Submitted,
Bridgestone Americas Holding, Inc. f/k/a
Bridgestone/Firestone Americas Holding, Inc.
By Its Attorneys,

/s/ Samuel C. Bodurtha

Samuel C. Bodurtha, Esq. #7075
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

## CERTIFICATE OF SERVICE

I hereby that I caused to be served a copy of the within document via electronic mail through Electronic Case Filing on the 3rd day of January, 2008 to the following counsel of record:

Carl S. Levin, Esq.
ARMSTRONG, GIBBONS & GYNS, LLP
155 South Main Street, Suite 301
Providence, RI 02903

Brooks R. Magratten, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

Jason D. Fisher, Esq.
Waller, Landsen, Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

/s/ Samuel C. Bodurtha, Esq.