**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. STUCKEY, JR., Plaintiff,** | : | |
| **vs.** | : | **C.A. NO.: 07-310-L** |
| **CIGNA CORPORATION, BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE, Defendants.** | : | |

**STIPULATION**

Plaintiff and Defendant Bridgestone Americas Holding, Inc. agree that Defendant Bridgestone Americas Holding, Inc. may have up to and including March 31, 2008 to respond to Plaintiff's Interrogatories and Request for Production of Documents.

/s/ Carl S. Levin (by consent)
Carl S. Levin, Esq. #3336
ARMSTRONG, GIBBONS & GYNS LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
Tel: (401) 751-1500
Fax: (401) 751-4124

Attorneys for Plaintiff

/s/ Samuel C. Bodurtha
James A. Ruggieri, Esq. #2828
Samuel C. Bodurtha, Esq. #7075
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Pro Hac Vice Counsel:
Jason D. Fisher, Esq., TN Bar # 20076
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: (615) 244-6380
Fax: (615) 244-6804
Attorneys for Defendant Bridgestone

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a copy of the within document via electronic mail through Electronic Case Filing on the 27th day of February, 2008 to the following counsel of record:

Carl S. Levin, Esq.
ARMSTRONG, GIBBONS & GYNS, LLP
155 South Main Street, Suite 301
Providence, RI 02903

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

/s/ Samuel C. Bodurtha, Esq.