**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. STUCKEY, JR.** | : | |
| | : | |
| **V.** | : | **C.A. No. 07-310ML** |
| | : | |
| **CONNECTICUT GENERAL LIFE INSURANCE COMPANY, BRIDGESTONE AMERICAS HOLDING, INC. f/k/a BRIDGESTONE/ FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE** | : | |

**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO THE REQUEST FOR THE PRODUCTION OF DOCUMENTS SUBMITTED BY CONNECTICUT GENERAL LIFE INSURANCE COMPANY**

Plaintiff and Defendant Connecticut General Life Insurance Company agree that Plaintiff may have up to and including March 31, 2008 to respond to the request for the production of documents submitted to Plaintiff by Connecticut General Life Insurance Company.

Plaintiff,

/s/
Carl S. Levin, Esq. #3336
Armstrong, Gibbon & Gnys, LLP
155 South Main Street, Suite 301
Providence, RI 02903
(401) 751-1500, Ext. 26
(401) 751-4124 Facsimile
*clevin@agglaw.com*

Connecticut General Life Insurance Company

/s/
Catherine A. Shaghalian, Esq. #6883
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 Facsimile
*cshaghalian@vetterandwhite.com*

Dated: March 21, 2008

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 21st day of March, 2008, I electronically filed this Stipulation to Extend Time. This Stipulation is available for viewing and downloading from the Court's Electronic Case Filing System. Service on the counsel listed below will be effectuated by electronic means and by mailing first class, postage prepaid, to non-registered parties.

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James A. Ruggieri, Esq.
Samuel C. Bodurtha, Esq.
Higgins, Cavanagh & Cooney, LLP.
123 Dyers Street
Providence, RI 02903

Jason D. Fisher, Esq.
Waller, Landsen, Dortch & Davis, LLP.
511 Union Street, Suite 2700
Nashville, TN 37219

/s/ Carl S. Levin