UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. STUCKEY, JR., Plaintiff, | : | |
| vs. | : | C.A. NO.: 07-310-L |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE, Defendants. | : | |

**WITHDRAWAL OF APPEARANCE**

I hereby withdraw my appearance as counsel on behalf of Bridgestone Americas Holding, Inc., f/k/a Bridgestone/Firestone Americas Holding, Inc. in the above captioned matter.

/s/ Samuel C. Bodurtha
Samuel C. Bodurtha, Esq. #7075
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

**CERTIFICATE OF SERVICE**

I hereby that I caused to be served a copy of the within document via e-mail and First-Class U.S. Mail on the 11th day of June, 2008 to the following counsel of record:

Carl S. Levin, Esq.
ARMSTRONG, GIBBONS & GYNS, LLP
155 South Main Street, Suite 301
Providence, RI 02903

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

/s/ Samuel C. Bodurtha