**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM J. STUCKEY, JR. | : | |
| | : | |
| V. | : | C.A. No. 07-310ML |
| | : | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, BRIDGESTONE AMERICAS HOLDING, INC. f/k/a BRIDGESTONE/ FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE | : : : : | |

**PLAINTIFF'S MOTION TO EXTEND THE PRETRIAL ORDER**

Now comes the Plaintiff, William Stuckey, Jr., by and through his attorneys, and files this motion to extend the Pretrial Order by an additional sixty (60) days. As a basis for this motion, Plaintiff asserts as follows:

1. Plaintiff's counsel received CGLIC's final discovery responses on or about June 5, 2008.
2. Plaintiff's counsel received Bridgestone's final discovery responses on or about May 21, 2008.
3. Plaintiff's counsel requests additional time to schedule and take the depositions of witnesses who are located outside of this State.
4. Counsel for Plaintiff and Bridgestone have initiated settlement discussions.
5. In the event that a settlement cannot be achieved, counsel for Bridgestone intends to take Plaintiff's deposition.
6. Counsel for Bridgestone assents to the request for an extension of the Pretrial Order.
7. Counsel for CGLIC neither objects nor assents to the request for an extension of the Pretrial Order.

**WHEREFORE**, Plaintiff requests that this Honorable Court grant the motion to extend the Pretrial Order as follows:

- All discovery will be closed by September 29, 2008;
- Dispositive motions shall be filed by October 13, 2008; and
- Counsel shall file their trial memorandum by October 31, 2008.

Plaintiff,
William J. Stuckey, Jr.
By his Attorneys,

/S/_______________________
Carl S. Levin, Esq. # 3336
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, RI 02903
(401) 751-1500
(401) 751-4124 (fax)
*clevin@agglaw.com*

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that on the 2nd day of July, 2008, I caused to be served a true copy of the within Plaintiff's Motion to Extend Pretrial Order to the following counsel of record:

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James A. Ruggieri, Esq.
Samuel C. Bodurtha, Esq.
Higgins, Cavanagh & Cooney, LLP.
123 Dorrance Street
Providence, RI 02903

Jason D. Fisher, Esq.
Waller, Landsen, Dortch & Davis, LLP.
511 Union Street, Suite 2700
Nashville, TN 37219

/S/
_______________________
Carl S. Levin, Esq.