**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM J. STUCKEY, JR. | : | |
| | : | |
| V. | : | C.A. No. 07-310ML |
| | : | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, BRIDGESTONE AMERICAS HOLDING, INC. f/k/a BRIDGESTONE/ FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE | : | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF THE MOTION TO EXTEND THE PRETRIAL ORDER**

Now comes the Plaintiff, William Stuckey, Jr., by and through his attorneys, and files this memorandum in support of the Plaintiff's motion to extend the Pretrial Order by an additional sixty (60) days.

Plaintiff's counsel received CGLIC's final discovery responses on or about June 5, 2008, and Bridgestone's final discovery responses on or about May 21, 2008. Plaintiff's counsel is seeking additional time to schedule and take the depositions of employees of CGLIC and Bridgestone who are located outside of this State. Additionally, counsel for Plaintiff and Bridgestone have initiated settlement discussions, and in the event that a settlement cannot be achieved, counsel for Bridgestone intends to take Plaintiff's deposition.

Counsel for Bridgestone has assented to the Plaintiff's motion to extend the Pretrial Order. Counsel for CGLIC neither objects nor assents to the Plaintiff's motion to extend the Pretrial Order.

**WHEREFORE**, Plaintiff requests that the Pretrial Order be extended as follows:

- All discovery will be closed by September 29, 2008;
- Dispositive motions shall be filed by October 13, 2008; and
- Counsel shall file their trial memorandum by October 31, 2008.

Plaintiff,
William J. Stuckey, Jr.
By his Attorneys,

/S/________________________

Carl S. Levin, Esq. # 3336
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, RI 02903
(401) 751-1500
(401) 751-4124 (fax)
*clevin@agglaw.com*

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that on the 2nd day of July, 2008, I caused to be served a true copy of the within Plaintiff's Motion to Extend Pretrial Order to the following counsel of record:

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James A. Ruggieri, Esq.
Samuel C. Bodurtha, Esq.
Higgins, Cavanagh & Cooney, LLP.
123 Dorrance Street
Providence, RI 02903

Jason D. Fisher, Esq.
Waller, Landsen, Dortch & Davis, LLP.
511 Union Street, Suite 2700
Nashville, TN 37219

/S/

________________________
Carl S. Levin, Esq.