# Exhibit 1

## Connecticut General Life Insurance Company Policy

# Connecticut General
## Life Insurance Company
Hartford, Connecticut 06152

CONNECTICUT GENERAL LIFE INSURANCE COMPANY (called CG) certifies that it insures the person named in the Certificate Coverage Verification Page (called the Insured) for the benefits provided by Group Flexible Premium Adjustable Life Insurance Policy 2024602 (called the Policy).

| | |
|---|---|
| POLICYHOLDER: | Trustee of the National Employer Group Insurance Trust |
| EMPLOYER: | Bridgestone/Firestone, Inc. |
| EMPLOYER ACCOUNT NO.: | 0530550 |
| EMPLOYER PARTICIPATION DATE: | January 1, 1986 |
| EMPLOYER ANNIVERSARY DATE: | January 1 |

NOTICE

This Certificate does not apply to any Insured unless a Certificate Coverage Verification Page is attached to it, indicating the Insured's name, the Certificate Effective Date and the Insured's Coverage Amount.

This Certificate describes the main features of the insurance. It does not waive or alter any of the terms of the Policy. If questions arise, the Policy will govern.

This Certificate takes the place of any other issued to the Insured on a prior date which described the insurance.

**Connecticut General Life Insurance Company**

David C Kopp
Corporate Secretary

Thomas C Jones
PRESIDENT

GM6000 C1

V-12

TABLE OF CONTENTS


| | PAGE |
|---|---|
| CERTIFICATION | 1 |
| DEFINITIONS | 3 |
| THE SCHEDULE | 6 |
| WHO IS INSURED - CLASSES OF ELIGIBLE PERSONS | 11 |
| WHO IS INSURED - EFFECTIVE DATE | 13 |
| LIFE INSURANCE DEATH BENEFIT | 17 |
| SUPPLEMENTAL ACCIDENTAL DEATH BENEFIT | 20 |
| NONFORFEITURE PROVISIONS | 23 |
| LOAN PROVISIONS | 28 |
| PAID-UP INSURANCE | 29 |
| TERMINATION OF INSURANCE | 30 |
| CANCELLATION PROVISIONS | 31 |
| TABLE OF GUARANTEED MAXIMUM MONTHLY LIFE INSURANCE RATES | 33 |
| PREMIUM PROVISIONS | 34 |
| OWNERSHIP AND ASSIGNMENT | 36 |
| BENEFICIARY PROVISIONS | 38 |
| MISCELLANEOUS PROVISIONS | 39 |
| ACCELERATED PAYMENT BENEFIT INSURANCE RIDER | 42 |

# DEFINITIONS

You will find terms starting with capital letters throughout your Certificate. All of these terms are defined in the Policy. Definitions included here are to help in understanding the benefits.

**Employer.** The Employer is Bridgestone/Firestone, Inc.

**Employee.** A full-time Employee of the Employer in one of the Classes of Eligible Employees described in the Classes of Eligible Persons provisions. The term does not include Employees who are part-time or temporary or who normally work less than 30 hours a week for the Employer.

**Spouse.** Except for the purpose of eligibility for insurance, the lawful Spouse of an Employee, including a Spouse who is legally separated, divorced, or widowed.

**Dependent Child.** The unmarried Child of an Employee who is:

- 15 days of age, but less than 19 years old;
- 19 or more years old, but less than 25 years, enrolled in a school as a full-time student and primarily supported by the Employee;
- 19 or more years old, and primarily supported by the Employee, and incapable of self-sustaining employment by reason of mental or physical handicap. Proof of the Child's condition and dependence must be submitted to CG within 31 days after the date the Child ceases to qualify as a Dependent for the reasons listed above. During the next two years, CG may, from time to time, require proof of the continuation of such condition and dependence. After that, CG may require proof no more than once a year.

The term "Child" means a Child born to or legally adopted by the Employee. It also means a stepchild living with the Employee.

**Class A Insured.** An Employee of the Employer who is insured under the Policy.

**Class B Insured.** An active Employee's Spouse who is insured under the Policy.

**Class C Insured.** The Dependent Child of an Employee for which a Class A, Class B, Former Class A, or Former Class B Insured has elected coverage under the Policy.

**Class D Insured.** A former Class C Insured who no longer qualifies as such, and who has elected to continue his insurance under the Policy.

**Former Class A or Former Class B Insured or Spouse of a Former Class A Insured**

(a) A Class A Insured or Class B Insured who no longer qualifies as such and who has elected to continue his insurance under the Policy; or (b) a Spouse of a Former Class A Insured who has elected to be insured under the Policy on or after the date the Class A Insured becomes a Former Class A Insured.

DEF37 M

**Employer Participation Date**

The date on which the Employer's participation agreement is approved by CG and the insurance for his Employees first becomes effective under the Policy.

**Hospital.** The term "Hospital" means:

- an institution licensed as a Hospital which: (a) maintains, on the premises, all facilities necessary for medical and surgical treatment; (b) provides such treatment on an inpatient basis, for compensation, under the supervision of Physicians; and (c) provides 24-hour service by Registered Graduate Nurses; or
- an institution which qualifies as a Hospital, a psychiatric Hospital or a tuberculosis Hospital, and a provider of services under Medicare, if such institution is accredited as a Hospital by the Joint Commission on the Accreditation of Hospitals.

The term "Hospital" will not include an institution which is primarily a place for rest, a place for the aged, a place for the treatment of alcohol or drug abuse or a nursing home.

**Insured.** A person who is eligible for insurance under the Policy as a Class A, Class B, Class C, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured, and for whom coverage has been elected and has not ceased.

**Active Service.** An Employee will be considered in Active Service with the Employer on a day which is one of the Employer's scheduled work days if he is performing in the usual way all of the regular duties of his work for the Employer on a full-time basis on that day, either at one of the Employer's places of business or at some location to which the Employer's business requires him to travel. An Employee will be deemed in Active Service on a day which is not one of the Employer's scheduled work days only if he was in Active Service on the preceding scheduled work day.

**Annual Compensation.** A Class A Insured's rate of pay as reported by the Employer. It does not include overtime, bonus, additional compensation, or pay for more than 40 hours in a week.

**Attained Age.** An Insured's age on his last birthday prior to or that is the same date as January 1.

**Insurability Requirement.** An Insured will be considered to have satisfied the Insurability Requirement for a Coverage Amount on the day CG accepts that person as insurable for that amount. To determine a person's acceptability for a Coverage Amount, CG will require evidence of good health and may require that it be presented by the person at his own expense.

**Lapse.** As defined in the Insufficient Cash Value (Lapse) section.

**Certificate Anniversary Date.** The date in each year that is the same as the date on which the Insured's coverage became effective.

**Certificate Maturity Date.** The January 1 that is the same as or next follows the 95th birthday of a Class A, Class B, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured.

**Monthly Calculation Date.** The first of each calendar month.

**Policy Year.** The 12-month period starting on any January 1 until the next January 1.

# THE SCHEDULE

## Life Insurance
## For You and Your Dependents

| CLASS A INSURED | COVERAGE AMOUNT |
|---|---|
| Each Class A Insured | An amount elected by that Insured equal to 1/2, 1, 2, 3, 4, or 5 times his Annual Compensation, rounded to the next higher $10,000, if not already an even multiple of $10,000, less his Paid-up Insurance, if any. The sum of the Coverage Amount and the Paid-up Insurance, if any, will not exceed: (a) 5 times his Annual Compensation, rounded to the next higher $10,000; or (b) $1,500,000, whichever is less. |

If a Class A Insured initially elects a Coverage Amount that is the higher than 1/2 or 1 times his Annual Compensation, rounded to the next higher $10,000, or $240,000, whichever is less, he will become insured for the amount that exceeds 1/2 or 1 times his Annual Compensation, rounded to the next higher $10,000, or $240,000, whichever is less, only if he satisfies the Insurability Requirement for that amount.

When a Class A Insured elects to be insured, he may enroll for the Automatic Increase Option. Under that Option:

- his Coverage Amount will be increased on the January 1 after each increase in his Annual Compensation; and
- he will not be required to satisfy the Insurability Requirement for the increased amount.

If a Class A Insured does not elect the Automatic Increase Option when he first becomes insured, or if he elects the Option and later revokes it, he may elect the Option at a later date. If he elects the Option at a later date, he must satisfy the Insurability Requirement before he is enrolled for the Option.

However, if a Class A Insured is not enrolled for the Automatic Increase Option, he must satisfy the Insurability Requirement before he becomes insured for an increased Coverage Amount based on each increase in his Annual Compensation.

# THE SCHEDULE

## Life Insurance
## For You and Your Dependents (Continued)

| CLASS B INSURED | COVERAGE AMOUNT |
| --- | --- |
| Each Class B Insured | An amount elected for that Insured in increments of $10,000, less his Paid-up Insurance, if any. The sum of the Coverage Amount and the Paid-up Insurance, if any, will not exceed: (a) 3 times the Employee's Annual Compensation; or (b) $50,000, whichever is less. |

If the Coverage Amount initially elected for a Class B Insured is higher than $10,000 or $20,000, he will become insured for the amount that exceeds $10,000 or $20,000 only if he satisfies the Insurability Requirement for that amount.

| CLASS C INSURED | COVERAGE AMOUNT |
| --- | --- |
| Each Class C Insured | $10,000 |

| CLASS D INSURED | COVERAGE AMOUNT |
| --- | --- |
| Each Class D Insured | An amount elected for that Insured in increments of $10,000, less his Paid-up Insurance, if any, subject to a minimum of $10,000. The sum of the Coverage Amount and the Paid-up Insurance, if any, will not exceed $50,000. |

# THE SCHEDULE

## Life Insurance
## For You and Your Dependents (Continued)

| FORMER CLASS A INSURED, FORMER CLASS B INSURED, AND SPOUSE OF A FORMER CLASS A INSURED | COVERAGE AMOUNT |
|---|---|
| Each Former Class A Insured | An amount elected by that Insured based on The Schedule for each Class A Insured. |
| Each Former Class B Insured and each Spouse of a Former Class A Insured | An amount elected by that Insured based on The Schedule for each Class B Insured. |

# THE SCHEDULE

## Life Insurance
## For You and Your Dependents (Continued)

**DECREASES IN COVERAGE AMOUNT.** Each Class A, Class B, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured may elect a decrease in his Coverage Amount at any time by signing a Service Life Change Form. The decrease in Coverage Amount will become effective on the first of the month after the Insured has signed the Service Life Change Form and it has been received by CG.

**INCREASES IN COVERAGE AMOUNT.** On any date:

- a Class A Insured may elect an increased Coverage Amount based on a higher multiple of his Annual Compensation;
- a Class A Insured who has not elected the Automatic Increase Option may elect an increase in his Coverage Amount due to an increase in his Annual Compensation;
- an election may be made to increase a Class B, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured's Coverage Amount.

# THE SCHEDULE

## Life Insurance
## For You and Your Dependents

### Increases in Coverage Amount (Continued)

However, the Insured will become covered for the elected higher Coverage Amount only if he satisfies the Insurability Requirement for that amount. The effective date of the increase will be the day CG accepts the Insured for the higher Coverage Amount.

If a Class A Insured is not in Active Service on the date he would otherwise become insured for an increased Coverage Amount, he will become insured for the increase on the date he returns to Active Service. If, on the date a Class B, Class C, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured would otherwise become insured for an increased Coverage Amount: (a) he is a patient in a Hospital; or (b) he is unable to engage in the normal activities of a person of the same sex and ability; he will become insured for the increase on the day after the condition described under (a) or (b) has ended.

**LIMIT ON INCREASES OR DECREASES.** CG may refuse any increase or decrease in an Insured's Coverage Amount if, in the opinion of CG, such change would adversely affect the Policy's qualification as a life insurance policy under the Internal Revenue Code.

# WHO IS INSURED

## Classes of Eligible Persons

A person may be insured under only one of the Classes of Eligible Persons shown below, even though he may be eligible under more than one Class.

## Class A — Employee

Each Employee of the Employer in one of the Classes of Eligible Employees shown below will become eligible to be insured as a Class A Insured on the later of:

- the Employer Participation Date; or
- the date he becomes an Employee of the Employer in one of the Classes of Eligible Employees.

**Classes of Eligible Employees**

Each Employee who has met the Employer's benefit eligibility requirements.

## Class B — Spouse

Each Spouse of an eligible Employee will become eligible to be insured as a Class B Insured on the later of:

- the date the Employee becomes eligible to be insured for himself; or
- the date a person becomes a Spouse of an eligible Employee;

provided the Spouse is less than 65 years of age on that date.

For the purpose of eligibility, the Spouse must be a lawful Spouse and not legally separated from the Employee.

### Classes of Eligible Persons (Continued)

### Class C — Dependent Child

If an eligible Employee or eligible Spouse has elected the insurance for himself, he is eligible to have his Dependent Child or Children covered as Class C Insureds on the date such Employee or Spouse:

- elects coverage for himself; or
- acquires a Dependent Child;

whichever is later.

In no event will a Dependent Child be eligible to become insured by both an eligible Employee and an eligible Spouse or by two eligible Employees.

### Class D — Former Dependent Child

A Class C Insured whose coverage under the Policy would otherwise cease because he no longer qualifies as a Dependent Child, will become eligible to be insured as a Class D Insured on the date he ceases to be a Class C Insured.

In addition, a Class C Insured whose insurance as a Dependent Child has not yet ceased and who is at least 22 years of age is eligible to be insured as a Class D Insured instead of being insured as a Class C Insured.

### Former Class A or Former Class B Insured and Spouse of a Former Class A Insured

A Class A or Class B Insured who no longer qualifies as such, as described in the Termination of Insurance section, will become eligible to be insured as a Former Class A or Former Class B Insured on the date he ceases to be a Class A or Class B Insured.

In addition, the Spouse of a Former Class A Insured who is not insured on the date the Former Class A Insured becomes a Former Class A Insured is eligible to be insured as the Spouse of a Former Class A Insured, provided that the Spouse is less than 65 years of age. For the purpose of eligibility, the Spouse must be a lawful Spouse and not legally separated from the Former Class A Insured.

# WHO IS INSURED

## Effective Date of Insurance

### Class A — Employee

The Effective Date of Insurance for an Employee who is eligible for coverage as a Class A Insured on the Employer Participation Date and who signs the required enrollment form prior to, or within 30 days after that date, will be the later of:

- the Employer Participation Date; or
- the date the first payroll deduction is authorized.

The Effective Date of Insurance for an Employee who becomes eligible for coverage as a Class A Insured after the Employer Participation Date and who signs the required enrollment form within 30 days after he becomes eligible, will be the later of:

- the first day of the month after the date he elects the coverage; or
- the date the first payroll deduction is authorized.

If an Employee elects a Coverage Amount in excess of 1/2 or 1 times his Annual Compensation, rounded to the next higher $10,000, or $240,000, whichever is less, he will become insured for the amount that exceeds 1/2 or 1 times his Annual Compensation, rounded to the next higher $10,000, or $240,000, whichever is less, on the date CG accepts him for that amount.

For an Employee to be accepted by CG for a Coverage Amount in excess of 1/2 or 1 times his Annual Compensation, rounded to the next higher $10,000, or $240,000, whichever is less, he must satisfy the Insurability Requirement for the higher amount.

An Employee who elects the insurance more than 30 days after he first becomes eligible must satisfy the Insurability Requirement. Such Employee's insurance will then begin on the later of: (a) the first day of the month after CG agrees in writing to insure him; or (b) the first day of the month during which the first payroll deduction is authorized.

If an Employee is not in Active Service on the date his insurance would otherwise begin, he will become insured on the date he returns to Active Service. If an Employee does not return to Active Service within 90 days from the date CG received the completed original enrollment form, a new enrollment form will be required.

# WHO IS INSURED

## Effective Date of Insurance (Continued)

### Class B — Spouse

The Effective Date of Insurance for a Spouse who is eligible for coverage as a Class B Insured on the Employer Participation Date and for whom the required enrollment form is signed prior to, or within 30 days after that date, will be the later of:

- the Employer Participation Date; or
- the date the first payroll deduction for the Spouse is authorized.

The Effective Date of Insurance for a Spouse who becomes eligible for coverage as a Class B Insured after the Employer Participation Date, and for whom the required enrollment form is signed within 30 days after he becomes eligible, will be the later of:

- the first day of the month after the date he elects the coverage; or
- the date the first payroll deduction for the Spouse is authorized; or, if premiums for the Spouse are to be paid directly to CG, the date the first premium payment for the Spouse is made.

If the Coverage Amount elected for a Spouse is in excess of $10,000 or $20,000, he will become insured for the amount that exceeds $10,000 or $20,000 on the date CG accepts him for that amount.

For a Spouse to be accepted by CG for a Coverage Amount in excess of $10,000 or $20,000, he must satisfy the Insurability Requirement for the higher amount.

If insurance for a Spouse is elected more than 30 days after he becomes eligible, the Spouse must satisfy the Insurability Requirement. His insurance will then begin on the later of: (a) the first day of the month after CG agrees in writing to insure him; or (b) the first of the month during which the first payroll deduction is authorized; or, if premiums for the Spouse are to be paid directly to CG, the first day of the month during which the first premium payment for the Spouse is made.

If, on the date his insurance would otherwise begin, a Spouse: (a) is a patient in a Hospital; or (b) is unable to engage in the normal activities of a person of the same age, sex and ability; his insurance will begin on the day after the condition set forth under (a) or (b) has ended.

# WHO IS INSURED

## Effective Date of Insurance (Continued)

### Class C — Dependent Children

Each Employee or Spouse who is eligible to elect coverage for his Child or Children as Class C Insureds must sign the required form to elect this coverage. He may sign this form prior to the later of:

- the Employer Participation Date; or
- within 30 days after he becomes eligible for coverage for his Dependent Child or Children.

The coverage for each Dependent Child as a Class C Insured will then begin on the later of:

- the Employer Participation Date; or
- the date the Dependent Child becomes eligible for coverage as a Class C Insured; or
- the date the first payroll deduction for Dependent Child coverage is authorized; or, if premiums for Dependent Child coverage are to be paid directly to CG, the date the first premium payment for Dependent Child coverage is made.

If a Class A or Class B Insured who is covered already for his Dependent Children acquires another Dependent Child, that Child will become a Class C Insured when he is 15 days old, or on the day of adoption, whichever is later. Notice must be given to CG within 31 days of birth or adoption.

An eligible Employee or an eligible Spouse who does not elect the insurance for his Dependent Child or Children within 30 days after he first becomes eligible for it, may later elect it. Also, an eligible Employee or an eligible Spouse who terminated the insurance for his Dependent Child or Children under the Policy may re-elect it. In both cases, the Insurability Requirement must be satisfied for each Dependent Child. A Dependent Child's insurance will then become effective on the later of: (a) the first day of the month after CG agrees in writing to accept him; or (b) the first day of the month during which the first payroll deduction for Dependent Child coverage is authorized; or, if premiums for Dependent Child coverage are to be paid directly to CG, the first day of the month during which the first premium payment for Dependent Child coverage is made.

If, on the date his insurance would otherwise begin, a Dependent Child: (a) is a patient in a Hospital; or (b) is unable to engage in the normal activities of a person of the same age, sex and ability; his insurance will begin on the day after the condition described under (a) or (b) has ended.

# WHO IS INSURED

## Effective Date of Insurance (Continued)

### Class D — Former Class C Dependent Children

The Effective Date of Insurance for a former Dependent Child will be the date his coverage as a Class C Insured ceases, if he elects to be insured as a Class D Insured and the required premium is paid to CG within 90 days of such date.

If a former Dependent Child does not elect to be insured as a Class D Insured within 90 days after he becomes eligible, he will not be eligible to elect this coverage at a later date.

If, on the date he becomes insured as a Class D Insured, a former Dependent Child: (a) is a patient in a Hospital; or (b) is unable to engage in the normal activities of a person of the same age, sex and ability; he will not be insured for any Coverage Amount in excess of $10,000 until the day after the condition described under (a) or (b) has ended.

In addition, a Class C Insured, whose insurance as a Dependent Child has not yet ceased, has the option to elect to be insured as a Class D Insured instead of being insured as a Class C Insured, provided he is at least 22 years of age. The effective date of his insurance coverage as a Class D Insured will be the later of:

- the first day of the month after he elects the coverage as a Class D Insured; or
- the date the required premium is paid to CG.

### Former Class A or Former Class B Insured and Spouse of a Former Class A Insured

The Effective Date of Insurance for a Former Class A or Former Class B Insured will be the date his coverage as a Class A or Class B Insured ceases.

For the purpose of determining the Effective Date of Insurance for a Spouse who is not insured on the date the Former Class A Insured becomes a Former Class A Insured and who elects to be insured as a Spouse, the provisions shown for each Class B Insured in the Effective Date of Insurance section will apply.

# LIFE INSURANCE

## Death Benefit

If an Insured dies, CG will pay the Death Benefit in effect on the date of death. The Death Benefit will be paid to the Insured's Beneficiary as soon as due proof of death is received by CG. The Death Benefit will be an amount equal to the greater of:

- the Insured's Coverage Amount on the date of death, plus the Net Cash Value, if any; or
- an amount that, determined by CG, is required to preserve the qualification of the Policy as a life insurance policy under the Internal Revenue Code.

In no event will the Death Benefit be less than the Minimum Death Benefit listed in the Table of Minimum Death Benefits. The balance and interest for any Loan on the Cash Value and any outstanding premium due at the Insured's death will be deducted from the Death Benefit to be paid.

If this insurance is in force and the Insured is living on the Certificate Maturity Date, upon Surrender of the Certificate, CG will pay to the Owner the Insured's Net Cash Value, if any.

**Minimum Death Benefit**

The Minimum Death Benefit at any time is a percentage of the Net Cash Value. The percentage depends on the Attained Age of the Insured at that time. It is given in the following table.

**Table of Minimum Death Benefits**

| Attained Age of Insured | Percentage of Net Cash Value |
|---|---|
| 40 or less | 250% |
| 41 | 243% |
| 42 | 236% |
| 43 | 229% |
| 44 | 222% |
| 45 | 215% |
| 46 | 209% |
| 47 | 203% |
| 48 | 197% |
| 49 | 191% |
| 50 | 185% |
| 51 | 178% |
| 52 | 171% |
| 53 | 164% |
| 54 | 157% |
| 55 | 150% |
| 56 | 146% |
| 57 | 142% |
| 58 | 138% |
| 59 | 134% |

# LIFE INSURANCE

## Minimum Death Benefit

Table of Minimum Death Benefits (Continued)

| Attained Age of Insured | Percentage of Net Cash Value |
|---|---|
| 60 | 130% |
| 61 | 128% |
| 62 | 126% |
| 63 | 124% |
| 64 | 122% |
| 65 | 120% |
| 66 | 119% |
| 67 | 118% |
| 68 | 117% |
| 69 | 116% |
| 70 | 115% |
| 71 | 113% |
| 72 | 111% |
| 73 | 109% |
| 74 | 107% |
| 75 - 90 | 105% |
| 91 | 104% |
| 92 | 103% |
| 93 | 102% |
| 94 | 101% |

CG reserves the right to change the Minimum Death Benefit to the extent necessary to preserve qualification of the Policy as a life insurance policy under the Internal Revenue Code.

# SUPPLEMENTAL ACCIDENTAL DEATH BENEFIT

**For Class A, Class B, Former Class A, Former Class B, and Spouse of Former Class A Insureds Only**

Each Class A, Class B, Former Class A, Former Class B, and Spouse of a Former Class A Insured may elect the Supplemental Accidental Death Benefit when he first elects the life insurance under the Policy. He will then become insured for the Supplemental Accidental Death Benefit on the same day he becomes insured for his Coverage Amount. If he does not elect the Supplemental Accidental Death Benefit when he elects his Coverage Amount, he may elect this benefit at a later date. He will then become insured for the Supplemental Accidental Death Benefit on the later of: (a) the first day of the month after the date he elects the benefit; or (b) the first day of the month during which the first payroll deduction is made; or, if premiums for that Insured are paid directly to CG, the first day of the month during which the first premium payment is made.

If a Class A, Class B, Former Class A, Former Class B, or Spouse of a Former Class A Insured, while insured for the Supplemental Accidental Death Benefit, dies as a direct result of an accidental bodily injury, independently of all other causes, within 90 days after the date of the accident, CG will pay a Supplemental Accidental Death Benefit to the Beneficiary of the Insured. The Supplemental Accidental Death Benefit payable will be equal to the Coverage Amount in force on the Class A, Class B, Former Class A, Former Class B, and Spouse of a Former Class A Insured on the date of death.

# SUPPLEMENTAL ACCIDENTAL DEATH BENEFIT

**For Class A, Class B, Former Class A, Former Class B, and Spouse of Former Class A Insureds Only (Continued)**

**Limitations**

The Supplemental Accidental Death Benefit will not be paid if the accidental death in any way results from:

- mental infirmity;
- sickness, disease, bodily infirmity, or bacterial or viral infection, even if contracted by accident. This exclusion does not apply to bacterial infection that is the natural and foreseeable result of an accidental external cut or wound;
- declared or undeclared war, an act of war, or service in any military force of any country while such country is engaged in war;
- performing police duty as a member of a military organization;
- taking part in the commission of a felony;
- voluntary use of any controlled substance, unless prescribed for the Insured by his Physician. The term "controlled substance" is defined in Title II of the Federal Comprehensive Drug Abuse Prevention and Control Act of 1970, as now or hereafter amended;
- travel or flight in any aircraft, except as a passenger on a commercial flight, Employer aircraft, or a military air transport passenger flight; or
- intentionally self-inflicted injury, suicide or any attempt thereat, while sane or insane.

**For Class A, Class B, Former Class A, Former Class B, and Spouse of Former Class A Insureds Only (Continued)**

**Termination of Supplemental Accidental Death Benefit**

A Class A, Class B, Former Class A, Former Class B, and Spouse of a Former Class A Insured's Supplemental Accidental Death Benefit will cease on the earliest date below:

- the date the Insured's Coverage Amount ceases as described in the Termination of Insurance section;
- the last day for which the Insured has paid the required premium for the Supplemental Accidental Death Benefit;
- the date the Supplemental Accidental Death Benefit is cancelled;
- the Employer Anniversary Date that is the same as or next follows the normal retirement date of a Class A Insured or the Employer Anniversary Date that is the same as or next follows the 65th birthday of a Class B or Class E Insured.

# LIFE INSURANCE

## Nonforfeiture Provisions

**Cash Value and Net Cash Value.** On each Monthly Calculation Day, the Cash Value, if any, for each Class A, Class B, Class D, Former Class A, Former Class B, and Spouse of a Former Class A Insured will be calculated as shown below:

(1) the Cash Value on the preceding Monthly Calculation Day; plus
(2) all premiums received since the preceding Monthly Calculation Day; minus
(3) any amount of Partial Surrender paid since the preceding Monthly Calculation Day; minus
(4) the Monthly Deduction for the month following the Monthly Calculation Day; minus
(5) 2% of item (2) minus item (4); plus
(6) one month's interest on item (1).

Interest on premiums will be earned beginning on the date the premiums are received by CG.

On any day other than a Monthly Calculation Day, the Cash Value will be the Cash Value as of the preceding Monthly Calculation Day, plus 98% of all premiums received and less any Partial Surrender amount paid since the preceding Monthly Calculation Day. The Cash Value on the effective date of a Class A, Class B, Class D, Former Class A, Former Class B, and Spouse of a Former Class A Insured's coverage will be 98% of the excess of the initial premium received from that Insured over the Monthly Deduction for the month following the Effective Date of Insurance.

The Net Cash Value for each Class A, Class B, Class D, Former Class A, Former Class B, and Spouse of a Former Class A Insured as of any date is equal to the Cash Value on that date, less any Indebtedness of such Insured.

## Nonforfeiture Provisions (Continued)

**Monthly Deduction.** The Monthly Deduction on each Monthly Calculation Day for each Class A, Class B, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured will be the sum of:

- the Monthly Cost of Insurance Rate for life insurance, based on the Insured's Attained Age multiplied by the difference between the Death Benefit less Paid-up Insurance, if any, and the Net Cash Value on that date; and
- the Monthly Cost of Insurance Rate for Supplemental Accidental Death Benefit insurance multiplied by the Insured's Coverage Amount, if the Insured has elected this coverage; and
- the Monthly Cost of Insurance Rate for all Class C Insureds, if elected; and
- a Monthly Administrative Charge shown on the Certificate Coverage Verification Page.

The Monthly Administrative Charge may be changed upon agreement between CG and the Policyholder.

# LIFE INSURANCE

## Nonforfeiture Provisions (Continued)

**Interest Rates.** CG will credit interest to the Cash Value, if any, of each Class A, Class B, Class D, Former Class A, Former Class B, and Spouse of a Former Class A Insured on each Monthly Calculation Day.

The Interest Rate applied to the Net Cash Value of each Insured will be the greater of:

- .32737% per month, compounded monthly (4% compounded yearly); or
- a rate determined by CG from time to time. Such rate will be established on a prospective basis and may vary by the Policy Year and duration.

The Interest Rate applied to that portion of the Cash Value which secures any outstanding Loan of an Insured will be 6%.

**Monthly Cost of Insurance Rates.** The Monthly Cost of Insurance Rates are based on the Insured's Attained Age, the type of benefit, the Class of Insured, and whether premiums for that Insured are paid directly to CG or through payroll deductions. The Monthly Cost of Insurance Rates are determined by CG based on its expectations as to future mortality experience. Adjustments in the Monthly Cost of Insurance Rates may be made by CG from time to time, but not more than once a year, and will apply to Insureds of the same Class. Under no circumstances will the Monthly Cost of Insurance Rates for Life Insurance ever be greater than those shown in the Table of Guaranteed Maximum Life Insurance Rates. Such guaranteed maximum rates are based on the Commissioners 1980 Standard Ordinary Mortality Table (age last birthday) and 4% effective annual interest.

**Insufficient Cash Value (Lapse).** If the Cash Value for a Class A, Class B, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured, less any Indebtedness of that Insured, on the day preceding a Monthly Calculation Day is insufficient to cover the Monthly Deduction for the month following such Monthly Calculation Day, the insurance for that person will terminate as provided in the Grace Period For Insured provision. This termination will be termed a Lapse under the Policy.

Nonforfeiture Provisions (Continued)

**Basis of Computations.** The Cash Values for each Class A, Class B, Class D, Former Class A, Former Class B, and Spouse of a Former Class A Insured are guaranteed to be no less than those calculated based on the Commissioners 1980 Standard Ordinary Mortality Table (age last birthday) with interest at 4% per year, compounded yearly.

The Cash Values are at least equal to those required on the effective date of the Policy by the jurisdiction in which the Policy is issued. A detailed statement of the method of computing values will be filed with the insurance department of any jurisdiction where required.

**Continuation of Insurance.** If a Class A, Class B, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured ceases to pay the Planned Monthly Premium, the insurance for that person will be continued until the Cash Value, less any Indebtedness, is insufficient to cover the Monthly Deduction, as provided in the Grace Period For Insured provision. This provision will not continue the insurance beyond the Certificate Maturity Date nor, if elected, continue the Supplemental Accidental Death Benefit insurance or insurance for Class C Insureds beyond the date of termination otherwise provided. At the Certificate Maturity Date, CG will pay the Net Cash Value, if any, to the Owner, if the Insured is then living.

**Surrender.** Each Class A, Class B, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured may terminate his insurance and Surrender the Certificate on any Monthly Calculation Day before his Certificate Maturity Date. The amount payable on Surrender of the Certificate will be the Net Cash Value on the date of Surrender.

The Net Cash Value will be paid in cash or may be used to purchase Paid-up Insurance. CG may defer the payment of the Surrender value for the period permitted by law, but not for more than six months from the date of request for Surrender.

# LIFE INSURANCE

## Nonforfeiture Provisions

## Surrender (Continued)

If, upon cancellation of the participation agreement by the Employer, an Insured elects to Surrender his Certificate and receive his Net Cash Value, the Surrender value will be as described in the Cancellation of the Employer's Participation under the Trust provision.

**Partial Surrender.** A Partial Surrender may be elected on any day during the lifetime of the Insured and prior to the Certificate Maturity Date by submitting a written request to the Administrator. The amount of the Partial Surrender must be at least $200 and may not exceed the Net Cash Value.

When a Partial Surrender is made, the amount of the Partial Surrender will be deducted from the Cash Value. CG will not allow a Partial Surrender if the Cash Value would be reduced below that required under the laws of the jurisdiction where the Policy is issued.

CG reserves the right to: (1) charge a fee for each Partial Surrender amount; and (2) limit the number of Partial Surrenders in a 12-month period. CG also reserves the right to defer payment for the period permitted by law, but not for more than six months from the date of request for the Partial Surrender.

## Loan Provisions

**Loans.** After a Cash Value is available, CG will grant a Loan against a Class A, Class B, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured's Certificate, provided: (a) a proper Loan agreement is executed by the Owner; and (b) a satisfactory Assignment of the Insured's Certificate is received by CG. The Insured's Cash Value will be the sole security for the Loan. The amount of the Loan will be at least $200.

CG may defer a Loan for six months from the date CG receives the request for the Loan.

**Loan Interest.** Interest on any Loan will be 8% per year, payable in arrears. Loan Interest is payable annually to CG on each Employer Anniversary Date or as otherwise agreed in writing by the Owner and CG. Interest not paid when due will then be added to the Loan and bear interest at the same rate. Interest, as it accrues from day to day, will constitute an Indebtedness.

**Indebtedness.** Indebtedness means the amount of money owed to CG and secured by an Insured's Cash Value. Any Indebtedness at the time of settlement will reduce the Proceeds. Indebtedness may be repaid in whole or in part at any time before the Insured's Certificate Maturity Date.

If, at any time the total Indebtedness against an Insured's Cash Value, including interest accrued but not due, exceeds the then current Cash Value, his insurance will cease, but not until 31 days after notice has been mailed to the last known addresses of the Owner and his assignee, if any, on record with CG.

# LIFE INSURANCE

## Paid-Up Insurance

At any time after a Class A, Class B, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured has accumulated a Cash Value, he may elect:

- to use a portion of this Net Cash Value to purchase Paid-up Insurance; or
- to surrender his Certificate and use all of his Net Cash Value to purchase Paid-up Insurance.

The amount of Paid-up Insurance will be no less than the amount which the Net Cash Value or a portion of the Net Cash Value will purchase when applied as a single premium, using the guaranteed life insurance rates and the guaranteed Interest Rates at the Insured's then Attained Age. However, the amount of Paid-up Insurance may not exceed an Insured's Coverage Amount in force for him on the date of purchase.

The Paid-up Insurance will be payable as set forth in the payment provisions for the Death Benefit. It will not include any other benefits provided under the Policy.

# TERMINATION OF INSUR. .CE

## For Class A, Class B, Class C, Class D, Former Class A, Former Class B, and Spouse of a Former Class A Insureds

The insurance on a Class A, Class B, Class D, Former Class A, Former Class B, and Spouse of a Former Class A Insured will cease on the earliest date below:

- the date the Insured's coverage Lapses;
- the Insured's Certificate Maturity Date;
- the date the Insured's Certificate is surrendered; or
- the date of the Insured's death.

On an Insured's Certificate Maturity Date, his Certificate must be surrendered, and then his Net Cash Value will be paid.

The insurance on a Class C Insured will cease on the earliest date below:

- the date of Termination of Insurance (as described above) of the Class A, Class B, Former Class A, Former Class B, or Spouse of a Former Class A Insured who has elected coverage for that Class C Insured;
- the first of the month after the date a Class C Insured is no longer eligible for the insurance as a Dependent Child, except as provided below;
- the date coverage for a Class C Insured is cancelled.

If a Class C Insured ceases to be eligible as a Dependent Child, he has the option to elect, within 90 days, to continue his insurance and to become insured as a Class D Insured.

Effect of Termination of Employment, Death, Legal Separation, or Divorce

If:

- a Class A Insured's employment with the Employer ceases; or
- a Class B Insured no longer qualifies under the Classes of Eligible Persons because the Employee through whom he became eligible ceased employment with the Employer; or
- a Class B Insured is legally separated, divorced, or the surviving Spouse of an Employee or former Employee;

the coverage for these Insureds and any Class C Insureds may be continued by paying the required premium directly to CG. Class A and Class B Insureds will become Former Class A and Former Class B Insureds. Premium payment to CG will start with the first of the month that is the same as or next follows the date the Employer notifies CG of any event listed above.

# CANCELLATION PROVISIONS

## Cancellation of the Policy

The Policyholder may cancel the Policy by giving CG written notice 60 days before the cancellation date.

CG will cancel the Policy on the earlier of:

- 30 days after CG has given written notice of cancellation to the Policyholder; or
- the date the Trust is dissolved.

## Cancellation of the Employer's Participation under the Trust

The Employer may cancel his participation agreement under the Trust by giving the Policyholder and CG written notice 60 days before the cancellation date.

CG will cancel the Employer's participation under the Policy on any Monthly Premium Date on which the Employer fails to remit to CG the premiums due on that date that he has collected from the Insureds, except as provided in the Employer Grace Period section in the Policy.

Upon termination of the Employer's participation, under the Policy, the Employer will give written notice of cancellation to the Insureds at least 30 days before that date.

As shown in the Surrender section, CG may defer payment of the Surrender value for the period permitted by law, but not for more than six months from the date of receipt of the request for Surrender. In addition, if the Employer cancels his participation agreement and an Insured terminates his insurance on or after the date the Employer gives notice of his intent to CG to cancel his participation agreement, CG reserves the right to credit interest to that Insured's Net Cash Value at the rate of .32737% per month (4% compounded yearly) during the period that payment of his Surrender value is deferred.

**Continuation of Benefits after Cancellation of the Policy or Cancellation of the Employer's Participation under the Trust**

The coverage which is not Surrendered upon Cancellation of the Policy or Cancellation of the Employer's Participation under the Trust will be continued. Class A and Class B Insureds will become Former Class A and Former Class B Insureds. All premium payments must then be made directly to CG. Premium payments to CG will start with the first of the month that is the same as or next follows Cancellation of the Policy or Cancellation of the Employer's Participation under the Trust. The coverage will be continued until coverage for the last Insured terminates as described in the Termination of Insurance section.

The Employer will furnish all necessary data to CG, including the current addresses for all Class A, Class B, and Class C Insureds, as of the date: (a) the Policyholder gives notice of his intent to cancel the Policy to CG; or (b) the Employer gives notice of his intent to cancel his participation under the Trust to CG.

For the purposes of this Cancellation Provisions section, the term "Employer" will mean only the Employer shown on the first page of this Certificate.

# TABLE OF GUARANTEED MAXIMUM MONTHLY LIFE INSURANCE RATES BASED ON THE COMMISSIONERS 1980 STANDARD ORDINARY MORTALITY TABLE

Per $10,000 of Insurance

| Attained Age | Rate | Attained Age | Rate |
|---|---|---|---|
| 17 | 1.436 | 56 | 10.015 |
| 18 | 1.515 | 57 | 10.911 |
| 19 | 1.565 | 58 | 11.871 |
| 20 | 1.586 | 59 | 12.921 |
| 21 | 1.582 | 60 | 14.090 |
| 22 | 1.561 | 61 | 15.404 |
| 23 | 1.532 | 62 | 16.894 |
| 24 | 1.494 | 63 | 18.563 |
| 25 | 1.457 | 64 | 20.420 |
| 26 | 1.432 | 65 | 22.425 |
| 27 | 1.419 | 66 | 24.566 |
| 28 | 1.419 | 67 | 26.849 |
| 29 | 1.432 | 68 | 29.305 |
| 30 | 1.461 | 69 | 32.021 |
| 31 | 1.503 | 70 | 35.095 |
| 32 | 1.557 | 71 | 38.617 |
| 33 | 1.628 | 72 | 42.674 |
| 34 | 1.711 | 73 | 47.273 |
| 35 | 1.811 | 74 | 52.339 |
| 36 | 1.932 | 75 | 57.781 |
| 37 | 2.074 | 76 | 63.516 |
| 38 | 2.236 | 77 | 69.483 |
| 39 | 2.420 | 78 | 75.740 |
| 40 | 2.628 | 79 | 82.495 |
| 41 | 2.854 | 80 | 89.980 |
| 42 | 3.096 | 81 | 98.435 |
| 43 | 3.358 | 82 | 108.067 |
| 44 | 3.642 | 83 | 118.840 |
| 45 | 3.947 | 84 | 130.537 |
| 46 | 4.269 | 85 | 142.928 |
| 47 | 4.612 | 86 | 155.846 |
| 48 | 4.984 | 87 | 169.220 |
| 49 | 5.389 | 88 | 183.053 |
| 50 | 5.846 | 89 | 197.465 |
| 51 | 6.369 | 90 | 212.696 |
| 52 | 6.960 | 91 | 229.200 |
| 53 | 7.630 | 92 | 247.812 |
| 54 | 8.369 | 93 | 270.750 |
| 55 | 9.167 | 94 | 302.829 |

# PREMIUM PROVISION

**Monthly Premium Date.** The Monthly Premium Date will be the first of each calendar month.

**Planned Monthly Premium.** The Planned Monthly Premium for each Insured will be equal to the Monthly Deduction described in the Nonforfeiture Provisions section and will include the amount to be applied to the Cash Value, if any.

An Insured may pay the Planned Monthly Premium at irregular intervals as long as his Net Cash Value is sufficient to pay for each Monthly Deduction.

**Unscheduled Premium.** In addition to the Planned Monthly Premium, each Class A, Class B, Class D, Former Class A, Former Class B, and Spouse of a Former Class A may make Unscheduled Premium payments before the Certificate Maturity Date in any amount directly to CG. However, the Unscheduled Premium may not exceed an amount that, in the opinion of CG, is required to preserve the qualification of the Policy as a life insurance policy under the Internal Revenue Code. (See the Qualification under Internal Revenue Code section.)

**Payment of Premiums.** A Class A, Class B, Class D, Former Class A, Former Class B, or Spouse of a Former Class A Insured's total premium payable on any Monthly Premium Date will be his Planned Monthly Premium plus the Unscheduled Premium, if any.

# PREMIUM PROVISIONS (Continued)

**Grace Period For Insured.** If the Net Cash Value for any Insured on any Monthly Premium Date is less than the required Monthly Deduction, a Grace Period For Insured of 61 days will be granted to the Insured to pay a premium sufficient to cover the required Monthly Deduction for the next two months. (The Net Cash Value and Monthly Deduction are described under Nonforfeiture Provisions.) If such premium is not paid within the Grace Period For Insured, the coverage under the Policy for that Insured and any Class C Insureds for whom he has elected the insurance will lapse without value at the end of the Grace Period For Insured.

At least 31 days before the end of the Grace Period For Insured, CG will notify the Class A, Class B, Class D, Former Class A, Former Class B, and Spouse of a Former Class A Insured, or Owner, if different, that there is insufficient Cash Value for him under the Policy. Failure to give notice will not extend the Death Benefit beyond the Grace Period. If the Insured dies during the Grace Period For Insured, CG will deduct any overdue Monthly Deduction from the Death Benefit payable.

**Reinstatement.** After an Insured's coverage has lapsed, it may be reinstated at any time prior to five years after the date of Lapse if:

- the Insured's Certificate has not been Surrendered for the Cash Value; and
- a written request for Reinstatement and a new enrollment form are sent to CG; and
- the Insurability Requirement has been satisfied; and
- Planned Monthly Premiums are paid for at least two months; and
- any Indebtedness against the Insured's Cash Value, increased by any Loan Interest, is paid.

The effective date of the reinstated coverage will be the Monthly Calculation Date that is the same as or next follows the date the request for Reinstatement, the evidence of insurability, and the new enrollment form are accepted by CG.

# OWNERSHIP AND ASSIGNMENT

**Owner.** Unless otherwise specified on the enrollment form: (1) the Class A Insured will be the Owner of the coverage for himself, his Class B Insured, and his Class C Insureds, if any; and (2) the Class D Insured will be the Owner of the coverage for himself. A Former Class A Insured will be the Owner of the coverage for himself, his Spouse, his former Class B (Spouse) Insured, and his Class C Insureds, if any.

**Rights of the Owner.** While an Insured is alive, the Owner may exercise all rights and privileges under the Certificate, including the right to: (a) release or surrender the Certificate to CG; (b) agree with CG to any change in the Certificate; (c) transfer all rights and privileges to another person; and (d) assign his Certificate.

All rights and privileges of the Owner may be exercised without the consent of any designated transferee, or any Beneficiary, if the Owner has reserved the right to change the Beneficiary. All such rights and privileges, however, may be exercised only with the consent of any assignee recorded with the Administrator and the Beneficiary, if the Owner has not reserved the right to change the Beneficiary.

Unless provided otherwise, if the Owner is a person other than the Insured and dies before the Insured, all the rights and privileges of the Owner will vest in the Owner's executors, administrators, or assignees.

**Transfer of Owner.** The Owner may transfer all his rights and privileges. On the effective date of transfer, the transferee will become the Owner and will have all the rights and privileges of the Owner. The Owner may revoke any transfer prior to its effective date.

Unless provided otherwise, a transfer will not affect the interest of any Beneficiary designated prior to the effective date of the transfer.

A transfer of ownership, or a revocation of transfer, must be in writing on a form satisfactory to CG and filed with CG. A transfer or a revocation will not take effect until recorded in writing by CG. When a transfer or revocation has been so recorded, it will take effect as of the effective date specified by the Owner. Any payment made or any action taken or allowed by CG before a transfer or a revocation is recorded will be without prejudice to CG.

**Assignment.** CG will not be affected by any Assignment of an Insured's Certificate until the original Assignment or a certified copy of the Assignment is filed with CG.

CG does not assume responsibility for the validity or sufficiency of any Assignment. An Assignment of the Certificate will operate so long as the Assignment remains in force. To the extent provided under the terms of the Assignment, an Assignment will transfer all rights and obligations of the Owner.

BENEFICIARY PROVISION

Each Owner will designate a Beneficiary to whom the Proceeds will be paid in the event of death. Upon the death of a Class C Insured, the Coverage Amount will be paid to the Owner of the Certificate who has elected and paid the premiums for that Class C Insured.

**Change of Beneficiary.** Each Owner may change the Beneficiary at any time, unless the Beneficiary Designation is irrevocable. The change must be made on a form satisfactory to CG and signed by the Owner. No change in Beneficiary will take effect until this form is received by CG. When this form is received, the change will take effect as of the date of the form. If the Insured dies before the form is received, CG will not be liable for any payment that was made before receipt of the form.

**Consent of Beneficiary.** Consent of the Beneficiary will not be required to change the Beneficiary or to effect any other changes.

Any amount of an Insured's Death Benefit for which there is no designated or surviving Beneficiary will be paid to the Owner or to the executors or administrators of the Owner's estate.

If the Beneficiary is a minor or, in the opinion of CG, is not able to give valid receipt for any payment due him, such payment will be made to his legal guardian. However, if no request for payment has been made by his legal guardian, CG may, at its option, make payment to the person or institution appearing to have assumed his custody and support. Payment in this event will be made in monthly installments of not more than $500 each.

Payment in the manner described above will release CG from all liability to the extent of any payment made.

# MISCELLANEOUS PROVISIONS

**Misstatement of Age.** If an Insured's age has been misstated, CG will adjust all benefits to the amounts that would have been purchased for the correct age, subject to the Qualification Under Internal Revenue Code provision.

**Incontestability.** CG will not contest the validity of the Policy after two years from the date of issue, except for nonpayment of premiums. No statement made by an Insured as to his insurability will be used to contest the validity of the insurance after it has been in force prior to the contest for a period of two years during the Insured's life. No statement made by an Insured will be used unless it is made in writing and signed by him. Any increase in the Coverage Amount effective after an Insured first becomes insured will be incontestable only after such increase has been in force for two years during the Insured's life. The basis for contesting an increase in the Coverage Amount will be limited to material misrepresentations made in the supplemental enrollment form for the increase.

**Annual Certificate Report.** CG will send a report to each Owner once a year to be attached to the Certificate. The report will show:

- the Coverage Amount;
- the amount of the Supplemental Accidental Death Benefit;
- the Death Benefit;
- the Cash Value and Net Cash Value;
- the interest added to the Cash Value since the last Annual Certificate Report;
- all Planned Monthly Premiums and Unscheduled Premiums paid since the last Annual Certificate Report;
- all Monthly Deductions since the last Annual Certificate Report;
- the outstanding Loans and interest on outstanding Loans, if any;
- the amounts of any Partial Surrenders since the last Annual Certificate Report, if any;
- the amount of Paid-up Insurance, if any; and
- any other data required by applicable laws.

**Payment of Proceeds.** Proceeds, as used in the Policy, means an amount payable:

- on the Insured's Certificate Maturity Date;
- on the date an Owner Surrenders the Certificate before the Insured's Certificate Maturity Date; or
- upon the death of the Insured.

The Proceeds payable upon receipt of due proof of an Insured's death will be the Insured's Death Benefit. If an Insured dies as a direct result of an accidental bodily injury, the Proceeds may also include the Supplemental Accidental Death Benefit, if elected.

If an Owner Surrenders the Certificate before the Certificate Maturity Date, the Proceeds will be the Net Cash Value described in the Nonforfeiture Provisions section. On an Insured's Certificate Maturity Date the Certificate must be Surrendered. The Proceeds will then be the Net Cash Value, as described in the Cash Value and Net Cash Value provisions. The Proceeds are subject to the adjustments described in the following provisions:

- Misstatement of Age;
- Incontestability;
- Partial Surrender;
- Grace Period for Insured;
- Indebtedness;
- Death Benefit; and
- Supplemental Accidental Death Benefit.

**Qualification Under Internal Revenue Code.** The Policy is designed to qualify as a life insurance policy under the Internal Revenue Code, as amended. CG has the right: (1) to limit or decline an Insured's payments; (2) to limit or decline Coverage Amount changes; (3) to amend the Policy and Certificates; or (4) to take other action it deems necessary to preserve the qualification of the Policy as a life insurance policy under the Internal Revenue Code.

**Male Pronoun.** The male pronoun as used herein will be deemed to include the female.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY
A CIGNA COMPANY (herein called CG)

**CERTIFICATE RIDER**

No. CR1

| | |
|---|---|
| **Policyholder:** | **Trustee for the National Employer Group Insurance Trust** |
| **Policy Number:** | **2024602** |
| **Employer:** | **Bridgestone/Firestone, Inc.** |
| **Employer Account Number:** | **0530550** |
| **Effective Date:** | **January 1, 1995** |

This Certificate Rider forms a part of the Certificate issued to you by CG describing the benefits provided under the group Policy. This Rider takes effect on the Effective Date shown above. CG specifies, in this Rider, the terms under which CG insures you for Accelerated Payment Benefit Insurance. This Rider is subject to all the terms of the Certificate, except those specifically changed in this Rider.

This Rider has no Cash Value or Loan value.

NOTICE: **Benefits which are paid under this Accelerated Payment Benefit Insurance Rider will reduce the Coverage Amount under your life insurance.**

**Benefits paid under this Accelerated Payment Benefit Insurance Rider may be taxable. If so, you or your Beneficiary may incur a tax obligation. As with all tax matters, you should consult your personal tax advisor to assess the impact of this benefit. Benefits of this Rider are not payable if the Certificate to which it is attached is not in force.**

David C Kopp
Corporate Secretary

Thomas C Jones
PRESIDENT

GM6000 R7 APB(02) M

## THE SCHEDULE

This Rider is subject to all terms of the Certificate, except those specifically changed in this Rider. Any benefits payable under this Rider will reduce the Insured's Coverage Amount under the Certificate.

| | |
|---|---|
| **Terminal Illness Benefit** | Up to 50% of an Insured's Coverage Amount in effect under the Certificate on the date CG verifies the Insured is terminally ill. This benefit is payable in a lump sum. |
| **Monthly Premium Amount** | An Insured's Monthly Premium will be shown in the Certificate Coverage Verification page. The cost for the coverage provided by this Rider will be included in the Monthly Premium. |

## WHO IS ELIGIBLE

A person is eligible under this Rider for Accelerated Payment Benefit Insurance if:

1) such person is insured under the Certificate as a Class A, Class B, Former Class A, or Former Class B Insured; or

2) an Accelerated Payment Benefit was not previously paid under this Rider.

## WHO IS INSURED

This Accelerated Payment Benefit Insurance is available to those persons described above. To be insured under the Certificate, CG must approve his or her enrollment and he or she must pay the cost.

## Effective Date of Insurance

### Class A - Employee

The Effective Date of Insurance under this Rider for an Employee who is eligible for coverage as a Class A Insured, and who signs the required CG enrollment form during the initial enrollment period or within 30 days after he or she becomes eligible, will be the Certificate date shown on the verification page, provided CG has approved the completed enrollment form and the required premium is received by CG.

An Employee who is eligible for coverage as a Class A Insured, and who elects the insurance under this Rider more than 30 days after the initial enrollment period, must satisfy the Insurability Requirement before insurance for him or her under this Rider becomes effective. Such Employee's insurance will be effective on the Certificate date shown on the verification page, provided CG approves his or her completed enrollment form and the required premium is received by CG.

However, if an Employee is not in Active Service on the date his or her insurance under this Rider would otherwise begin, the effective date of that insurance will be postponed until the date he or she returns to Active Service. If an Employee does not return to Active Service within 90 days from the date CG received the completed original enrollment form, a new enrollment form will be required.

## WHO IS INSURED

### Effective Date of Insurance (Continued)

#### Class B - Spouse of Employee

The Effective Date of Insurance under this Rider for a Spouse who is eligible for coverage as a Class B Insured, and the required CG enrollment form is submitted during the initial enrollment period or within 30 days after he or she becomes eligible, will be the Certificate date shown on the verification page, provided CG has approved the completed enrollment form and the required premium is received by CG.

If insurance under this Rider is elected for an eligible Spouse more than 30 days after the initial enrollment period, the Spouse must satisfy the Insurability Requirement before the insurance for him or her under this Rider becomes effective. The insurance for such Spouse will be effective on the Certificate date shown on the verification page, provided CG approves such person's completed enrollment form and the required premium is received by CG.

However, if, on the day a Spouse's insurance under this Rider would otherwise begin, such person is: a) confined in a Hospital or Nursing Care Facility; b) bedridden at home or homebound because of an injury or sickness; or c) unable to engage in the normal Activities of Daily Living, the effective date of that insurance will be postponed until the date CG verifies that he or she is neither: a) confined in a Hospital or Nursing Care Facility; nor b) bedridden at home or homebound because of an injury or sickness; or c) is able to engage in the normal Activities of Daily Living.

**Effective Date of Insurance (Continued)**

**Former Class A or Former Class B Insureds**

The Effective Date of Insurance under this Rider for a Former Class A or Former Class B Insured, who is Insured under this Rider, will be the date his or her coverage under this Rider as a Class A or Class B Insured ceases.

The Effective Date of Insurance under this Rider for a Former Class A or Former Class B Insured who is not insured under the Rider on the date he or she becomes a Former Class A or Former Class B Insured and the required CG enrollment form is submitted for insurance under this Rider, will be the Certificate date shown on the verification page, provided the Former Class A or Former Class B Insured satisfies the Insurability Requirement and the completed enrollment form and required premium are received by CG.

However, if the Former Class A or Former Class B Insured has satisfied the Insurability Requirement and if, on the day his or her insurance under this Rider would otherwise begin, he or she is: a) confined in a Hospital or a Nursing Care Facility; b) bedridden at home or homebound because of an injury or sickness; or c) unable to engage in the normal Activities of Daily Living, the effective date of the insurance under this Rider will be postponed until the date he or she is neither: a) confined in a Hospital or Nursing Care Facility; nor b) bedridden at home or homebound because of an injury or sickness; or c) is able to engage in the normal Activities of Daily Living.

## TERMINAL ILLNESS BENEFIT

CG will pay the Terminal Illness Benefit, shown in The Schedule, in a lump-sum payment to an Insured whom CG has verified to have a Terminal Illness. The Terminal Illness Benefit shown in The Schedule is based on the Insured's Coverage Amount under the Policy in effect on the Benefit Determination Date. This benefit is payable only once during an Insured's lifetime.

### Benefit Determination Date

The term "Benefit Determination Date" means the date CG verifies that an Insured is terminally ill. The Terminal Illness Benefit cannot be greater than 50% of the Coverage Amount in effect on the Benefit Determination Date.

### Determination of Terminal Illness

For the purpose of determining the existence of a Terminal Illness, CG will require that the Insured submit the following:

1) a written diagnosis and prognosis by two unaffiliated Physicians licensed to practice in the United States, that the Insured has 12 months or less to live; and

2) supportive evidence satisfactory to CG, including, but not limited to, radiological, histological, or laboratory reports documenting the Terminal Illness.

## EFFECT OF BENEFIT PAYABLE UNDER THIS RIDER

Any benefits payable under the Terminal Illness Benefit will reduce the amount of the Insured's Coverage Amount.

If, in CG's good faith opinion, the Coverage Amount remaining after payment of benefits under this Rider would not be sufficient to qualify the Policy as life insurance under the U.S. Internal Revenue Code, then CG will withdraw from the Cash Value and pay to the Certificate Owner an amount sufficient to cause the Policy to qualify. This will be treated as a partial withdrawal but will not be subject to any restrictions or charges which otherwise would apply to partial withdrawals.

Any Accelerated Payment Benefit payable under this Rider will not reduce the amount of the Insured's Supplemental Accidental Death Benefit, if such additional benefit is part of the Policy.

## PREMIUM PROVISIONS

### Monthly Premium

The Monthly Premium for this Rider for each Insured will be included in the Monthly Premium Amount shown in the Certificate Coverage Verification Page.

### Change in Premiums

Any premiums for insurance under this Rider may be changed by CG from time to time with at least 31 days' advance written notice. Any such change will be made on a Class basis. However, CG may change premiums immediately if, in its opinion, its liability is altered by any change in state or federal law or by a revision in the insurance under this Rider. Any such change in premiums will take effect on the effective date of the change in the law or change in the insurance under this Rider.

# MISCELLANEOUS PROVISIONS

## Notice of Claim

Written notice of a claim must be given to CG within 90 days after a diagnosis and prognosis of a Terminal Illness has been made. If the notice is not given in that time, the claim will not be invalidated or reduced if it is shown that written notice was given as soon as was reasonably possible.

## Claim Forms

When CG receives the Notice of Claim, CG will send forms for filing proof of claim. If the claimant does not receive these claim forms within 15 days after CG receives the Notice of Claim, the proof of claim requirements will be met by submitting, within 90 days, written proof of the nature and extent of the claim.

## Payment of Claim

All benefits under this Rider will be paid to the Insured, if living, on whose behalf an eligible claim is submitted. If the Insured dies prior to the payment of an eligible claim for an Accelerated Payment Benefit, then no Accelerated Payment Benefit will be payable and the life insurance benefit shall be paid in accordance with the Beneficiary Provisions applicable to the life insurance benefit. Any payment made by CG prior to its being advised of the Insured's or covered Spouse's death shall discharge CG of any obligation to the extent the benefit was paid.

## Legal Action

No one may sue for payment of claim: a) less than 60 days after due proof of claim is furnished; or b) more than three years after the date Notice of Claim is required by the Policy.

## Recovery of Overpayment

If an overpayment has been made by CG, CG has the right, at any time, to recover that overpayment from the person to whom or on whose behalf it was made.

## Examination

CG may require, at its own expense, an examination of the Insured and a review of the documented evidence by a Physician of CG's choice.

**TERMINATION OF INSU NCE UNDER THIS RIDER**

The insurance under this Rider for a Class A, Class B, Former Class A, or Former Class B Insured will cease on the earliest of the following dates:

1) the date the Insured's coverage ends under the Certificate; or

2) the last day for which the Insured has paid the required premium for this Rider, subject to the Grace Period for the Insured; or

3) the date the Terminal Illness Benefit becomes payable to an Insured who applied for such benefit.

# DEFINITIONS

## Activities of Daily Living

The term "Activities of Daily Living" means the following:

1) **Mobility:** moving from one place to another. It means:

   a) walking on a level surface, with or without equipment; or
   b) using a wheelchair most or all of the time to move on a level surface.

2) **Dressing:** putting on and taking off necessary items of clothing. (Clothing includes braces and artificial limbs, if they are usually worn.)

3) **Toileting:** cleansing self after elimination and adjusting clothing before and after using the toilet.

4) **Transferring:** moving into or out of a bed, a chair, or other seat (e.g., toilet), with or without equipment.

5) **Feeding:** getting food into the body, by any means, after it has been prepared and made available to the person.

## Nursing Care Facility

The term "Nursing Care Facility" means an institution, or that distinct part of an institution, which meets the following requirements:

1) it is operated under applicable licensing and any other laws which apply to its operation; and

2) it provides, on an inpatient basis, skilled nursing care or intermediate nursing care for injury, sickness, or physical rehabilitation; and

3) it is under the full-time supervision of a Physician or a Registered Graduate Nurse; and

4) it maintains a complete daily written record on the condition of, and the services actually received by each patient and that record is available to CG; and

5) it provides inpatient nursing care to sick or injured persons who must be under the care of a Physician.

The term "Nursing Care Facility" will not include an institution which is primarily a place for the blind, the deaf, the mentally ill or the mentally retarded, or a place for the treatment of alcohol or drug abuse.

## Physician

The term "Physician" means a licensed medical practitioner who is practicing within the scope of his or her license and who is licensed to prescribe and administer drugs or to perform surgery.

## Terminal Illness

A Terminal Illness will be considered to exist if a person has a written diagnosis and prognosis by two unaffiliated Physicians that he or she has 12 months or less to live.

*CIGNA is a leading provider of insurance, employee benefits, retirement and investment management services, health care, and financial services to businesses and individuals worldwide. CIGNA refers to the various subsidiaries of CIGNA Corporation, including Connecticut General Life Insurance Company and Life Insurance Company of North America.*

**CIGNA** Group Insurance
Life • Accident • Disability
1455 Valley Center Parkway
Bethlehem, PA 18017-2288
1.800.828.3485

564258 5/98 Printed 10,000
(Plan 2- Non-Texas Residents)
(Salaried/Field Direct Bills)