# Exhibit 11

## Format that should have been used for the Inquiry

| EIN | Name | Amount Billed | Amount Paid | Status | Reason | Address |
|---|---|---|---|---|---|---|
| [redacted] | W Stuckey Jr* | 70.70 | 0.00 | LOA since 7/02 | Should we put this employee on a bill at home basis? | 203 Holly Lane, Woonsocket, RI? |