UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. STUCKEY, JR. | : | |
| | : | |
| V. | : | C.A. No. 07-310ML |
| | : | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, BRIDGESTONE AMERICAS HOLDING, INC. f/k/a BRIDGESTONE/ FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE | : | |

**PLAINTIFF WILLIAM J. STUCKEY, JR.'S RULE 56(a) STATEMENT OF DISPUTED FACTS**

In opposition to the motion for summary judgment filed by Defendant, Connecticut General Life Insurance Company, Plaintiff disputes the statements set forth in CGLIC's Undisputed Statement of Facts as follows:

4. Plaintiff moved from his residence in Slatersville, Rhode Island to North Providence, Rhode Island in July 1999. **Stuckey Aff. ¶¶2 & 3.**

6. According to CGLIC's answers to Plaintiff's interrogatory number 23, CGLIC mailed the premium bill to Plaintiff's address of 203 Holly Lane, Woonsocket, Rhode Island. **Exhibit 13**. Additionally, CGLIC does not have any documents to establish that it mailed this correspondence to Plaintiff or that it was returned to CGLIC. **Exhibits 7 (numbers 8, 9, 16, 17, 18, 30, 35, 38), 8 & 9.**

7. According to CGLIC's answers to Plaintiff's interrogatory number 23, CGLIC mailed the premium bill to Plaintiff's address of 203 Holly Lane, Woonsocket, Rhode Island. **Exhibit 13**. Additionally, CGLIC does not have any documents to establish that it mailed this correspondence to Plaintiff or that it was returned to CGLIC. **Exhibits 7 (numbers 8, 9, 16, 17, 18, 30, 35, 38), 8 & 9.**

8. Plaintiff gave his notice of retirement to Bridgestone in September 2002. **Stuckey Aff. ¶12.**

10. According to CGLIC's answers to Plaintiff's interrogatories number 15 & 23, CGLIC mailed correspondence to Plaintiff's address of 203 Holly Lane, Woonsocket, Rhode Island. **Exhibit 13**. Additionally, CGLIC does not have any documents to establish that it mailed this correspondence to Plaintiff, and these documents are not identified in the CGLIC History. **Exhibits 7 (numbers 8, 9, 16, 17, 18, 30, 35, 38), 8 & 9.**

11. According to CGLIC's answers to Plaintiff's interrogatories number 15 & 23, CGLIC mailed correspondence to Plaintiff's address of 203 Holly Lane, Woonsocket, Rhode Island. **Exhibit 13**. Additionally, CGLIC does not have any documents to establish that it mailed this correspondence to Plaintiff, and these documents are not identified in the CGLIC History. **Exhibits 7 (numbers 8, 9, 16, 17, 18, 30, 35, 38), 8 & 9.**

13. CGLIC does not have any documents to establish that it mailed this correspondence to Plaintiff or that it was returned to CGLIC. **Exhibits 7 (numbers 8, 9, 16, 17, 18, 30, 35, 38), 8 & 9.**

17. Plaintiff's coverage did not lapse because CGLIC did not notify Plaintiff of the lapse in premium payments in accordance with the terms of the Policy. **Exhibit 1**

19. There are no documents to support the assertion that Bridgestone/Firestone notified CIGNA of Plaintiff's address. **Exhibit 7 (number 5).**

Plaintiff,
William J. Stuckey, Jr.
By his Attorneys,

/S/ Carl S. Levin, Esq.
Carl S. Levin, Esq. # 3336
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, RI 02903
(401) 751-1500
(401) 751-4124 (fax)
*clevin@agglaw.com*

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that on the 25th day of July, 2008, I caused to be served a true copy of the within Plaintiff's Rule 56(a) Disputed Statement of Facts to the following counsel of record:

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney, LLP.
123 Dyers Street
Providence, RI 02903

Jason D. Fisher, Esq.
Waller, Landsen, Dortch & Davis, LLP.
511 Union Street, Suite 2700
Nashville, TN 37219

/S/ Carl S. Levin, Esq.

Carl S. Levin, Esq.