# Exhibit 11

## Format that should have been used for the Inquiry

| *EIN* | *Name* | *Amount Billed* | *Amount Paid* | *Status* | *Reason* | *Address* |
|---|---|---|---|---|---|---|
| [redacted] | W Stuckey Jr* | 70.70 | 0.00 | LOA since 7/02 | Should we put this employee on a bill at home basis? | 203 Holly Lane, Woonsocket, RI? |