**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WILLIAM J. STUCKEY, JR. :
:
V. : C.A. No. 07-310ML
:
CONNECTICUT GENERAL LIFE INSURANCE :
COMPANY, BRIDGESTONE AMERICAS :
HOLDING, INC. f/k/a BRIDGESTONE/ :
FIRESTONE AMERICAS HOLDING, INC. & :
JOHN DOE

**PLAINTIFF WILLIAM J. STUCKEY, JR.'S OBJECTION TO DEFENDANT, CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, William J. Stuckey, Jr., and files this objection to the motion of Defendant, Connecticut General Life Insurance Company, for summary judgment. In support of this objection, Plaintiff files herewith the Affidavit of William J. Stuckey, Jr., a Statement of Undisputed Facts, and a Memorandum of Law.

Plaintiff,
William J. Stuckey, Jr.
By his Attorneys,

/S/ Carl S. Levin, Esq.
Carl S. Levin, Esq. # 3336
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, RI 02903
(401) 751-1500
(401) 751-4124 (fax)
clevin@agglaw.com

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that on the 25th day of July 2008, I caused to be served a true copy of the within Plaintiff's Objection to Connecticut General Life Insurance Company's motion for summary judgment to the following counsel of record:

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney, LLP.
123 Dyers Street
Providence, RI 02903

Jason D. Fisher, Esq.
Waller, Landsen, Dortch & Davis, LLP.
511 Union Street, Suite 2700
Nashville, TN 37219

/S/ Carl S. Levin, Esq.

Carl S. Levin, Esq.