# Exhibit List

1. Connecticut General Life Insurance Company Policy.

2. Correspondence from Johnson & Higgins/Kirke-Van Orsdel, Inc. to Plaintiff dated February 17 & August 13, 1997.

3. Correspondence from Johnson & Higgins/Kirke-Van Orsdel, Inc. to Plaintiff dated May 13, 1999.

4. Connecticut General Life Insurance Company Statement of Account.

5. Correspondence from Bridgestone/Firestone, Inc. to Plaintiff identified as:
   - 1998 Bridgestone Annual Statement of Benefits;
   - 1999 Bridgestone Annual Statement of Benefits;
   - 2000 Bridgestone Annual Statement of Benefits;
   - 2000/2001 Bridgestone Annual Statement of Benefits;
   - 2001/2002 Bridgestone Annual Statement of Benefits.

6. Correspondence from Connecticut General Life Insurance Company to Plaintiff dated July 27, 2004.

7. Connecticut General Life Insurance Company's response to Plaintiff's request for the production of documents.

8. Connecticut General Life Insurance Company's administrative record for Plaintiff's claim.

9. Connecticut General Life Insurance Company's History of Plaintiff's Policy. (the "CGLIC History)

10. Inquiry from Debra Paul, Reconciliation Representative, Connecticut General Life Insurance Company, to Ray Madonia, Bridgestone/Firestone, Inc., dated November 4, 2002. (the "CGLIC Inquiry")

11. Format that should have been used for the Inquiry.

12. Response from Ray Madonia to Debra Paul, dated November 4, 2002.

13. Connecticut General Life Insurance Company's answers to Plaintiff's interrogatories.

14. Affidavit of Renee Worst. (the "Worst Affidavit")