# Exhibit 2

## Correspondence from Johnson & Higgins/Kirke-Van Orsdel, Inc. to Plaintiff dated February 17 & August 13, 1997

J&H/KVA
Johnson & Higgins/Kirke-Van Orsdel, Inc.

Executive Offices/1776 West Lakes Parkway/Des Moines, Iowa 50398/515-243-1900

February 17, 1997

WILLIAM J STUCKEY JR
5 PLANTATION DR
CUMBERLAND RI 02864

RE: Life InSight Program for the Employees of
BRIDGESTONE/FIRESTONE, INC.
[redacted]

Dear William J. Stuckey Jr:

We appreciate your interest in the Life InSight Program for the Employees of BRIDGESTONE/FIRESTONE, INC. Enclosed are the form(s) you requested: copy of beneficiary and change form.

Please complete the necessary information and return it to our office in the envelope provided.

If you have any questions, please call your Customer Service Representative toll-free, 1-800-441-5581.

The Customer Service Representatives of
Johnson & Higgins/Kirke-Van Orsdel, Inc.
Program Administrator

MC

J&H/KVA

Johnson & Higgins/Kirke-Van Orsdel, Inc.

Executive Offices/1776 West Lakes Parkway/Des Moines, Iowa 50398/515-243-1900

August 13, 1997

WILLIAM J STUCKEY JR
203 HOLLY LANE
WOONSOCKET RI 02895

RE: Life InSight Program for the Employees of
BRIDGESTONE/FIRESTONE, INC.
SSN 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

Dear William J. Stuckey Jr:

We appreciate your interest in the Life InSight Program for the Employees of BRIDGESTONE/FIRESTONE, INC. Enclosed are the form(s) you requested: current beneficiary information, and beneficiary change form.

Please complete the necessary information and return it to our office in the envelope provided.

If you have any questions, please call your Customer Service Representative toll-free, 1-800-441-5581.

The Customer Service Representatives of
Johnson & Higgins/Kirke-Van Orsdel, Inc.
Program Administrator

Connecticut General Life
Program Carrier

MC