# Exhibit 3

**Correspondence from Johnson & Higgins/Kirke-Van Orsdel, Inc. to Plaintiff dated May 13, 1999**

KIRKE VAN ORSDEL
*a division of Seabury & Smith, Inc.*

*1776 West Lakes Parkway*
*West Des Moines, Iowa 50398*

May 13, 1999

William J Stuckey
36 Fillion Drive
No Smithfield RI 20896

RE: Life InSight Program for the Employees of Bridgestone/Firestone, Inc.
[redacted]
Certificate #:0185955

Dear William J Stuckey:

Kirke-Van Orsdel a division of Seabury and Smith has received your request to change your beneficiary designation. The change became effective as stated in your certificate of insurance.

Your beneficiary designation is as follows:

| | | | |
|---|---|---|---|
| 1st Beneficiary: | Alissa M Stuckey | 100% | Daughter |
| 2nd Beneficiary: | Cheryl Ann Silva | 100% | Sister |

If this is not what you intended, please call your Customer Service Representative toll free at 1-800-441-5581.

The Customer Service Representatives of
Kirke-Van Orsel a division of Seabury and Smith
Program Administrator

Metropolitan Life
Program Carrier