# Exhibit 4

## Connecticut General Life Insurance Company Statement of Account

CONNECTICUT GENERAL LIFE INSURANCE COMPANY
GROUP POLICY NUMBER: 0508919-01
STATEMENT OF ACCOUNT

CERTIFICATE OWNER: OWNER NUMBER: [redacted]
STUCKEY JR., WILLIAM J
5 PLANTATION DRIVE
CUMBERLAND RI 02864

| | WILLIAM |
|---|---|
| | AS OF 12/31/90 |
| ORIGINAL EFFECTIVE DATE | 02/01/86 |
| CERTIFICATE NUMBER | 0185955 |
| BASIC LIFE INSURANCE AMOUNT | 210,000.00 |
| TOTAL DEATH BENEFIT | 210,000.00 |

MONTHLY SUMMARY

| | |
|---|---|
| BASIC LIFE INSURANCE COST | 35.70 |
| DEPENDENT CHILD(REN) RIDER COST | 0.99 |
| ADMINISTRATIVE COST | 1.00 |
| TOTAL MONTHLY PREMIUM | 37.69 |

STATEMENT PERIOD SUMMARY

| | |
|---|---|
| CONTRIBUTIONS RECEIVED * | 452.28 |
| BASIC LIFE INSURANCE COST | 428.40- |
| DEPENDENT CHILD(REN) RIDER COST | 11.88- |
| ADMINISTRATIVE COST | 12.00- |

* CONTRIBUTIONS RECEIVED DURING STATEMENT PERIOD INCLUDE PAYMENTS RECEIVED FROM 01/01/90 TO 12/31/90.

THE LIFE INSIGHT INSURANCE PROGRAM IS OFFERED AND ADMINISTERED BY JOHNSON AND HIGGINS/KIRKE-VAN ORSDEL, INC., AND UNDERWRITTEN BY CONNECTICUT GENERAL LIFE INSURANCE COMPANY. FOR UPDATED ACCOUNT INFORMATION, CALL OUR TOLL-FREE NUMBER, 1-800-441-5581.