# Exhibit 5

**Correspondence from Bridgestone/Firestone, Inc.**
**to Plaintiff identified as:**

- **1998 Bridgestone Annual Statement of Benefits;**
- **1999 Bridgestone Annual Statement of Benefits;**
- **2000 Bridgestone Annual Statement of Benefits;**
- **2000/2001 Bridgestone Annual Statement of Benefits;**
- **2001/2002 Bridgestone Annual Statement of Benefits.**

# BRIDGESTONE/FIRESTONE, INC.

DATED JANUARY 1, 1998

F02E2 11 00236 00
WILLIAM J STUCKEY JR
203 HOLLY LANE
WOONSOCKET RI 02895

# BRIDGESTONE/FIRESTONE, INC.

## Your Personal Statement of Benefits

**Prepared as of 1/1/98 for WILLIAM J STUCKEY JR**

| | |
|---|---|
| Birth Date . . . . . . . . . . . . . . . . . . . . | 09/22/48 |
| Employment Date . . . . . . . . . . . . . . | 08/23/71 |
| ERISA Date . . . . . . . . . . . . . . . . . . . | 08/23/71 |
| Social Security Number . . . . . . . . . . | 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 |

# Dear Bridgestone/Firestone, Inc. Employee:

We are pleased to present your personalized annual statement of benefits.

This year's statement includes changes to the sections dealing with Pension Benefits and Additional Information. These sections have been reorganized and expanded and we hope you find them more informative. And, please take a few minutes to respond to the survey in the back of the booklet. Your opinion is important to us.

As in the past, your statement shows the full range of protection available to you and your family when there are health care expenses, in case of your disability or death, and when you retire. It also includes estimates of what your Savings Plan account could be worth in the future, based on certain financial assumptions. These benefits are an important part of your total compensation package at Bridgestone/Firestone, Inc.

Keep in mind that many of the benefits reported here are based on your earnings as of December 31, 1997 and your benefit enrollment as of January 1, 1998. As your pay increases, your savings plan, life insurance and disability benefits may also increase. Such changes will be reflected in future annual statements.

If you have questions about your benefits or about the information in this statement, please contact the Akron Benefits Administration Department. Telephone numbers of Benefits Staff members are provided at the end of this booklet.

Frank R. Doman

Frank R. Doman
Vice President, Human Resources & Administration



# TOTAL COMPENSATION FOR 1997

**TOTAL DIRECT COMPENSATION** . . . . . **$39,387.83**
This includes pay for vacation, holidays and sick days taken during 1997.

| | |
|---|---|
| Less deferrals | |
| • Savings Plan | $0.00 |
| • Medical | $1,500.00 |
| • Dental | $324.00 |
| • Supplemental Health Care Acct. | $0.00 |
| • Dependent Care Acct. | $0.00 |
| Total Deferrals | ($1,824.00) |
| TOTAL TAXABLE INCOME (Box 1 on 1997 W-2) | $37,563.83 |

**1997 INDIRECT COMPENSATION**

Bridgestone/Firestone, Inc.'s estimated cost for your

| | | |
|---|---|---|
| • Medical Benefits | $3,642.28 | |
| • Dental Benefits | $210.87 | |
| • Disability Benefits | $32.52 | |
| • Life Insurance/AD&D | $153.72 | |
| • Pension Plan | $36.00 | |
| • Legally Required Benefits | | |
| Social Security | $2,873.56 | |
| Workers' Compensation | $415.00 | |
| Unemployment Compensation | $289.18 | |
| **TOTAL INDIRECT COMPENSATION** | | **$7,653.13** |
| **YOUR TOTAL COMPENSATION FOR 1997** | | **$47,040.96** |



00236

# HEALTH CARE BENEFITS

## COMPREHENSIVE MEDICAL EXPENSE BENEFITS PLAN

You have elected coverage for yourself and these dependents:

| Name | Birth Date |
|---|---|
| ALISSA M STUCKEY | 03/05/80 |
| LINDA S LAMBERT | 02/05/55 |
| KRISTINA LAMBERT | 09/19/80 |

After you pay a deductible of $250 in eligible expenses per person ($750 per family) each calendar year, the Plan pays . . . . . . . . . 80% of covered expenses. The Plan covers reasonable and customary charges for semi-private hospital room and board and miscellaneous services, surgery and anesthesia, doctors' services, diagnostic care, ambulance service and emergency treatment, nursing services, extended care facilities, and medical equipment and supplies.

When your deductible and 20% coinsurance reach $2,000 for an individual ($4,000 for a family), the Plan pays . . . . . . . . . . . . . . . . . . 100% of covered expenses that calendar year.

Maximum lifetime Plan benefits . . . . . . . . . $1,500,000

Prescription drug benefits are covered by PAID; a mail order program is available for maintenance drugs.

The Vision Service Plan covers an eye examination and glasses.

Mental Health/Substance Abuse Benefits are covered by MCC.



## DENTAL EXPENSE BENEFITS PLAN

You are enrolled in the Delta USA Plan. You have coverage for yourself and these dependents:

| Name | Birth Date |
|---|---|
| ALISSA M STUCKEY | 03/05/80 |
| LINDA S LAMBERT | 02/05/55 |
| KRISTINA LAMBERT | 09/19/80 |

The Plan pays according to a fee schedule with no deductible required for diagnostic and preventive care or orthodontic services. You pay a deductible of $50 per person each calendar year for other dental care. Coverage applies for preventive, routine, oral surgical, prosthodontic and orthodontic care.

Maximum annual Plan benefits per person . . . $1,500
Maximum lifetime orthodontic benefits . . . . . $1,000

(Dependent children age 19 and over require proof of full-time student status to continue Medical and Dental Benefit Plan coverages up until age 25. Send to Akron Benefits Administration Department each school term.)

## HEALTH CARE EXPENSE ACCOUNT

For 1998, you elected to allocate . . . . . . . . N/A to your supplemental account each month. This Plan allows you to set aside, in a Supplemental Health Care Expense Account, tax-free dollars to help offset anticipated out-of-pocket expenses under the medical and dental plans. Monthly contributions for medical and/or dental plan coverage are automatically processed and reimbursed through the Health Care Expense Account on a tax-free basis.

## DEPENDENT CARE EXPENSE ACCOUNT

For 1998, you elected to allocate . . . . . . . . N/A to your account each month. This Plan allows you to set aside, in the Dependent Care Expense Account, tax-free dollars to help offset anticipated expenses for employment-related dependent care expenses.

# DISABILITY BENEFITS

## INCOME BENEFITS

**Short Term Disability Benefits Plan** – If you are unable to work due to accident or sickness, you may receive weekly payments of . **$180** for up to 52 weeks. Benefits are reduced by any amounts available from State disability benefits and, starting after 21 weeks, any Pension Plan or Social Security benefits payable to you.

**Long Term Disability Benefits Plan** – If you are enrolled and you are totally disabled for 26 consecutive weeks, you can receive monthly income of an estimated . . . . . . . . . . . **$2,001** minus Social Security and any other disability benefits payable to you. Plan benefits may continue until retirement while you remain disabled.

**Social Security** – Your eligible dependents can receive additional benefits based on your Social Security disability entitlement.

## LUMP SUM BENEFITS

Maximum benefits payable at accidental loss of limbs or total eyesight:

- Accidental Death and Dismemberment Insurance . . . . . . . . . . . . . . . . . . . . **$70,000**
- Personal Accident Insurance . . . . . . . . **N/A**
- This amount, less any accidental loss benefit paid, is payable due to permanent total disability.

## OTHER BENEFITS

If you are totally disabled, **Basic Life Insurance** coverage continues to age 65. Medical (except vision and substance abuse) and Dental coverage continue if you have ten years of service and pay monthly contributions.



# SURVIVOR BENEFITS

## LUMP SUM BENEFITS

| | |
|---|---|
| **Basic Life Insurance** . . . . . . . . . . . . . . . | **$70,000** |
| **Accidental Death and Dismemberment Insurance** . . . . . . . . . . . . . . . . . . . . . . | **$70,000** |
| **Group Universal Life Insurance** | |
| Current benefit . . . . . . . . . . . . . . . . . | **$210,000** |
| Cash Value . . . . . . . . . . . . . . . . . . . . | **N/A** |
| **Personal Accident Insurance** . . . . . . . . . . | **N/A** |
| **Travel Accident Insurance** – Payable if death results from an accident while traveling on Company business . . . . . . . . . . . . . . . | **$75,000** |
| **Savings Plan** – Your account balance as of 12/31/97 . . . . . . . . . . . . . . . . . . . . | **$16,719** |

## OTHER BENEFITS

**Social Security** – Estimated monthly benefits

- for an eligible spouse with dependent children, up to . . . . . . . . . . . . . . . . . **$1,660**
- for an eligible spouse with no dependent children, starting at age 60 . . . . . . . . **$630**

**Pension Plan** – If you are vested, your qualified surviving spouse will be eligible to receive a lifetime monthly pension. (Age requirements apply.)

**Medical Benefits** – If you have 20 years of credited service or if you are eligible to retire and have 10 years of credited service, your spouse's coverage continues until his or her death or remarriage. Children's coverage continues while they are eligible. Otherwise, dependent coverage continues 3 months, with coverage for an additional 33 months under COBRA provisions.

## DEPENDENT COVERAGE

**Group Univeral Life Insurance**

- Spouse's current benefit . . . . . . . . . . . **N/A**
- Spouse's cash value . . . . . . . . . . . . . **N/A**
- Each eligible child's current benefit . . . **$10,000**



002:

# PENSION BENEFITS

In addition to your personal savings, investments, and assets, Bridgestone/Firestone helps you prepare for your retirement.

## PENSION PLAN

The Pension Plan provides, at no cost to you, a monthly payment based on benefits that begin to accrue on your date of hire.

Your accrued benefit is the result of multiplying the pension benefit factor of $14 by your years of service. You are vested in your accrued benefit.

As of 12/31/97, your estimated monthly accrued benefit is $368. This includes the benefit attributable to your Prior Plan contributions.

If you leave the Company before retirement but after you complete 5 years of credited service, you are "vested" in a Deferred Vested Pension, based on your accrued benefit on your termination date. You must apply for the benefit in order to receive it. The accrued benefit will be payable at age 65 and will be reduced if you apply between the ages of 55 and 65.

When you retire from the Company, you will receive a benefit based on your years of service and the pension factor at that time. If you were covered under a different BFS pension plan during your career, your pension benefit will be prepared considering that entitlement. Your benefit is reduced if you apply before age 62 and have less than 37 years of service.

If you are married when you retire and you do not elect another form of payment, your benefit will be in the form of a 50% qualified Joint & Survivor annuity. This reduces your pension payments, but then continues 50% of your benefit as life income to your surviving spouse, provided you were married to your spouse one year prior to your death.

If you are single when you retire and do not elect another form of payment and you die before receiving 60 monthly payments, your beneficiary will receive payments for the balance of the 60-month period.



## BENEFITS AFTER RETIREMENT

**Medical Expense Benefits Plan** – If you have 10 or more years of service and receive Normal, Early or Disability Pension Plan benefits, you may continue coverage (except vision and substance abuse care) for yourself and your eligible dependents by paying the required contributions.

**Dental Expense Benefits Plan** – If you have 10 or more years of service and receive Normal, Early or Disability Pension Plan benefits, you may continue coverage for yourself and your eligible dependents by paying the required contributions.

**Savings Plan** – The full value of your Plan account is payable at retirement or may be left in the Plan until as late as age 65.

**Basic Life Insurance** – Reduced coverage continues at no cost to you.

**Personal Accident Insurance** – You may continue accidental death and dismemberment coverage for yourself and your spouse until age 75.

**Group Universal Life Insurance** – You may continue your current benefit coverage until age 95 by paying premiums. Your cash value account is available when you retire.

# ADDED FINANCIAL SECURITY

## YOUR SAVINGS PLAN

While exact predictions are not possible, here are some estimates of what your Plan account could be worth at various ages. These estimates are stated in today's dollars and are based on your 12/31/97 account balance of $16,719. The projections assume that the Plan, your current eligible earnings, and your rate of savings (and related Company contributions) remain the same.

**If You Begin to Save 4%**

| Your Estimated Account Value at Age: | If Annual Investment Growth Averages 6% | 8% | 10% |
|---|---|---|---|
| 65 | $82,500 | $104,000 | $131,500 |
| 62 | $64,900 | $78,400 | $94,800 |
| 55 | $34,100 | $37,300 | $40,700 |

**If You Contribute the Maximum Allowed ($4,596 a year in your case)**

| Your Estimated Account Value at Age: | If Annual Investment Growth Averages 6% | 8% | 10% |
|---|---|---|---|
| 65 | $177,400 | $215,700 | $263,600 |
| 62 | $134,500 | $157,300 | $184,600 |
| 55 | $59,200 | $63,600 | $68,400 |

These are **estimates only**, and may fluctuate from year to year based on changes in your pay, your savings rate and actual investment fund performance or changes in the Plan. The amounts shown are illustrative only, and are not intended to be relied upon as a guarantee of future results.

**IRS Savings Limits** - Only eligible earnings up to $160,000 are considered for the Plan. There is a limit on the amount saved by IRS definition of BFS "highly compensated" individuals. No associate may save more than $10,000 during 1998.

## LONG TERM CARE INSURANCE

MetLife shows that you are enrolled in the plan for the following coverage. If this information does not agree with your records, call MetLife at 1-800-311-6873.

| | Daily Benefit | Benefit Type |
|---|---|---|
| You | $0 | N/A |
| Your Spouse | $0 | N/A |



# ADDITIONAL INFORMATION

**Spouses and dependents right to continuation of medical (and dental) coverage under COBRA** - Spouses and eligible dependent children can continue Bridgestone/Firestone (BFS) coverage for 36 months by paying the full cost for medical and/or dental benefits. In order to qualify, you must have lost BFS coverage because of the death of the BFS employee or divorce from the BFS employee. In addition to these qualifying events, eligible dependent children can also continue coverage if they lose coverage because they reach maximum age of 19 (25 if a full-time student). COBRA participants pay the full cost of the coverage.

**Eligible earnings** for the Pension and Savings Plan are: base pay, overtime, commissions, bonuses, and other forms of incentive pay.

**Social Security** - Benefits shown are estimates only, based on your BFS earnings history only and on amounts payable under current law. It is assumed that you qualify for all Social Security benefits and that your current earnings remain unchanged until you retire. Actual benefits at retirement, death or disability will be based on your covered earnings as recorded with the Social Security Administration and on the benefit formula and other provisions of the law in effect when benefits become payable. **Call 1-800-772-1213 for a form to request your actual Social Security earnings history and an accurate Social Security benefit estimate.**

**Your statement** has been prepared based on data in Company records. Every effort has been made to ensure the accuracy of the information reported. However, errors can occur. In all cases, actual benefits will be paid in accordance with the governing plan documents or insurance contracts. If "N/A" appears instead of a benefit amount, it means you are not yet eligible for, or not participating in, that benefit.

The presentation of programs in this report does not create a contract between the Company and employees for either employment or any benefit. The Company hopes and expects to continue all of the above employee benefit plans indefinitely but reserves the right at any time to alter, suspend, discontinue or terminate them.

# BENEFIT CONTACTS

From BFS Network 8-721-(extension shown below)
From outside BFS Network 330-379-(extension shown below)

| BENEFIT | STAFF MEMBER | PHONE | PROFS |
|---|---|---|---|
| Direct Compensation | Paul Bordewick | 6288 | FTRSA26 |
| Indirect Compensation | Eleanor Shoenfelt | 6647 | FTRSS33 |
| Medical/Dental | | | |
| AMTS (A-K) | Sally Knorr | 7378 | FTRCA53 |
| AMTS (L-Z) | Linda Gross | 7088 | FTRBA27 |
| BFTS (A-Z) | Brenda Sacratini | 7213 | FTR2623 |
| Supplemental Health Care and Dependent Care Expense Accounts | Patty Babak | 3990 | FTRCA22 |
| Disability | Jerry Seabrook | 6992 | FTRPA07 |
| Life Insurance | Patty Babak | 3990 | FTRCA22 |
| Retirement Benefits | | | |
| Salary | Bob Conger | 3871 | FTRPA06 |
| Hourly | Sandy Pierce | 4504 | FTRPA05 |
| Savings Plan | John Richards | 6068 | FTRBS24 |
| | Barbara Graham | 3991 | FTRBA05 |
| Long Term Care Insurance | Jim Strausser | 6141 | FTRSA42 |

**SEE YOUR HUMAN RESOURCE OR LOCATION MANAGER FOR AN ENROLLMENT CHANGE FORM TO ADD/DELETE DEPENDENTS OR TO CORRECT DEPENDENT INFORMATION**



# SURVEY

Your opinions are important. Please answer the questions, make a copy of the page, and give it to your human resource or location manager or send it directly to:

Benefits Communications
Bridgestone/Firestone, Inc.
1200 Firestone Parkway
Akron, Ohio 44317

| | Yes | No |
|---|---|---|
| Do you think the Annual Benefits Statement includes valuable compensation and benefits information? | ____ | ____ |
| Do you think we should continue to publish it every year? | ____ | ____ |
| If not, how often? ____________ | | |
| Do you like the format changes? | ____ | ____ |
| Does your spouse see the Annual Benefits Statement? | ____ | ____ |
| Not married ____ | | |

Your comments -- What do you like about the Annual Benefits Statement and/or what would you like us to change in regard to the statement.

________________________________

________________________________

________________________________

Thank you for taking the time to answer the survey.

Benefits Communications Department

# BRIDGESTONE/FIRESTONE, INC.

DATED JANUARY 1, 1999

F02E3 12 00285 00
WILLIAM J STUCKEY JR
36 FILLION DR
N. SMITHFIELD RI 02896

# BRIDGESTONE/FIRESTONE, INC.

## Your Personal Statement of Benefits

**Prepared as of 1/1/99 for WILLIAM J STUCKEY JR**

| | |
|---|---|
| Birth Date . . . . . . . . . . . . . . . . . . | 09/22/1948 |
| Employment Date . . . . . . . . . . . . . | 08/23/1971 |
| ERISA Date . . . . . . . . . . . . . . . . . | 08/23/1971 |
| Social Security Number . . . . . . . . . . | [redacted] |

# Dear Bridgestone/Firestone, Inc. Employee:

We are pleased to present your personalized annual statement of benefits.

This year's statement includes an insert. The insert asks for information so that we can key it into a data base, which will enable us to better serve you in the future. Our current files are in paper form and are incomplete with respect to spouse/beneficiary Social Security number and date of birth. Please take time to complete the information and follow the instructions on the insert to return the completed form to the benefits department.

Your statement shows the full range of protection available to you and your family when there are health care expenses, in case of your disability or death, and when you retire. It also includes estimates of what your Savings Plan account could be worth in the future, based on certain financial assumptions. These benefits are an important part of your total compensation package at Bridgestone/Firestone, Inc.

Keep in mind that many of the benefits reported here are based on your earnings as of December 31, 1998 and your benefit enrollment as of January 1, 1999. As your pay increases, your savings plan, life insurance and disability benefits may also increase. Such changes will be reflected in future annual statements.

If you have questions about your benefits or about the information in this statement, please contact the Akron Benefits Administration Department. Telephone numbers of Benefits Staff members are provided at the end of this booklet.

Frank R. Doman

Frank R. Doman
Vice President, Human Resources & Administration



# TOTAL COMPENSATION FOR 1998

| | | |
|---|---|---|
| **TOTAL DIRECT COMPENSATION** | | **$46,250.16** |
| This includes pay for vacation, holidays and sick days taken during 1998. | | |

| | |
|---|---|
| Less deferrals | |
| • Savings Plan | $0.00 |
| • Medical | $1,380.00 |
| • Dental | $396.00 |
| • Supplemental Health Care Acct. | $0.00 |
| • Dependent Care Acct. | $0.00 |
| Total Deferrals | ($1,776.00) |
| TOTAL TAXABLE INCOME (Box 1 on 1998 W-2) | $44,474.16 |

**1998 INDIRECT COMPENSATION**

| | | |
|---|---|---|
| Bridgestone/Firestone, Inc.'s estimated cost for your | | |
| • Medical Benefits | **$3,630.63** | |
| • Dental Benefits | **$218.08** | |
| • Disability Benefits | **$33.24** | |
| • Life Insurance/AD&D | **$141.12** | |
| • Retirement Plan | **$2,306.75** | |
| • Legally Required Benefits | | |
| Social Security | **$3,402.26** | |
| Workers' Compensation | **$541.84** | |
| Unemployment Compensation | **$270.07** | |
| **TOTAL INDIRECT COMPENSATION** | | **$10,543.99** |
| **YOUR TOTAL COMPENSATION FOR 1998** | | **$56,794.15** |



0028

# HEALTH CARE BENEFITS

## EXCLUSIVE PROVIDER ORGANIZATION (EPO)

You have elected coverage for yourself and these dependents:

| Name | Birth Date |
|---|---|
| ALISSA M STUCKEY | 03/05/1980 |
| LINDA S LAMBERT | 02/05/1955 |
| KRISTINA LAMBERT | 09/19/1980 |

The EPO is a managed medical benefits program. Services are provided or authorized by participating doctors. You receive care from a network of physicians, hospitals, drugstores and health care providers. Small copayments apply for most services.

The plan covers preventive and diagnostic care, in and outpatient hospital services, surgery and anesthesia, doctors' treatments, emergency care, nursing services, extended care facility confinement, medical equipment and supplies, and prescription drugs.

The Vision Service Plan covers an eye examination and glasses.



## DENTAL EXPENSE BENEFITS PLAN

You are enrolled in the Delta Dental Plan. You have coverage for yourself and these dependents:

| Name | Birth Date |
|---|---|
| ALISSA M STUCKEY | 03/05/1980 |
| LINDA S LAMBERT | 02/05/1955 |
| KRISTINA LAMBERT | 09/19/1980 |

The Plan pays according to a fee schedule with no deductible required for diagnostic and preventive care or orthodontic services. You pay a deductible of $50 per person each calendar year for other dental care. Coverage applies for preventive, routine, oral surgical, prosthodontic and orthodontic care.

Maximum annual Plan benefits per person . . . **$1,500**
Maximum lifetime orthodontic benefits . . . . . **$1,000**

(Dependent children age 19 and over require proof of full-time student status to continue Medical and Dental Benefit Plan coverages up until age 25. Send to Akron Benefits Administration Department each school term.)

## HEALTH CARE EXPENSE ACCOUNT

For 1999, you elected to allocate . . . . . . . . . **N/A**
to your supplemental account each month. This Plan allows you to set aside, in a Supplemental Health Care Expense Account, tax-free dollars to help offset anticipated out-of-pocket expenses under the medical and dental plans. Monthly contributions for medical and/or dental plan coverage are automatically processed and reimbursed through the Health Care Expense Account on a tax-free basis.

## DEPENDENT CARE EXPENSE ACCOUNT

For 1999, you elected to allocate . . . . . . . . . **N/A**
to your account each month. This Plan allows you to set aside, in the Dependent Care Expense Account, tax-free dollars to help offset anticipated expenses for employment-related dependent care expenses.



002

# DISABILITY BENEFITS

## INCOME BENEFITS

**Short Term Disability Benefits Plan** – If you are unable to work due to accident or sickness, you may receive benefits for up to 52 weeks. First your salary can continue for a period based on your credited service. Then **Accident and Sickness** benefits can provide weekly payments of . . . . . . . . . . . . . $319
for the remainder of the 52 week period. Benefits are reduced by any amounts available from State disability benefits and, starting after 21 weeks, any Retirement Plan or Social Security benefits payable to you.

**Long Term Disability Benefits Plan** – If you are enrolled and you are totally disabled for 26 consecutive weeks, you can receive monthly income of an estimated . . . . . . . . . . . $2,514
minus Social Security and any other disability benefits payable to you. Plan benefits may continue until retirement while you remain disabled.

**Social Security** – Your eligible dependents can receive additional benefits based on your Social Security disability entitlement.

## LUMP SUM BENEFITS

Maximum benefits payable at accidental loss of limbs or total eyesight:

- Accidental Death and Dismemberment Insurance . . . . . . . . . . . . . . . . . . . . $70,000
- Personal Accident Insurance . . . . . . . N/A
  This amount, less any accidental loss benefit paid, is payable due to permanent total disability.

## OTHER BENEFITS

If you are totally disabled, **Basic Life Insurance** coverage continues to age 65. Medical (except vision and substance abuse) and Dental coverage continue if you have ten years of service and pay monthly contributions.



# SURVIVOR BENEFITS

## LUMP SUM BENEFITS

**Basic Life Insurance** . . . . . . . . . . . . . . $70,000
**Accidental Death and Dismemberment Insurance** . . . . . . . . . . . . . . . . . . . . . . . $70,000
**Group Universal Life Insurance**
Current benefit . . . . . . . . . . . . . . . . . $210,000
Cash Value . . . . . . . . . . . . . . . . . . . . N/A
**Personal Accident Insurance** . . . . . . . . . . N/A
**Travel Accident Insurance** – Payable if death results from an accident while traveling on Company business . . . . . . . . . . . . . . $75,000
**Savings Plan** – Your account balance as of 12/31/98 . . . . . . . . . . . . . . . . . . . . $17,598

## OTHER BENEFITS

**Social Security** – Estimated monthly benefits

- for an eligible spouse with dependent children, up to . . . . . . . . . . . . . . . . . . $2,150
- for an eligible spouse with no dependent children, starting at age 60 . . . . . . . . $875

**Retirement Plan** – If you are vested, your qualified surviving spouse will be eligible to receive a lifetime monthly pension. (Age requirements apply.)

**Medical Benefits** – If you have 20 years of credited service or if you are eligible to retire and have 10 years of credited service, your spouse's coverage continues until his or her death or remarriage. Children's coverage continues while they are eligible. Otherwise, dependent coverage continues 3 months, with coverage for an additional 33 months under COBRA provisions.

## DEPENDENT COVERAGE

**Group Universal Life Insurance**

- Spouse's current benefit . . . . . . . . . . N/A
- Spouse's cash value . . . . . . . . . . . . N/A
- Each eligible child's current benefit . . . $10,000



002

# RETIREMENT BENEFITS

In addition to your personal savings, investments, and assets, Bridgestone/Firestone helps you prepare for your retirement.

## RETIREMENT PLAN

The Retirement Plan provides, at no cost to you, a monthly payment based on benefits that begin to accrue on your date of hire and become vested after five years of service. You are vested in your accrued benefit.

As of December 31, 1998, your estimated monthly accrued benefit is . . . . . . . . . . . . . . . $1,566
This includes the benefit attributable to your Prior Plan contributions.

This accrued benefit is based on the current benefit formula using your years of service and the average of your actual highest five consecutive years of earnings out of the last 10 years. Earnings include base pay, bonus, overtime, and commissions. To compute service, we used your ERISA service date as required by law and we assumed you have not waived the pre-retirement surviving spouse's benefit.

Your contributions to the Prior Plan as of 7/1/77 $7
Your contributions to the Prior Plan with interest to 12/31/98 . . . . . . . . . . . . . . . . . $22

If you leave the Company before retirement but after you complete 5 years of credited service, you are "vested" in a Deferred Vested Pension, based on your accrued benefit as of your termination date. You must apply for the benefit in order to receive it. The accrued benefit will be payable at age 65 and will be reduced if you apply between the ages of 55 and 65.

When you retire from the Company, you will receive the highest of either a minimum of $27 multiplied by your years of credited service ($30 if you have at least 30 years of service and are at least 55 years old); or a benefit based on a prior formula; or a benefit based on the current formula that we used to calculate your accrued benefit above. Your benefit may be reduced if you apply before age 62.

If you are married when you retire and you do not elect another form of payment, your benefit will be in the form of a 50% qualified Joint & Survivor annuity. This reduces your pension payments, but then continues 50% of your benefit as life income payments to your surviving spouse, provided you were married to your spouse one year prior to your death.

If you are single when you retire and do not elect another form of payment and you die before receiving 60 monthly payments, your beneficiary will receive payments for the balance of the 60-month period.



Following are estimates of your monthly benefit from the Bridgestone/Firestone Retirement Plan at early and normal retirement ages. These estimates are based on your average highest five years of earnings and assume that your employment continues and that your earnings do not change.

| Retirement Age | | Life Annuity with 60 Months Certain | 50% Contingent Annuity[4] | |
|---|---|---|---|---|
| | | For You | For You | For Surviving Spouse |
| 65: | Plan | $2,411 | $2,102 | $1,051 |
| | Social Security | $1,453 [1] | $1,453 [1] | $1,453 [2] |
| | Total | $3,864 | $3,555 | $2,504 |
| 62: | Plan | $2,239 | $1,979 | $989 |
| | Social Security | $1,175 [1] | $1,175 [1] | $1,175 [2] |
| | Total | $3,414 | $3,154 | $2,164 |
| 55: | Plan | $1,220 | $1,109 | $554 |
| | Social Security | $1,140 [3] | $1,140 [3] | $1,140 [3] |
| | Total | $2,360 | $2,249 | $1,694 |

[1]During your retirement, your eligible spouse age 62 or older can receive additional benefits based on your entitlement.
[2]Assumes your spouse is eligible for unreduced benefits at your death.
[3]Starting at age 62.
[4]Assumes you are married and that you and your spouse are the same age.

## BENEFITS AFTER RETIREMENT

**Medical Expense Benefits Plan** – If you have 10 or more years of service and receive Normal, Early or Disability Retirement Plan benefits, you may continue coverage (except vision and substance abuse care) for yourself and your eligible dependents by paying the required contributions.

**Dental Expense Benefits Plan** – If you have 10 or more years of service and receive Normal, Early or Disability Retirement Plan benefits, you may continue coverage for yourself and your eligible dependents by paying the required contributions.

**Savings Plan** – The full value of your Plan account is payable at retirement or may be left in the Plan until age 65.

**Basic Life Insurance** – Reduced coverage continues at no cost to you.

**Personal Accident Insurance** – You may continue accidental death and dismemberment coverage for yourself and your spouse until age 75 by paying premiums.

**Group Universal Life Insurance** – You may continue your current benefit coverage until age 95 by paying premiums. Your cash value account is available when you retire.



002[illegible]

# ADDED FINANCIAL SECURITY

## YOUR SAVINGS PLAN

While exact predictions are not possible, here are some estimates of what your Plan account could be worth at various ages. These estimates are stated in today's dollars and are based on your 12/31/98 account balance of $17,598. The projections assume that the Plan, your current eligible earnings, and your rate of savings (and related Company contributions) remain the same.

**If You Continue Your Current Rate of Savings at 6.00%**

| Your Estimated Account Value at Age: | If Annual Investment Growth Averages 6% | 8% | 10% |
|---|---|---|---|
| 65 | $126,500 | $153,600 | $187,000 |
| 62 | $96,200 | $112,200 | $131,200 |
| 55 | $43,100 | $46,000 | $49,100 |

**If You Contribute the Maximum Allowed ($7,071 a year in your case)**

| Your Estimated Account Value at Age: | If Annual Investment Growth Averages 6% | 8% | 10% |
|---|---|---|---|
| 65 | $230,400 | $274,400 | $328,000 |
| 62 | $171,200 | $196,400 | $225,700 |
| 55 | $67,400 | $71,300 | $75,300 |

These are **estimates only**, and may fluctuate from year to year based on changes in your pay, your savings rate and actual investment fund performance or changes in the Plan. The amounts shown are illustrative only, and are not intended to be relied upon as a guarantee of future results.

**IRS Savings Limits** - Only eligible earnings up to $160,000 are considered for the Plan. There is a limit on the amount saved by IRS definition of BFS "highly compensated" individuals. No associate may save more than $10,000 during 1999.

## LONG TERM CARE INSURANCE

MetLife shows that you are enrolled in the plan for the following coverage. If this information does not agree with your records, call MetLife at 1-800-311-6873.

| | Daily Benefit | Benefit Type |
|---|---|---|
| You | $0 | N/A |
| Your Spouse | $0 | N/A |



# ADDITIONAL INFORMATION

**Spouses and dependents right to continuation of medical (and dental) coverage under COBRA** - Spouses and eligible dependent children can continue Bridgestone/Firestone (BFS) coverage for 36 months by paying the full cost for medical and/or dental benefits. In order to qualify, you must have lost BFS coverage because of the death of the BFS employee or divorce from the BFS employee. In addition to these qualifying events, eligible dependent children can also continue coverage if they lose coverage because they reach maximum age of 19 (25 if a full-time student). COBRA participants pay the full cost of the coverage.

Social Security - Benefits shown are estimates only, based on your BFS earnings history only and on amounts payable under current law. It is assumed that you qualify for all Social Security benefits and that your current earnings remain unchanged until you retire. Actual benefits at retirement, death or disability will be based on your covered earnings as recorded with the Social Security Administration and on the benefit formula and other provisions of the law in effect when benefits become payable. **Call 1-800-772-1213 for a form to request your actual Social Security earnings history and an accurate Social Security benefit estimate.**

**Your statement** has been prepared based on data in Company records. Every effort has been made to ensure the accuracy of the information reported. However, errors can occur. In all cases, actual benefits will be paid in accordance with the governing plan documents or insurance contracts. If "N/A" appears instead of a benefit amount, it means you are not yet eligible for, or not participating in, that benefit.

The presentation of programs in this report does not create a contract between the Company and employees for either employment or any benefit. The Company hopes and expects to continue all of the above employee benefit plans indefinitely but reserves the right at any time to alter, suspend, discontinue or terminate them.



002

# BENEFIT CONTACTS

| | |
|---|---|
| From BFS Network | 8-721-(extension shown below) |
| From outside BFS Network | 330-379-(extension shown below) |

| BENEFIT | STAFF MEMBER |
|---|---|
| Direct Compensation | Paul Bordewick, extension 6288<br>e-mail: BordewickPaul@BFUSA.com |
| Indirect Compensation | Eleanor Shoenfelt, extension 6647<br>e-mail: ShoenfeltEleanor@BFUSA.com |
| Medical/Dental | |
| AMTS (A-K) | Sally Knorr, extension 3878<br>e-mail: KnorrSally@BFUSA.com |
| AMTS (L-Z) | Linda Gross, extension 6088<br>e-mail: GrossLinda@BFUSA.com |
| BFTS, Cobre Tire (A-Z) | Brenda Sacratini, extension 4546<br>e-mail: SacratiniBrenda@BFUSA.com |
| Supplemental Health Care and Dependent Care Expense Accounts | Patty Babak, extension 3990<br>e-mail: BabakPatty@BFUSA.com |
| Disability | |
| Long Term | Sandie Fugitt, extension 6992<br>e-mail: FugittSandie@BFUSA.com |
| Short Term | Pat Buchanan, extension 6809<br>e-mail: BuchananPat@BFUSA.com |
| Life Insurance | Patty Babak, extension 3990<br>e-mail: BabakPatty@BFUSA.com |
| Retirement Benefits | |
| Salary | Cheryl Jandecka, extension 6995<br>e-mail: JandeckaCheryl@BFUSA.com |
| Hourly | Sandy Pierce, extension 4504<br>e-mail: PierceSandy@BFUSA.com |
| Savings Plan | John Richards, extension 6068<br>e-mail: RichardsJohn@BFUSA.com<br>Barbara Graham, extension 3991<br>e-mail: GrahamBarbara@BFUSA.com |
| Long Term Care Insurance | Jim Strausser, extension 6141<br>e-mail: StrausserJim@BFUSA.com |

**SEE YOUR HUMAN RESOURCE OR LOCATION MANAGER FOR AN ENROLLMENT CHANGE FORM TO ADD/DELETE DEPENDENTS OR TO CORRECT DEPENDENT INFORMATION**



002

BRIDGESTONE Firestone

Prepared as of January 1, 2000



AMTS, BFTS, WEBCO and Cobre Tire Salary

# Your Annual Statement of Benefits

FLD F014966 3 75
WILLIAM J STUCKEY
2008 MINERAL SPRING AVE
N. PROVIDENCE, RI 2904

BRIDGESTONE
Firestone

# Your Personal Statement of Benefits

*Prepared as of January 1, 2000*

WILLIAM J STUCKEY
2008 MINERAL SPRING AVE
N. PROVIDENCE, RI 2904

*Birth Date* . . . . . . . . . . . . . . . . . . *9/22/48*
*Employment Date* . . . . . . . . . . . *8/23/71*
*ERISA Date* . . . . . . . . . . . . . . . . *8/23/71*
*Social Security Number* . . . . . . . *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*

## Company-Provided/Sponsored Benefit Programs

| Type of Program | Your Participation in Company-Provided Benefits Y = Yes / N = No | Your Participation in Company-Sponsored Benefits (Premium Required) Y = Yes / N = No |
|---|---|---|
| Basic Life Insurance | Y | |
| Basic Accidental Death & Dismemberment Ins. | Y | |
| Travel Accident Insurance | Y | |
| Salary Continuation | Y | |
| Short Term Disability | Y | |
| Employee Assistance Program | Y | |
| Vacation | Y | |
| Holidays | Y | |
| Jury Duty | Y | |
| Separation Pay | Y | |
| Annual Reserve Training | Y | |
| Tuition Reimbursement | Y | |
| Discount at Company Stores | Y | |
| Matching FICA * | Y | |
| Federal/State Unemployment * | Y | |
| Workers' Compensation * | Y | |
| Medical Plan | | Y |
| Dental Plan | | Y |
| Health Care Expense Account | | N |
| Dependent Care Expense Account | | N |
| Personal Accident Insurance | | N |
| Group Universal Life | | Y |
| Long Term Disability | | Y |
| Long Term Care | | N |
| 401(k) Savings Plan | | Y |
| Pension | Y | |

* Legally required

***In Addition,*** all Bridgestone/Firestone, Inc. employees have available: employee discounts, direct pay deposit, new car tire changeover program, matching gifts, credit union, U.S. Savings Bond payroll deduction, continuous service credit while on military leave, and scholarship program for children.

***WILLIAM J STUCKEY*** [redacted]



## Benefit Coverage/Eligibility

| Health Care Benefits | Name | Birth Date |
|---|---|---|
| Self | WILLIAM J STUCKEY | 9/22/48 |
| Spouse | LINDA S LAMBERT | 2/5/55 |
| Dependents | | |

You are enrolled in the EPO
Your prescription drug provider is CIGNA

| Delta Dental Care Benefits | Name | Birth Date |
|---|---|---|
| Self | WILLIAM J STUCKEY | 9/22/48 |
| Spouse | LINDA S LAMBERT | 2/5/55 |
| Dependents | | |

Supplemental Health Care Expense Account — For 2000 you allocated

Dependent Care Expense Account — For 2000 you allocated

***WILLIAM J STUCKEY*** [redacted]

| | |
|---|---|
| ***Short Term Disability Weekly Benefit*** | $336.00 |
| ***Long Term Disability Monthly Benefit*** | $2,616.60 |
| ***Company-Provided Basic Life Insurance*** | $70,000.00 |
| ***Company-Provided Accidental Death/Dismemberment*** | $70,000.00 |
| Primary Beneficiary | Contingent Beneficiary |
| NOT ON FILE | NOT ON FILE |

If your Company-Provided Life Insurance Beneficiary is incorrect or not on file, see your human resources or location manager immediately to refresh your information.

***Company-Provided Travel Accident Insurance*** $75,000.00

***Personal Accident Insurance***
Employee Coverage Amount
Family Plan: Spouse & Children Children Only

***WILLIAM J STUCKEY*** [redacted]



## *Total Compensation for 1999*

| | | |
|---|---|---|
| **Total Direct Compensation**<br>This includes pay for vacation, holidays, imputed income, and sick days taken during 1999. | | $51,641.20 |
| Less deferrals | | |
| •Savings Plan | $3,095.16 | |
| •Medical | $1,560.00 | |
| •Dental | $396.00 | |
| •Supplemental Health Care Account | | |
| •Dependent Care Account | | |
| Total Deferrals | $5,051.16 | |
| **Total Taxable Income**<br>(Box 1 on 1999 W-2) | $46,590.04 | |
| **1999 Indirect Compensation**<br>Bridgestone/Firestone, Inc.'s estimated cost for your: | | |
| •Medical Benefits | $3,860.36 | |
| •Dental Benefits | $218.65 | |
| •Disability Benefits | $43.44 | |
| •Life Insurance/AD&D | $141.12 | |
| •Savings Plan - Company Contribution | $1,547.58 | |
| •Retirement Plan | $2,579.30 | |
| •Non-taxable Tuition Reimbursement | | |
| •Required Benefits | | |
| *Social Security* | $3,801.17 | |
| *Workers' Compensation* | $580.12 | |
| *Unemployment Compensation* | $63.90 | |
| **Total Indirect Compensation** | | $12,835.64 |
| **Your Total Compensation for 1999** | | $64,476.84 |

***WILLIAM J STUCKEY*** [redacted]

# Retirement Benefits

**Defined Benefit Pension Plan**

On December 31, 1999, you were enrolled in: 1984 RETIREMENT PLAN

| | | |
|---|---|---|
| Your spouse is | Name* | LINDA S LAMBERT |
| | Date of Birth | 2/5/55 |
| | Soc. Sec.# | [redacted] |

** If you are married and your spouse's information is incorrect or shows not reported, see your human resources or location manager immediately.*

As of December 31, 1999, your estimated monthly accrued benefit @ age 65 was $1,623.30
YOUR ACCRUED BENEFIT IS 100% VESTED

**Defined Contribution Savings Plan**

| | |
|---|---|
| You are enrolled in: TAX EFFICIENT SAVINGS PLAN | |
| As of December 31, 1999, your account balance was: | $29,933.80 |
| Employee deferral value: | $3,994.97 |
| Company-provided value: | $25,938.83 |
| Your current contribution rate is: | 6% |

WILLIAM J STUCKEY [redacted]



# Defined Benefit Pension Plan

Assumptions and data elements used to calculate estimated projections:

1. Your Plan as of December 31, 1999: 1984 RETIREMENT PLAN
2. Final Average Earnings (FAE) as of December 31, 1999:$60,574.60
3. ERISA service as of December 31, 1999: 28 YEARS 4 MONTHS
4. Assumes future FAE remain at $60,574.60

| Life Annuity with 60 Months Certain | | 50% Contingent Annuity | |
|---|---|---|---|
| **Retirement Age** | **For You** | **For You** | **Surviving Spouse** |
| 65 | $2,411.08 | $2,102.46 | $1,051.23 |
| 62 | $2,239.20 | $1,979.45 | $989.72 |
| 55 | $1,220.53 | $1,109.46 | $554.73 |

When you retire from the Company, you will receive the highest of either a minimum of $27 multiplied by your years of credited service ($30 if you have at least 30 years of service and are at least 55 years old); or a benefit based on a prior formula; or a benefit based on the current formula that we used to calculate your accrued benefit above. Your benefit may be reduced if you apply before age 62. The projections do not reflect the rules of 85 and 92.

**Defined Contribution Savings Plan**

Assumptions and data elements used to calculate estimated projections:

1. Continue to contribute at your current contribution rate.
2. Assumes future earnings remain at 1999 level.

| Retirement Age | 6% | 8% | 10% |
|---|---|---|---|
| 65 | $165,147.92 | $200,116.05 | $243,306.54 |
| 62 | $126,058.13 | $146,987.02 | $171,341.30 |
| 55 | $57,986.78 | $61,602.29 | $65,245.65 |
| Every 1% increase in contribution to the Savings Plan will increase the Lump Sum Value by: | | | |
| 65 | $10,833.06 | $12,442.54 | $14,392.49 |
| 62 | $7,650.20 | $8,573.59 | $9,543.41 |
| 55 | $2,233.67 | $2,321.37 | $2,372.95 |

*Note: The above projections are estimates only, and may fluctuate from year-to-year based on changes in your pay, your savings rate and actual investment fund performance or changes in the Plan. The amounts shown are illustrative only, and are not intended to be relied upon as a guarantee of future results. For 2000, the plan limits contributions to $10,500 or 17% (9.8% for highly compensated-employees).*

WILLIAM J STUCKEY [redacted]

# *Survivor Benefits*

## Lump Sum Benefits

| | |
|---|---|
| **Basic Life Insurance:** | $70,000.00 |
| **Accidental Death and Dismemberment Insurance:** | $70,000.00 |
| **Personal Accident Insurance:** | |
| **Travel Accident Insurance** - Payable if death results from an accident while traveling on Company business: | $75,000.00 |
| **Savings Plan** - Your account balance as of 12/31/99 | $29,933.80 |

## Other Benefits

**Social Security** - Call Social Security Administration for Survivor Benefits, 1-800-772-1213.

**Group Universal Life Insurance** - If you enrolled for coverage, call 1-800-828-3485.

**Retirement Plan** - If you are vested, your qualified surviving spouse will be eligible to receive a lifetime monthly pension. (Age requirements apply.)

**Medical Benefits** - If you have 20 years of credited service or if you are eligible to retire and have 10 years of credited service, your spouse's coverage continues until his or her death or remarriage. Children's coverage continues while they are eligible. Otherwise, dependent coverage continues 3 months, with coverage for an additional 33 months under COBRA provisions.



# *ABOUT THE BENEFITS PROGRAMS*

Below is a brief summary of the benefits offered by the Company. See your Summary Plan Description for the details of each plan.

**MEDICAL PLAN.** In addition to inpatient and outpatient medical benefits, all BFS medical plans include vision, prescription drug, mental health, and substance abuse benefits. Your medical plan eligibility depends on your residence zip code. Please see your Summary Plan Description book for a description of the medical plan shown on your benefits summary at the beginning of this booklet.

**EMPLOYEE ASSISTANCE PLAN (EAP).** All associates are automatically enrolled for the Employee Assistance Plan, even if not enrolled in the medical plan. The EAP counselor is only a telephone call away and provides counseling for life problems, including substance abuse. Required care not available under the EAP is coordinated by the EAP counselor with community service agencies or benefits available under your medical plan.

**DENTAL EXPENSE BENEFITS PLAN.** The Plan pays 100% of usual and customary fees with no deductible required for diagnostic and preventive services. You pay a deductible of $50 per person each calendar year for other dental care.

Note: (Dependent children age 19 and over require proof of full-time student status to continue Medical and Dental Benefit Plan coverages up until age 25. Send to Akron Benefits Administration Department each school term.)

**COBRA RIGHT TO CONTINUATION OF MEDICAL AND DENTAL COVERAGE WHEN COVERAGE WOULD OTHERWISE END.**
Associates and family members may extend coverage for 18 months (29 in case of total disability) by paying the full cost of benefits when BFS coverage is lost because of the employee's termination or because of reduction of hours to part-time status.

Spouses & Dependents. Spouses and eligible dependent children can continue Bridgestone/Firestone (BFS) coverage for 36 months. In order to qualify, you must have lost BFS coverage because of the death of the BFS employee or divorce from the BFS employee. In addition to these qualifying events, eligible dependent children can also continue coverage if they lose coverage because they reach maximum age of 19 (25 if a full-time student).

Note: COBRA participants pay the full cost of the coverage.

**SUPPLEMENTAL HEALTH CARE EXPENSE ACCOUNT.** This Plan allows you to set aside, in a Supplemental Health Care Expense Account, tax-free dollars to help offset anticipated out-of-pocket expenses under the medical and dental plans. Monthly contributions for medical and/or dental plan coverage are automatically processed and reimbursed through the Health Care Expense Account on a tax-free basis.

**DEPENDENT CARE EXPENSE ACCOUNT.** This Plan allows you to set aside, in a Dependent Health Care Expense Account, tax-free dollars to help offset anticipated expenses for employment-related dependent care expenses.

**DISABILITY BENEFITS**

**Short Term Disability Benefits** - If you are unable to work due to accident or sickness, you may receive benefits for up to 52 weeks. First your salary can continue for a period based on your credited service, then Short Term Disability benefits provide weekly payments for the remainder of the 52 week period. Benefits are reduced by any amounts available from State disability benefits and, starting after 21 weeks, any Retirement Plan or Social Security benefits payable to you.

**Total Disability Benefits**

**Long Term Disability Benefits Plan** - If you are enrolled and you are totally disabled for 26 consecutive weeks, you can receive monthly income minus Social Security and any other disability benefits payable to you. Plan benefits may continue until retirement while you remain disabled.

**Social Security** - Your eligible dependents can receive additional benefits based on your Social Security disability entitlement.

**Lump Sum Benefits** - Benefits are payable for accidental loss of limbs or eyesight under the:

| | |
|---|---|
| Accidental Death and Dismemberment Insurance | (All associates) |
| Personal Accident Insurance | (Enrolled associates) |

The benefit, less any other accidental loss benefit paid, is payable due to permanent total disability.

**Other Benefits** - If you have at least 10 years of service, Basic Life Insurance coverage continues at a reduced rate. Medical (except vision, substance abuse, and Employee Assistance Plan (EAP) ) and Dental coverage continue if you have 10 years of service and pay monthly contributions.

**LONG-TERM CARE INSURANCE.** You can choose a daily benefit of $100 or $130 for 3 or 5 years. You can select a 15-year paid up option at a slightly higher monthly premium.

**BENEFITS DURING RETIREMENT**

**Monthly Pension Benefit**

BFS provides, at no cost to you, a monthly Pension benefit. The benefit is vested after 5 years of service. There are benefits for normal, early, disability retirements, and deferred retirements.

**Medical and/or Dental Expense Benefits Plans** - If you have 10 or more years of service and receive Normal, Early, or Disability Retirement Plan benefits, you may continue coverage (except vision, substance abuse, and Employee Assistance Plan (EAP) ) for yourself and your eligible dependents by paying the required contributions.

**Savings Plan** - The full value of your Plan account is payable at retirement or may be left in the Plan until age 65.

**Basic Life Insurance** - If you have at least 10 years of service, reduced coverage continues at no cost to you.

**Personal Accident Insurance** - You may continue accidental death and dismemberment coverage for yourself and your spouse until age 75 by paying premiums.

**Group Universal Life Insurance** - You may continue your current benefit coverage until age 95 by paying premiums. Your cash value account is available when you retire.

***WILLIAM J STUCKEY*** [redacted]



**SOCIAL SECURITY RETIREMENT & SURVIVOR BENEFITS**

Benefits at retirement, death or disability will be based on your covered earnings as recorded with the Social Security Administration and on the benefit formula and other provisions of the law in effect when benefits become available. Call 1-800-772-1213 for a form to request your actual Social Security earnings history and an accurate Social Security benefit payable to you.

**SAVINGS PLANS**

The Company Savings Plans are 401(k) plans. This means you can save money on a tax-deferred basis for your retirement. Your monthly contributions, the Company's contributions, and the interest they earn are not taxed until you take money out of your account. You may take a loan from your account or withdraw money from your account. Money taken out of your account is subject to IRS rules.

**IRS Savings Limits** - Only eligible earnings up to $170,000 are considered for the Plan. There is a limit on the amount saved by IRS definition of BFS highly-compensated individuals. No associate may save more than $10,500 during 2000.

**LIFE INSURANCE**

*Basic Life Insurance and Accidental Death & Dismemberment Insurance* (CIGNA). The Company provides the greater of an amount equal to your annual earnings as of the prior November 1 or a minimum amount.

*Travel Accident Insurance (Life Insurance of North America).* The Company provides this coverage if death results from an accident while traveling on Company business.

*Personal Accident Insurance (Life Insurance of North America).* You can enroll in additional accidental death and dismemberment insurance for you and your family members. Your premiums are based on the coverage you select.

*Group Universal Life Insurance (CIGNA).* You can enroll for additional life insurance for you and your family members. Your premium is based on the coverage you select.

Notes: For benefits not listed above and information on vacation, holidays, tuition reimbursement, etc., please see your human resources manager.

Your statement has been prepared based on data in Company records. Every effort has been made to ensure the accuracy of the information reported. However, errors can occur. In all cases, actual benefits will be paid in accordance with the governing plan documents or insurance contracts. If N/A appears instead of a benefit amount or specific information, it means you are not eligible for, or not participating in, that benefit.

The presentation of programs in this report does not create a contract between the Company and employees for either employment or any benefit. The Company hopes and expects to continue all of the above employee benefit plans indefinitely but reserves the right at any time to alter, suspend, discontinue or terminate them.

***WILLIAM J STUCKEY*** [redacted]

## *BENEFIT CONTACTS*

| | |
|---|---|
| From BFS Network<br>From outside BFS Network | 721-(extension shown below)<br>330-379-(extension shown below) |
| **BENEFIT** | **STAFF MEMBER** |
| Direct Compensation | Paul Bordewick, extension 6288<br>e-mail: BordewickPaul@BFUSA.com |
| Indirect Compensation | Eric Thoma, extension 6321<br>e-mail: ThomaEric@BFUSA.com |
| Medical/Dental<br>AMTS (A-K), WEBCO (A-K) | Sally Knorr, extension 3878<br>e-mail: KnorrSally@BFUSA.com |
| AMTS (L-Z), WEBCO (L-Z) | Linda Gross, extension 6088<br>e-mail: GrossLinda@BFUSA.com |
| BFTS, Cobre Tire (A-Z) | Brenda Sacratini, extension 4546<br>e-mail: SacratiniBrenda@BFUSA.com |
| Supplemental Health Care &<br>Dependent Care Expense Accounts | Patty Babak, extension 3990<br>e-mail: BabakPatty@BFUSA.com |
| Disability<br>•Long Term | Sandie Fugitt, extension 6992<br>e-mail: FugittSandie@BFUSA.com |
| •Short Term | Pat Buchanan, extension 6809<br>e-mail: BuchananPat@BFUSA.com |
| Life Insurance<br>(Basic, Travel, Personal Accident) | Patty Babak, extension 3990<br>e-mail: BabakPatty@BFUSA.com |
| Retirement Benefits | Cheryl Jandecka, extension 6995<br>e-mail: JandeckaCheryl@BFUSA.com |
| Savings Plan | John Richards, extension 6068<br>e-mail: RichardsJohn@BFUSA.com |
| | Barbara Graham, extension 3991<br>e-mail: GrahamBarbar@BFUSA.com |
| Long Term Care Insurance (MetLife)<br>Group Universal Life Insurance (CIGNA) | 1-800-311-6873<br>1-800-828-3485 |

**See Your Human Resources or Location Manager for an Enrollment Change Form to Add/Delete Dependents or to Correct Dependent Information**

*WILLIAM J STUCKEY* [redacted]



# Your Annual Statement of Benefits

*Prepared as of January 1, 2001*

FLD 02E4 03 000187

WILLIAM J STUCKEY

2008 MINERAL SPRING AVE

N. PROVIDENCE , RI 02904

BRIDGESTONE
Firestone

# Your Personal
# Statement of Benefits

*2000/2001*

WILLIAM J STUCKEY

2008 MINERAL SPRING AVE
N. PROVIDENCE , RI 02904

*Birth Date . . . . . . . . . . . . . . . . . 09/22/1948*
*Employment Date . . . . . . . . . . . 08/23/1971*
*ERISA Date . . . . . . . . . . . . . . . . 08/23/1971*
*Social Security Number . . . . . .* [redacted]

***WILLIAM J STUCKEY*** [redacted]

## Company-Provided/Sponsored Benefit Programs

| Type of Program | Your Participation in Company-Provided Benefits Y = Yes / N = No | Your Participation in Company-Sponsored Benefits (Premium Required) Y = Yes / N = No |
|---|---|---|
| Basic Life Insurance | Y | |
| Basic Accidental Death & Dismemberment Ins. | Y | |
| Travel Accident Insurance | Y | |
| Salary Continuation | Y | |
| Short Term Disability | Y | |
| Employee Assistance Program | Y | |
| Vacation | Y | |
| Holidays | Y | |
| Jury Duty | Y | |
| Annual Reserve Training | Y | |
| Tuition Reimbursement | Y | |
| Discount at Company Stores | Y | |
| Matching FICA * | Y | |
| Federal/State Unemployment * | Y | |
| Workers' Compensation * | Y | |
| Pension | Y | |
| Medical Plan | | Y |
| Dental Plan | | Y |
| Health Care Expense Account | | N |
| Dependent Care Expense Account | | N |
| Personal Accident Insurance | | N |
| Group Universal Life | | Y |
| Long Term Disability | | Y |
| Long Term Care | | N |
| 401(k) Savings Plan | | Y |

* Legally required

***In Addition,*** all Bridgestone/Firestone, Inc. employees have available: employee discounts, direct pay deposit, new car tire changeover program, matching gifts, credit union, U.S. Savings Bond payroll deduction, continuous service credit while on military leave, and scholarship program for children.



## Benefit Coverage/Eligibility

| Health Care Benefits | Name | Birth Date |
|---|---|---|
| Self | WILLIAM J STUCKEY | 09/22/1948 |
| Spouse | LINDA S LAMBERT | 02/05/1955 |
| Dependents | | |

You are enrolled in the EPO
Your prescription drug provider is CIGNA

| Delta Dental Care Benefits | Name | Birth Date |
|---|---|---|
| Self | WILLIAM J STUCKEY | 09/22/1948 |
| Spouse | LINDA S LAMBERT | 02/05/1955 |
| Dependents | | |

Supplemental Health Care Expense Account — For 2001 you allocated

Dependent Care Expense Account — For 2001 you allocated

| | | |
|---|---|---|
| ***Short Term Disability***<br>***Weekly Benefit*** | $376.00 | |
| ***Long Term Disability***<br>***Monthly Benefit*** | $3,124.20 | |
| ***Company-Provided***<br>***Basic Life Insurance*** | $70,000.00 | |
| ***Company-Provided Accidental***<br>***Death/Dismemberment*** | $70,000.00 | |
| Primary Beneficiary<br>NOT ON FILE | Contingent Beneficiary<br>NOT ON FILE | |

If your Company-Provided Life Insurance Beneficiary is incorrect or not on file, see your human resources or location manager immediately to refresh your information.

***Company-Provided Travel Accident Insurance*** $75,000.00

***Personal Accident Insurance***

| | | |
|---|---|---|
| Employee Coverage Amount | | |
| Family Plan: | Spouse & Children | Children Only |



## *Total Compensation for 2000*

| | | |
|---|---|---|
| **Total Direct Compensation** | | $59,625.70 |
| This includes pay for vacation, holidays, imputed income, and sick days taken during 2000. | | |
| Less deferrals | | |
| •Savings Plan | $3,574.23 | |
| •Medical | $1,740.00 | |
| •Dental | $396.00 | |
| •Supplemental Health Care Account | | |
| •Dependent Care Account | | |
| Total Deferrals | $5,710.23 | |
| **Total Taxable Income**<br>(Box 1 on 2000 W-2) | $53,915.47 | |
| **2000 Indirect Compensation** | | |
| Bridgestone/Firestone, Inc.'s estimated cost for your: | | |
| •Medical Benefits | $4,224.20 | |
| •Dental Benefits | $309.04 | |
| •Disability Benefits | $47.16 | |
| •Life Insurance/AD&D | $141.12 | |
| •Savings Plan - Company Contribution | $1,787.12 | |
| •Retirement Plan | $2,978.52 | |
| •Non-taxable Tuition Reimbursement | | |
| •Required Benefits | | |
| *Social Security* | $4,397.89 | |
| *Workers' Compensation* | $660.00 | |
| *Unemployment Compensation* | $232.83 | |
| **Total Indirect Compensation** | | $14,777.88 |
| **Your Total Compensation for 2000** | | $74,403.58 |

## Defined Benefit Pension Plan

Your estimated monthly accrued benefit @ age 65: $1,539.24

YOUR ACCRUED BENEFIT IS 100% VESTED

Your spouse*

Name: LINDA S LAMBERT

Date of Birth: 02/05/1955

Social Security Number: [redacted]

** If your spouse's information is incorrect or shows not reported, see your human resources or location manager immediately.*

Pension projection as of 12/31/2000

| | |
|---|---|
| 1. Your Plan | 1984 RETIREMENT PLAN |
| 2. Your Final Average Earnings (FAE) | $55,479.69 |
| 3. Your ERISA service | 29 YEARS 4 MONTHS |
| 4. Assume your FAE remains the same. | $55,479.69 |

| Life Annunity with 60 months Certain | | 50% Qualified Joint Survivor Benefit | |
|---|---|---|---|
| Retirement Age | For You | For You | Surviving Spouse |
| 65 (1) | $2,208.29 | $1,846.13 | $923.06 |
| 62 (2) | $2,050.86 | $1,749.38 | $874.69 |
| 57 YRS 06 MOS (3) | $1,814.73 | $1,598.77 | $799.38 |
| 54 YRS 00 MOS (4) | $1,317.90 | $1,172.93 | $586.46 |
| 52 YRS 03 MOS (5) | $818.87 | $734.52 | $367.26 |

(1)-NORMAL RETIREMENT AGE
(2)-AGE 62(PENSION UNREDUCED FOR AGE)
(3)-AGE ELIGIBLE FOR RULE OF 92
(4)-AGE ELIGIBLE FOR RULE OF 85
(5)-AGE ELIGIBLE FOR EARLY RETIREMENT

When you retire from the Company, you will receive the highest of either a minimum of $27 multiplied by your years of credited service ($30 if you have at least 30 years of service and are at least 55 years old); or a benefit based on a prior formula; or a benefit based on a formula that uses the FAE shown above.

***WILLIAM J STUCKEY*** [redacted]



Your projecions reflect the new rules of 85 & 92. Under the new Pension rules, the years and months of service are added to the years and months of age at retirement. If the result is 85 or greater, the reduction factor for the retiree will be .002 for each month below age 62. If the result is 92 or greater, the reduction factor is 0.

Disclaimer: This is only an estimate of your pension benefits. This estimate creates no rights. Instead, the Pension Plan Documents govern all benefits and control over any statement in this estimate or any other written document or oral statement that concerns the Plan or your benefits. The actual amount and availability of the pension benefits to which you are entitled is governed solely by the Pension Plan Documents. If, after you begin receiving benefits, it is ever determined that the correct amount is different than the amount you are receiving at any time, your pension amount will be adjusted to the correct amount. If you were overpaid, the Plan will be entitled to recover the amount of the overpayments.

## Defined Contribution Savings Plan

| | |
|---|---|
| You are enrolled in: TAX EFFICIENT SAVINGS PLAN | |
| As of December 31, 2000, your account balance was: | $30,457.53 |
| Employee deferral value: | $6,525.70 |
| Company-provided value: | $23,931.83 |
| Your current contribution rate is: | 6.00% |

Assumptions and data elements used to calculate estimated projections:
1. Continue to contribute at your current contribution rate.
2. Assumes future earnings remain at 2000 level.

| **Retirement Age** | **6%** | **8%** | **10%** |
|---|---|---|---|
| 65 | $166,021.57 | $197,739.01 | $236,538.53 |
| 62 | $125,106.37 | $143,089.08 | $164,291.15 |
| 55 | $53,309.61 | $55,426.57 | $58,254.55 |

Every 1% increase in contribution to the Savings Plan will increase the Lump Sum Value by:

| | | | |
|---|---|---|---|
| 65 | $11,217.03 | $12,730.10 | $14,594.65 |
| 62 | $7,839.41 | $8,560.20 | $9,471.63 |
| 55 | $1,882.41 | $1,858.58 | $1,965.81 |

*Note: The above projections are estimates only, and may fluctuate from year-to-year based on changes in your pay, your savings rate and actual investment fund performance or changes in the Plan. The amounts shown are illustrative only, and are not intended to be relied upon as a guarantee of future results. You may change your deferral % during the months of February through November by calling the Bridgestone/Firestone Voice Response Unit at 1-800-433-4335. For 2001, the plan limits contributions to $10,500 or 20% (10.5% for highly-compensated employees).*

***WILLIAM J STUCKEY*** [redacted]

## *Survivor Benefits*

### Lump Sum Benefits

| | |
|---|---|
| **Basic Life Insurance:** | $70,000.00 |
| **Accidental Death and Dismemberment Insurance:** | $70,000.00 |
| **Personal Accident Insurance:** | |
| **Travel Accident Insurance** - Payable if death results from an accident while traveling on Company business: | $75,000.00 |
| **Savings Plan** - Your account balance as of 12/31/00 | $30,457.53 |

### Other Benefits

**Social Security** - Call Social Security Administration for Survivor Benefits, 1-800-772-1213.

**Group Universal Life Insurance** - If you enrolled for coverage, call 1-800-828-3485.

**Retirement Plan** - If you are vested, your qualified surviving spouse will be eligible to receive a lifetime monthly pension. (Age requirements apply.)

**Medical Benefits** - If you have 20 years of credited service or if you are eligible to retire and have 10 years of credited service, your spouse's coverage continues until his or her death or remarriage. Children's coverage continues while they are eligible. Otherwise, dependent coverage continues 3 months, with coverage for an additional 33 months under COBRA provisions.



## *ABOUT THE BENEFITS PROGRAMS*

Below is a brief summary of the benefits offered by the Company. See your Summary Plan Description for the details of each plan.

**MEDICAL PLAN.** In addition to inpatient and outpatient medical benefits, all BFS medical plans include vision, prescription drug, mental health, and substance abuse benefits. Your medical plan eligibility depends on your residence zip code. Please see your Summary Plan Description book for a description of the medical plan shown on your benefits summary at the beginning of this booklet.

**EMPLOYEE ASSISTANCE PLAN (EAP).** All associates are automatically enrolled for the Employee Assistance Plan, even if not enrolled in the medical plan. The EAP counselor is only a telephone call away and provides counseling for life problems, including substance abuse. Required care not available under the EAP is coordinated by the EAP counselor with community service agencies or benefits available under your medical plan.

**DENTAL EXPENSE BENEFITS PLAN.** The plan pays 100% of maximum allowable fees with no deductible required for diagnostic and preventive services. You pay a deductible of $50 per person each calendar year for other dental care, which is paid according to a fee schedule.

Note: (Dependent children age 19 and over require proof of full-time student status to continue Medical and Dental Benefit Plan coverages up until age 25. Send to Akron Benefits Administration Department each school term.)

**COBRA RIGHT TO CONTINUATION OF MEDICAL AND DENTAL COVERAGE WHEN COVERAGE WOULD OTHERWISE END.**
Associates and family members may extend coverage for 18 months (29 in case of total disability) by paying the full cost of benefits when BFS coverage is lost because of the employee's termination or because of reduction of hours to part-time status.

Spouses & Dependents. Spouses and eligible dependent children can continue Bridgestone/ Firestone (BFS) coverage for 36 months. In order to qualify, you must have lost BFS coverage because of the death of the BFS employee or divorce from the BFS employee. In addition to these qualifying events, eligible dependent children can also continue coverage if they lose coverage because they reach maximum age of 19 (25 if a full-time student).

Note: COBRA participants pay the full cost of the coverage.

**SUPPLEMENTAL HEALTH CARE EXPENSE ACCOUNT.** This Plan allows you to set aside, in a Supplemental Health Care Expense Account, tax-free dollars to help offset anticipated out-of-pocket expenses under the medical and dental plans. Monthly contributions for medical and/or dental plan coverage are automatically processed and reimbursed through the Health Care Expense Account on a tax-free basis.

**DEPENDENT CARE EXPENSE ACCOUNT.** This Plan allows you to set aside, in a Dependent Care Expense Account, tax-free dollars to help offset anticipated expenses for employment-related dependent care expenses.

**DISABILITY BENEFITS**

**Short Term Disability Benefits** - If you are unable to work due to accident or sickness, you may receive benefits for up to 52 weeks. First your salary can continue for a period based on your credited service, then Short Term Disability benefits provide weekly payments for the remainder of the 52 week period. Benefits are reduced by any amounts available from State disability benefits and, starting after 21 weeks, any Retirement Plan or Social Security benefits payable to you.

**Total Disability Benefits**

**Long Term Disability Benefits Plan** - If you are enrolled and you are totally disabled because of an off-the-job event for 26 consecutive weeks, you can receive monthly income minus Social Security and any other disability benefits payable to you. Plan benefits may continue until retirement while you remain disabled.

**Social Security** - Your eligible dependents can receive additional benefits based on your Social Security disability entitlement.

**Lump Sum Benefits** - Benefits are payable for accidental loss of limbs or eyesight under the:

| | |
|---|---|
| Accidental Death and Dismemberment Insurance | (All associates) |
| Personal Accident Insurance | (Enrolled associates) |

The benefit, less any other accidental loss benefit paid, is payable due to permanent total disability.

**Other Benefits** - If you have at least 10 years of service, Basic Life Insurance coverage continues at a reduced amount. Medical (except vision, substance abuse, and Employee Assistance Plan (EAP) ) and Dental coverage continue if you have 10 years of service and pay monthly contributions.

**LONG-TERM CARE INSURANCE.** You can choose a daily benefit of $100 or $130 for 3 or 5 years. You can select a non-forfeiture of premiums option at a slightly higher monthly premium.

**BENEFITS DURING RETIREMENT**

**Monthly Pension Benefit**

BFS provides, at no cost to you, a monthly Pension benefit. The benefit is vested after 5 years of service. There are benefits for normal, early, disability retirements, and deferred retirements.

**Medical and/or Dental Expense Benefits Plans** - If you have 10 or more years of service and receive Normal, Early, or Disability Retirement Plan benefits, you may continue coverage (except vision, substance abuse, and Employee Assistance Plan (EAP) ) for yourself and your eligible dependents by paying the required contributions.

**Savings Plan** - The full value of your Plan account is payable at retirement or may be left in the Plan until age 65.

**Basic Life Insurance** - If you have at least 10 years of service, reduced coverage continues at no cost to you.

**Personal Accident Insurance** - You may continue accidental death and dismemberment coverage for yourself and your spouse until age 75 by paying premiums.

**Group Universal Life Insurance** - You may continue your current benefit coverage until age 95 by paying premiums. Your cash value account is available when you retire.



**SOCIAL SECURITY RETIREMENT & SURVIVOR BENEFITS**

Benefits at retirement, death or disability will be based on your covered earnings as recorded with the Social Security Administration and on the benefit formula and other provisions of the law in effect when benefits become available. Call 1-800-772-1213 for a form to request your actual Social Security earnings history and an accurate Social Security benefit payable to you.

**SAVINGS PLANS**

The Company Savings Plans are 401(k) plans. This means you can save money on a tax-deferred basis for your retirement. Your monthly contributions, the Company's contributions, and the interest they earn are not taxed until you take money out of your account. You may take a loan from your account or withdraw money from your account. Money taken out of your account is subject to IRS rules.

**IRS Savings Limits** - Only eligible earnings up to $170,000 are considered for the Plan. There is a limit on the amount saved by IRS definition of BFS highly-compensated individuals. No associate may save more than $10,500 during 2001.

**LIFE INSURANCE**

*Basic Life Insurance and Accidental Death & Dismemberment Insurance* (CIGNA). The Company provides the greater of an amount equal to your annual earnings as of the prior November 1 or a minimum amount.

*Travel Accident Insurance (Life Insurance of North America).* The Company provides this coverage if death results from an accident while traveling on Company business.

*Personal Accident Insurance (Life Insurance of North America).* You can enroll in additional accidental death and dismemberment insurance for you and your family members. Your premiums are based on the coverage you select.

*Group Universal Life Insurance (CIGNA).* You can enroll for additional life insurance for you and your family members. Ypur premium is based on the coverage you select.

Notes: For benefits not listed above and information on vacation, holidays, tuition reimbursement, etc., please see your human resources manager.

Your statement has been prepared based on data in Company records. Every effort has been made to ensure the accuracy of the information reported. However, errors can occur. In all cases, actual benefits will be paid in accordance with the governing plan documents or insurance contracts. If N/A appears instead of a benefit amount or specific information, it means you are not eligible for, or not participating in, that benefit.

The presentation of programs in this report does not create a contract between the Company and employees for either employment or any benefit. The Company hopes and expects to continue all of the above employee benefit plans indefinitely but reserves the right at any time to alter, suspend, discontinue or terminate them.

## *BENEFIT CONTACTS*

| | |
|---|---|
| From BFS Network<br>From outside BFS Network | 721-(extension shown below)<br>330-379-(extension shown below) |
| **BENEFIT** | **STAFF MEMBER** |
| Direct Compensation | Paul Bordewick, extension 6288<br>e-mail: BordewickPaul@BFUSA.com |
| Indirect Compensation | Eric Thoma, extension 6321<br>e-mail: ThomaEric@BFUSA.com |
| Medical/Dental<br>AMTS (A-K), WEBCO (A-K) | Sally Knorr, extension 3878<br>e-mail: KnorrSally@BFUSA.com |
| AMTS (L-Z), WEBCO (L-Z) | Linda Gross, extension 6088<br>e-mail: GrossLinda@BFUSA.com |
| BFTS, Cobre Tire (A-Z) | Brenda Sacratini, extension 4546<br>e-mail: SacratiniBrenda@BFUSA.com |
| Supplemental Health Care &<br>Dependent Care Expense Accounts | Patty Babak, extension 3990<br>e-mail: BabakPatty@BFUSA.com |
| Disability<br>•Long Term | Sandie Fugitt, extension 6992<br>e-mail: FugittSandie@BFUSA.com |
| •Short Term | Pat Buchanan, extension 6809<br>e-mail: BuchananPat@BFUSA.com |
| Life Insurance<br>(Basic, Travel, Personal Accident) | Patty Babak, extension 3990<br>e-mail: BabakPatty@BFUSA.com |
| Retirement Benefits | Cheryl Jandecka, extension 6995<br>e-mail: JandeckaCheryl@BFUSA.com |
| Savings Plan | John Richards, extension 6068<br>e-mail: RichardsJohn@BFUSA.com |
| | Barbara Graham, extension 3991<br>e-mail: GrahamBarbar@BFUSA.com |
| Long Term Care Insurance (MetLife)<br>Group Universal Life Insurance (CIGNA) | 1-800-438-6388<br>1-800-828-3485 |

**See Your Human Resources or Location Manager for an Enrollment Change Form to Add/Delete Dependents or to Correct Dependent Information**

***WILLIAM J STUCKEY*** [redacted]

# Your Annual Statement of Benefits

2001/2002



BRIDGESTONE
Firestone

BFRC and BFNT Field Salary Associates

FLD 02E4 03 000180
WILLIAM J STUCKEY

2008 MINERAL SPRING AVE
N. PROVIDENCE, RI 02904

BRIDGESTONE
Firestone

# Your Personal Statement of Benefits

**2001/2002**

*The benefits are sponsored by*
*Bridgestone/Firestone Americas Holding, Inc.*

WILLIAM J STUCKEY

2008 MINERAL SPRING AVE
N. PROVIDENCE, RI 02904

*Birth Date* . . . . . . . . . . . . . . . . . . *09/22/1948*
*Employment Date* . . . . . . . . . . . *08/23/1971*
*ERISA Date* . . . . . . . . . . . . . . . . *08/23/1971*
*Social Security Number* . . . . . . [redacted]

## Company-Provided/Sponsored Benefit Programs

| Type of Program | Your Participation in Company-Provided Benefits Y = Yes / N = No | Your Participation in Company-Sponsored Benefits (Premium Required) Y = Yes / N = No |
|---|---|---|
| Basic Life Insurance | Y | |
| Basic Accidental Death & Dismemberment Ins. | Y | |
| Travel Accident Insurance | Y | |
| Salary Continuation | Y | |
| Short Term Disability | Y | |
| Employee Assistance Program | Y | |
| Vacation | Y | |
| Holidays | Y | |
| Jury Duty | Y | |
| Annual Reserve Training | Y | |
| Tuition Reimbursement | Y | |
| Discount at Company Stores | Y | |
| Matching FICA * | Y | |
| Federal/State Unemployment * | Y | |
| Workers' Compensation * | Y | |
| Pension | Y | |
| Medical Plan | | Y |
| Dental Plan | | Y |
| Health Care Expense Account | | N |
| Dependent Care Expense Account | | N |
| Personal Accident Insurance | | N |
| Group Universal Life | | Y |
| Long Term Disability | | Y |
| Long Term Care | | N |
| 401(k) Savings Plan | | Y |

* Legally required

***In Addition,*** all Bridgestone/Firestone employees have available: employee discounts, direct pay deposit, new car tire changeover program, matching gifts, credit union, U.S. Savings Bond payroll deduction, continuous service credit while on military leave, and scholarship program for children.



## Benefit Coverage/Eligibility

| Health Care Benefits | Name | Birth Date |
|---|---|---|
| Self | WILLIAM J STUCKEY | 09/22/1948 |
| Spouse | LINDA S LAMBERT | 02/05/1955 |
| Dependents | | |

You are enrolled in the EPO
Your prescription drug provider is CIGNA

| Delta Dental Care Benefits | Name | Birth Date |
|---|---|---|
| Self | WILLIAM J STUCKEY | 09/22/1948 |
| Spouse | LINDA S LAMBERT | 02/05/1955 |
| Dependents | | |

| | |
|---|---|
| Supplemental Health Care Expense Account | For 2001 you allocated |
| Dependent Care Expense Account | For 2001 you allocated |

| | | |
|---|---|---|
| ***Short Term Disability*** | $376.00 | |
| ***Weekly Benefit*** | | |
| ***Long Term Disability*** | $2,979.60 | |
| ***Monthly Benefit*** | | |
| ***Company-Provided*** | $70,000.00 | |
| ***Basic Life Insurance*** | | |
| ***Company-Provided Accidental*** | $70,000.00 | |
| ***Death/Dismemberment*** | | |
| Primary Beneficiary | Contingent Beneficiary | |
| NOT ON FILE | NOT ON FILE | |

If your Company-Provided Life Insurance Beneficiary is incorrect or not on file, see your human resources or location manager immediately to refresh your information.

***Company-Provided Travel Accident Insurance*** $75,000.00

***Personal Accident Insurance***

Employee Coverage Amount

Family Plan: Spouse & Children Children Only



## *Total Compensation for 2001*

| | | |
|---|---|---|
| **Total Direct Compensation** | | $57,910.70 |
| This includes pay for vacation, holidays, imputed income, and sick days taken during 2001. | | |
| Less deferrals | | |
| •Savings Plan | $3,471.33 | |
| •Medical | $1,740.00 | |
| •Dental | $396.00 | |
| •Supplemental Health Care Account | | |
| •Dependent Care Account | | |
| Total Deferrals | $5,607.33 | |
| **Total Taxable Income** (Box 1 on 2001 W-2) | $52,303.37 | |
| **2001 Indirect Compensation** | | |
| Bridgestone/Firestone's estimated cost for your: | | |
| •Medical Benefits (if enrolled) | $4,549.15 | |
| •Dental Benefits (if enrolled) | $288.01 | |
| •Disability Benefits | $51.00 | |
| •Life Insurance/AD&D | $141.12 | |
| •Savings Plan - Company Contribution | $1,735.67 | |
| •Retirement Plan | $2,805.99 | |
| •Non-taxable Tuition Reimbursement | | |
| •Required Benefits | | |
| *Social Security* | $4,266.71 | |
| *Workers' Compensation* | $665.00 | |
| *Unemployment Compensation* | $218.69 | |
| **Total Indirect Compensation** | | $14,721.34 |
| **Your Total Compensation for 2001** | | $72,632.04 |

## Defined Benefit Pension Plan

Your estimated monthly accrued benefit @ age 65: $1,460.12

YOUR ACCRUED BENEFIT IS 100% VESTED

Your spouse*

| | |
|---|---|
| Name: | LINDA S LAMBERT |
| Date of Birth: | 02/05/1955 |
| Social Security Number: | [redacted] |

** If your spouse's information is incorrect or shows not reported, see your human resources or location manager immediately.*

Pension projection as of 12/31/2001

1. Your Plan: SALARIED EMPLOYEES RETIREMENT PLAN
2. Your Final Average Earnings (FAE) $50,893.03
3. Your ERISA service 30 YEARS 4 MONTHS
4. Assume your FAE remains the same. $50,893.03

| Life Annunity with 60 months Certain | | 50% Qualified Joint Survivor Benefit | |
|---|---|---|---|
| Retirement Age | For You | For You | Surviving Spouse |
| 65 (1) | $2,025.72 | $1,693.50 | $846.75 |
| 62 (2) | $1,881.31 | $1,604.75 | $802.37 |
| 57 YRS 06 MOS (3) | $1,664.70 | $1,466.60 | $733.30 |
| 54 YRS 00 MOS (4) | $1,208.94 | $1,075.95 | $537.97 |
| 53 YRS 03 MOS (5) | $846.86 | $756.24 | $378.12 |

(1)-NORMAL RETIREMENT AGE
(2)-AGE 62(PENSION UNREDUCED FOR AGE)
(3)-AGE ELIGIBLE FOR RULE OF 92
(4)-AGE ELIGIBLE FOR RULE OF 85
(5)-AGE ELIGIBLE FOR EARLY RETIREMENT

When you retire from the Company, you will receive the highest of either a minimum of $27 multiplied by your years of credited service ($30 if you have at least 30 years of service and are at least 55 years old); or a benefit based on a prior formula; or a benefit based on a formula that uses the FAE shown above.

***WILLIAM J STUCKEY*** [redacted]



Your projections reflect the rules of 85 and 92. Under these Pension rules, the years and months of service are added to the years and months of age at retirement. If the result is 85 or greater, the reduction factor for the retiree will be .002 for each month below age 62. If the result is 92 or greater, the reduction factor is 0.

Disclaimer: This is only an estimate of your pension benefits. This estimate creates no rights. Instead, the Pension Plan Documents govern all benefits and control over any statement in this estimate or any other written document or oral statement that concerns the Plan or your benefits. The actual amount and availability of the pension benefits to which you are entitled is governed solely by the Pension Plan Documents. If, after you begin receiving benefits, it is ever determined that the correct amount is different than the amount you are receiving at any time, your pension amount will be adjusted to the correct amount. If you were overpaid, the Plan will be entitled to recover the amount of the overpayments.

## Defined Contribution Savings Plan

You are enrolled in: TAX EFFICIENT SAVINGS PLAN

| | |
|---|---|
| As of December 31, 2001, your account balance was: | $29,467.97 |
| Employee deferral value: | $8,640.19 |
| Company-provided value: | $20,827.78 |
| Your current contribution rate is: | 6.00% |

Assumptions and data elements used to calculate estimated projections:
1. Continue to contribute at your current contribution rate.
2. Assumes future earnings remain at 2001 level.

| **Retirement Age** | **6%** | **8%** | **10%** |
|---|---|---|---|
| 65 | $147,051.70 | $172,767.24 | $203,560.19 |
| 62 | $109,298.05 | $123,660.94 | $139,908.57 |
| 55 | $43,678.45 | $44,987.34 | $46,590.92 |

Every 1% increase in contribution to the Savings Plan will increase the Lump Sum Value by:

| | | | |
|---|---|---|---|
| 65 | $9,736.99 | $10,917.23 | $12,323.11 |
| 62 | $6,554.97 | $7,156.66 | $7,810.42 |
| 55 | $1,157.10 | $1,157.10 | $1,214.95 |

*Note: The above projections are estimates only, and may fluctuate from year-to-year based on changes in your pay, your savings rate and actual investment fund performance or changes in the Plan. The amounts shown are illustrative only, and are not intended to be relied upon as a guarantee of future results. You may change your deferral % during the months of February through November by calling the Bridgestone/Firestone Voice Response Unit at 1-800-433-4335.*

*For 2002, the plan limits contributions to $11,000 (11% for highly-compensated employees). Those who are* ***age 50 by December 31*** *of this year* ***and either*** *contribute the IRS dollar maximum ($11,000)* ***or*** *have their contribution cut back to 11% because of the IRS definition c "highly compensated" employees, may make a catch-up contribution of $1,000 in 2002.*

***WILLIAM J STUCKEY*** [redacted]

# Survivor Benefits

## Lump Sum Benefits

**Basic Life Insurance:** $70,000.00

**Accidental Death and Dismemberment Insurance:** $70,000.00

**Personal Accident Insurance:**

**Travel Accident Insurance** - Payable if death results from an accident while traveling on Company business: $75,000.00

**Savings Plan** - Your account balance as of 12/31/01 $29,467.97

## Other Benefits

**Social Security** - Call Social Security Administration for Survivor Benefits, 1-800-772-1213.

**Group Universal Life Insurance** - If you enrolled for coverage, call 1-800-828-3485.

**Retirement Plan** - If you are vested, your qualified surviving spouse will be eligible to receive a lifetime monthly pension. (Age requirements apply.)

**Medical Benefits** - If you have 20 years of credited service or if you are eligible to retire and have 10 years of credited service, your spouse's coverage continues until his or her death or remarriage. Children's coverage continues while they are eligible. Otherwise, dependent coverage continues 3 months, with coverage for an additional 33 months under COBRA provisions.



# ABOUT THE BENEFITS PROGRAMS

Below is a brief summary of the benefits offered by the Company. See your Summary Plan Description for the details of each plan.

**MEDICAL PLAN.** In addition to inpatient and outpatient medical benefits, all BFA medical plans include vision, prescription drug, mental health, and substance abuse benefits. Your medical plan eligibility depends on your residence zip code. Please see your Summary Plan Description book for a description of the medical plan shown on your benefits summary at the beginning of this booklet.

**EMPLOYEE ASSISTANCE PLAN (EAP).** All associates are automatically enrolled for the RFL Employee Assistance Plan, even if not enrolled in the medical plan. The EAP counselor is only a telephone call away and provides counseling for life problems, including substance abuse. Required care not available under the EAP is coordinated by the EAP counselor with community service agencies or benefits available under your medical plan.

**DENTAL EXPENSE BENEFITS PLAN.** The plan pays 100% of maximum allowable fees with no deductible required for diagnostic and preventive services. You pay a deductible of $50 per person each calendar year for other dental care, which is paid according to a fee schedule.

Note: (Dependent children age 19 and over require proof of full-time student status to continue Medical and Dental Benefit Plan coverages up until age 25. Send to Akron Benefits Administration Department each school term.)

**COBRA RIGHT TO CONTINUATION OF MEDICAL AND DENTAL COVERAGE WHEN COVERAGE WOULD OTHERWISE END.**
Associates and family members may extend coverage for 18 months (29 in case of total disability) by paying the full cost of benefits when BFA coverage is lost because of the employee's termination or because of reduction of hours to part-time status.

Spouses & Dependents. Spouses and eligible dependent children can continue Bridgestone/ Firestone (BFA) coverage for 36 months. In order to qualify, you must have lost BFA coverage because of the death of the BFA employee or divorce from the BFA employee. In addition to these qualifying events, eligible dependent children can also continue coverage if they lose coverage because they reach maximum age of 19 (25 if a full-time student).

Note: COBRA participants pay the full cost of the coverage.

**SUPPLEMENTAL HEALTH CARE EXPENSE ACCOUNT.** This Plan allows you to set aside, in a Supplemental Health Care Expense Account, tax-free dollars to help offset anticipated out-of-pocket expenses under the medical and dental plans. Monthly contributions for medical and/or dental plan coverage are automatically processed and reimbursed through the Health Care Expense Account on a tax-free basis.

**DEPENDENT CARE EXPENSE ACCOUNT.** This Plan allows you to set aside, in a Dependent Care Expense Account, tax-free dollars to help offset anticipated expenses for employment-related dependent care expenses.

## DISABILITY BENEFITS

**Short Term Disability Benefits** - If you are unable to work due to accident or sickness, you may receive benefits for up to 52 weeks. First your salary can continue for a period based on your credited service, then Short Term Disability benefits provide weekly payments for the remainder of the 52 week period. Benefits are reduced by any amounts available from State disability benefits and, starting after 21 weeks, any Retirement Plan or Social Security benefits payable to you.

**Total Disability Benefits**

**Long Term Disability Benefits Plan (LTD)** - If you are enrolled in the plan and you are totally disabled because of an off-the-job event for 26 consecutive weeks, you may be eligible to receive 60% of your monthly income minus Social Security and any other disability benefits payable to you. You must meet all the eligibility requirements of the plan and submit your LTD claim within 180 days of your last day worked.

**Social Security** - Your eligible dependents can receive additional benefits based on your Social Security disability entitlement.

**Lump Sum Benefits** - Benefits are payable for accidental loss of limbs or eyesight under the:

| | |
|---|---|
| Accidental Death and Dismemberment Insurance | (All associates) |
| Personal Accident Insurance | (Enrolled associates) |

The benefit, less any other accidental loss benefit paid, is payable due to permanent total disability.

**Other Benefits** - If you have at least 10 years of service, Basic Life Insurance coverage continues at a reduced amount determined by your length of service. Medical (except vision, substance abuse, and Employee Assistance Plan (EAP) ) and Dental coverage continue if you have 10 years of service and pay monthly contributions.

**LONG-TERM CARE INSURANCE.** You can choose a daily benefit of $100 or $130 for 3 or 5 years. You can select a non-forfeiture of premiums option at a slightly higher monthly premium.

## BENEFITS DURING RETIREMENT

**Monthly Pension Benefit**

BFA provides, at no cost to you, a monthly Pension benefit. The benefit is vested after 5 years of service. There are benefits for normal, early, disability retirements, and deferred retirements.

**Medical and/or Dental Expense Benefits Plans** - If you have 10 or more years of service and receive Normal, Early, or Disability Retirement Plan benefits, you may continue coverage (except vision, substance abuse, and Employee Assistance Plan (EAP) ) for yourself and your eligible dependents by paying the required contributions.

**Savings Plan** - The full value of your Plan account is payable at retirement or may be left in the Plan.

**Basic Life Insurance** - If you have at least 10 years of service, reduced coverage continues at no cost to you. The amount of retiree life insurance depends on your length of service.

**Personal Accident Insurance** - You may continue accidental death and dismemberment coverage for yourself and your spouse until age 75 by paying premiums.



**Group Universal Life Insurance** - You may continue your current benefit coverage until age 95 by paying premiums. Your cash value account is available when you retire.

## SOCIAL SECURITY RETIREMENT & SURVIVOR BENEFITS

Benefits at retirement, death or disability will be based on your covered earnings as recorded with the Social Security Administration and on the benefit formula and other provisions of the law in effect when benefits become available. Call 1-800-772-1213 for a form to request your actual Social Security earnings history and an accurate Social Security benefit payable to you.

## SAVINGS PLANS

The Company Savings Plans are 401(k) plans. This means you can save money on a tax-deferred basis for your retirement. Your monthly contributions, the Company's contributions, and the interest they earn are not taxed until you take money out of your account. You may take a loan from your account or withdraw money from your account. Money taken out of your account is subject to IRS rules.

**IRS Savings Limits** - Only eligible earnings up to $200,000 are considered for the Plan. There is a limit on the amount saved by IRS definition of BFA highly-compensated individuals. No associate may save more than $11,000 during 2002. Associates who are age 50 by the end of this year may be eligible to make additional catch-up contributions according to IRS rules.

## LIFE INSURANCE

*Basic Life Insurance and Accidental Death & Dismemberment Insurance* (CIGNA). The Company provides the greater of an amount equal to your annual earnings as of the prior November 1 or a minimum amount.

*Travel Accident Insurance (Life Insurance of North America).* The Company provides this coverage if death results from an accident while traveling on Company business.

*Personal Accident Insurance (Life Insurance of North America).* You can enroll in additional accidental death and dismemberment insurance for you and your family members. Your premiums are based on the coverage you select.

*Group Universal Life Insurance (CIGNA).* You can enroll for additional life insurance for you and your family members. Your premium is based on the coverage you select.

Notes: For benefits not listed above and information on vacation, holidays, tuition reimbursement, etc., please see your human resources manager.

Your statement has been prepared based on data in Company records. Every effort has been made to ensure the accuracy of the information reported. However, errors can occur. In all cases, actual benefits will be paid in accordance with the governing plan documents or insurance contracts. If N/A appears instead of a benefit amount or specific information, it means you are not eligible for, or not participating in, that benefit.

The presentation of programs in this report does not create a contract between the Company and employees for either employment or any benefit. The Company hopes and expects to continue all of the above employee benefit plans indefinitely but reserves the right at any time to alter, suspend, discontinue or terminate them.

## BENEFIT CONTACTS

| | |
|---|---|
| From BFA Network | 721-(extension shown below) |
| From outside BFA Network | 330-379-(extension shown below) |
| **BENEFIT** | **STAFF MEMBER** |
| Direct Compensation | Paul Bordewick, extension 6288<br>e-mail: BordewickPaul@BFUSA.com |
| Indirect Compensation | Eric Thoma, extension 6321<br>e-mail: ThomaEric@BFUSA.com |
| Medical/Dental<br>BFRC (A-K) | Sally Knorr, extension 3878<br>e-mail: KnorrSally@BFUSA.com |
| BFRC (L-Z) | Linda Gross, extension 6088<br>e-mail: GrossLinda@BFUSA.com |
| CGR, WEBCO, Cobre Tire and BFNT field | Brenda Sacratini, extension 4546<br>e-mail: SacratiniBrenda@BFUSA.com |
| Supplemental Health Care & Dependent Care Expense Accounts | Debby Brown, extension 6417<br>e-mail: BrownDebby@BFUSA.com |
| Disability<br>•Long Term | Sandie Fugitt, extension 6992<br>e-mail: FugittSandie@BFUSA.com |
| •Short Term | Patty Babak, extension 3990<br>e-mail: BabakPatty@BFUSA.com |
| Life Insurance<br>(Basic, Travel, Personal Accident) | Patty Babak, extension 3990<br>e-mail: BabakPatty@BFUSA.com |
| Retirement Benefits | Cheryl Jandecka, extension 6995<br>e-mail: JandeckaCheryl@BFUSA.com |
| Savings Plan | John Richards, extension 6068<br>e-mail: RichardsJohn@BFUSA.com |
| | Pat Buchanan, extension 6809<br>e-mail: BuchananPat@BFUSA.com |
| Long Term Care Insurance (MetLife) | 1-800-438-6388 |
| Group Universal Life Insurance (CIGNA) | 1-800-828-3485 |

**See Your Human Resources or Location Manager for an Enrollment Change Form to Add/Delete Dependents or to Correct Dependent Information**

*WILLIAM J STUCKEY* [redacted]