# Exhibit 6

## Correspondence from Connecticut General Life Insurance Company to Plaintiff dated July 27, 2004

CIGNA Group Insurance
Life • Accident • Disability
1455 Valley Center Parkway
Bethlehem, PA 18017-2288

July 27, 2004

WILLIAM STUCKEY JR
2008 MINERAL SPRING AVE
NORTH PROVIDENCE RI 02911

Re: Explanation of Underwriting Decision
Bridgestone Americas Holdings
Policy #: M104040

Dear Mr. Stuckey Jr.,

Thank you for your interest in Connecticut General life insurance program. We hope the following information will answer your questions.

As part of our underwriting review, we received your Paramedical exam during which you admitted as having been diagnosed with diabetes in 1975. Based on this information, we placed you in an underwriting category whose overall mortality exceeds our limits for group life insurance coverage. Due to the limited nature of group insurance we are only able to consider applicants on an accept or decline basis.

Please note, this insurance product is administered independently of any other Bridgestone/Firestone benefits. Any address update information would need to be reported to both Bridgestone benefits and CIGNA Group Insurance separately.

We're sorry that our reply could not be more favorable. If you have additional questions, please feel free to contact us at the above address.

Sincerely,

Medical Underwriting Appeals Department
CIGNA Group Insurance