# Exhibit 9

## Connecticut General Life Insurance Company's History of Plaintiff's Policy (the "CGLIC History")

KIGREE - Kristen I. Greene
Insured: William J Stuckey Jr
Owner: William J Stuckey Jr
Billing Location: 02-01-1600
Thu, Jul 19, 2007 9:04:37 AM
Certificate: 02-1270630

Scale....+....1....+....2....+....3....+....4....+....5....+....6....+....7....+....8....+

*07/20/98 C GERRICK/D: CERT PKTS RETURNED, UNABLE TO FORWARD

*09/29/98 R KEMEZIS/J: OFF SALARY MULTI DUE TO GRANDFATHERING

*07/18/02 D PAUL/B: PER 6/02 INACTIVE WORK STATUS RPT LOA

*08/19/02 D PAUL/B: PER 7/02 VAR RPT NO PAY SENT 1XDB EE $70.70 LOA

*09/05/02 D PAUL/B: 1XDB CAME BACK NOT ABLE TO DELIVER

*09/18/02 D PAUL/B: PER 8/02 VAR RPT NO APY SENT 1XDB EE $70.70 LOA

*10/18/02 L SANTANA/T: BILL RETURNED-ADDRRESS UNKNOWN

*11/05/02 D PAUL/B: PER RAY IN HR PODB DUE TO LOA STATUS

*10/17/03 K BARRY/CS: EE CALLED DUE TO HE RETIRED 09/28/02. EE CHANGED ADD AND TEL NUMBER DUE TO WHAT WE HAVE ON FILE WAS 7 YEARS OLD. EE WANTS TO APPLY FOR REINSTATEMENT. SENT EVI.

*02/17/04 M SCHARKOZY/A: RECD EVI FOR REINSTATEMENT- SENT EVI FOR HGHT & WGHT NAME OF MEDICATIONS

*03/10/04 V HENDERSHOT/B: RCVD EVI TO REINSTATE EE FOR 200K, SENT TO U/W

*04/23/04 W COLON/A: EE CLD W/QUEST ON REINSTATMENT PROCESS/ADVS EE OF PHONE# OF EMSI

*06/08/04 D DETWEILER/T: EE CALLED VERY UPSET ABOUT DECLINE LETTER--STATES HE WAS TOLD BY EMSI THAT THEY WOULD SEND THE RESULTS FOR PARA EXAM-ADV HE NEEDS TO WRITE TO US TO REQ THE RESULTS-HE DOES NOT WANT TO TAKE THE INFO--DOES NOT WANT THE INFO FOR CONSUMER ADVOCATE EITHER STATES HE WILL BE TAKING THIS TO AN ATTORNEY AND WILL SUE US FOR A GREAT DEAL OF MONEY-ADV EE IT IS UP TO HIM TO KEEP ADDRESS CURRENT-HE STATES WE SHOULD HAVE CONTACTED HIS FORMER EMPLOYER WHEN MAIL CAME BACK-ADV AGAIN UP TO HIM TO KEEP ADDRESS CURRENT-EE DOES NOT WANT TO TAKE AN INFO FOR APPEAL OR ADVOCATE OR FOR REQ TEST RESULTS-KEEPS REPEATING HE WILL SUE US

*08/10/04 B BOYLE/J: RECEIVED A COMPLAINT LETTER REGARDING LAPSE AND U/W DECISION

*08/17/04 B BARBER/A:****SENT COMPLAINT RESPONSE TO EE & SENT COPY TO IP FOR FILES***

*08/23/04 S SOLIS/A: EE P/C WAS UPSET WITH RESPONSE THAT WAS SENT SD THAT THE LETTER WAS NOTHING BUT NONSENSE; FELT THAT U/W SHOULD NOT HAVE DENIED HIM DUE TO HIM HAVING DIABETES IF THAT WAS THE CASE WHEN THE COMPANY CAME OVER FROM JOHNSON AND HIGGENS WE SHOULD HAVE REJECTED HIM THEN; EXP THAT EVERYONE THAT HAD COVERAGE WOULD HAVE BEEN GRANDFATHERED OVER; EXP THAT U/W HAS THEIR GUILDELINES THEY HAVE TO FOLLOW; WENT OVER INFO ON WHEN WE CONVERTED HIM TO DBILL, WHEN THE BILL WAS ISSUED OUT, I ALSO VERIFIED THE ADDRESS THE BILL WENT TO; SD THAT WAS AN OLD ADDRESS ADV HIM IT WAS HIS RESPONSIBILITY TO CALL IN AND UPDATE THAT ADDRESS DIDNT AGREE; SAID HE WOULD BE GETTING IN CONTACT WITH IS ATTORNEY AND WOULD BE FILING A LAWSUIT AGAINST CIGNA

*02/21/06 K GREENE/L: REC'D COMPLAINT LETTER FROM RI DOI ON BEHALF OF EE. WILL REVIEW AND RESPOND.

*03/03/06 A MIQUEL/A: SENT COMPLETED COMPLAINT RESPONSE TODAY TO THE RI DOI. COPY TO BACKFILE.

*06/21/07 K GREENE/L: REC'D COMPLAINT FROM ATTORNEY GAAL. WILL REVIEW AND RESPOND.

*06/22/07 K GREENE/L: FAXED COPY TO JOAN MARKOE.

*07/02/07 R SMITH/B: GABRIELLA FROM LAWYERS OFFICE CLD FOR STATUS OF CONSUMER ADVACATE LETTER - ADV STILL BEING LOOKED INTO

*07/12/07 K GREENE/L: **DELAYED RESPONSE UNTIL 07/18/07. SENT DELAY LTR TO GABRIELLA ON 07/05/07**

*07/19/07 K GREENE/L: **FAXED DELAY LETTER TO ATTORNEY GABRIELLA GAAL. RESPONSE DELAYED FOR ADDITIONAL 15 CALENDAR DAYS* PER PHONE CALL W/ JOAN MARKOE & MIKE WAGNER*

Scale....+....1....+....2....+....3....+....4....+....5....+....6....+....7....+....8....+