# Exhibit 10

**Inquiry from Debra Paul, Reconciliation Representative, Connecticut General Life Insurance Company, to Ray Madonia, Bridgestone/Firestone, Inc., dated November 4, 2002. (the "CGLIC Inquiry")**

COVER SHEET

# FAX

**To:** Ray Madonia
**Fax #:** 330.379.4628
**Subject:** Variance information 09/02 payment
**Date:** November 4, 2002
**Pages:** 4, including this cover sheet.

COMMENTS:

Enclosed is the list of employees we have identified as not currently receiving payroll deductions or who are underpaid or over paid. We would like to remove the inactive employees and begin billing them at home.

Please indicate the employee statuses and reason for deduction amount paid, on the form provided. The following Variance Code should be used to identify their status:

Variance Code:

A = Actively at work (Please provide reason for non-payment or discrepancy)
T = Termination
X = Transfer (Please provide new location)
R = Retired
D = Deceased
L = Leave of Absence (medical leave if applicable)

Please fax the report back to my attention at (610)758-7053. Your prompt attention to this matter is greatly appreciated. If you have any questions or concerns please don't hesitate to contact me.

Thank You,
Debbie
Debra Paul
Reconciliation Representative

Debra Paul
Reconciliation Representative
CIGNA Group Universal Life Insurance
1455 Valley Center Parkway
Bethlehem, PA 18017-2288

610-758-7719
Fax: 610-758-7053

# Unresolved Variance

| Post-it® Fax Note 7671 | Date 11/04/02 # of pages ▸ 3 |
|---|---|
| To Debra Paul | From R. Madonia |
| Co./Dept. CIGNA | Co. Bridgestone/Firestone |
| Phone # | Phone # |
| Fax # 610-758-7053 | Fax # |

Variance Code chart listed below. Also,

A = Actively At Work
T = Termination
X = Transfer (Please provide new location)
R = Retiree
D = Deceased
L = Leave of Absence (Medical Leave if applicable)

Please note that any employee with an asterisk (*) has been a discrepancy for 3 or more months.

The following employee(s) did not have deductions

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|
| [redacted] | W Stuckey Jr* | 70.70 | 0.00 | LOA since 7/02 | Should we put this employee on a bill at home basis? YES |
| [redacted] | [redacted] | 21.45 | 0.00 | Term | Please provide term date: 08/31/98 |
| [redacted] | [redacted] | 5.50 | 0.00 | Term | Please provide term date: 08/06/02 |
| [redacted] | [redacted] | 10.13 | 0.00 | LOA since 7/02 | Should we put this employee on a bill at home basis? YES |
| [redacted] | [redacted] | 1.12 | 0.00 | Term | Please provide term date: 09/01/02 |
| [redacted] | [redacted] | 14.75 | 0.00 | Term | Please provide term date: 08/19/02 |
| [redacted] | [redacted] | 1.08 | 0.00 | Terminated | 08/10/02 |
| [redacted] | [redacted] | 8.90 | 0.00 | Bridgestone | Sports |
| [redacted] | [redacted] | 4.89 | 0.00 | LOA since 7/02 | Should we put this employee on a bill at home basis? YES |
| [redacted] | [redacted] | 15.23 | 0.00 | No prem recd since 7/02 | Should we put this employee on a bill at home basis? YES |
| [redacted] | [redacted] | 4.00 | 0.00 | Term | Please provide term date: 08/24/02 |
| [redacted] | [redacted] | 3.43 | 0.00 Bridgestone Sports | - Term | 10/23/02 |
| [redacted] | [redacted] | 1.08 | 0.00 | Term | Please provide term date: 08/09/02 |
| [redacted] | [redacted] | 5.87 | 0.00 | LOA since 70/2 | Should we put this employee on a bill at home basis? YES |

Billing & Reconciliation

NOV 04 '02 09:46AM CIGNA P.3

# Unresolved Variance

| | |
|---|---|
| **Company Name** | Bridgestone |
| **Billing Location** | 02-01-1601 |
| **File Month** | 9/02 |

Please indicate the employee(s) statuses using the following Variance Code chart listed below. Also, indicate the reason for the missed deduction or discrepancy.

A = Actively At Work
T = Termination
X = Transfer (Please provide new location)
R = Retiree
D = Deceased
L = Leave of Absence (Medical Leave if applicable)

Please note that any employee with an asterisk (*) has been a discrepancy for 3 or more months.

The following employee(s) did not have deductions

| [illegible] | Name | Amount Billed | Amount Paid | Status | Reason |
|---|---|---|---|---|---|
| [redacted] | [redacted] | 19.59 | 0.00 | LOA since 7/02 | Should we put this employee on a bill at home basis? YES |
| [redacted] | [redacted] | 58.12 | 0.00 | LOA since 7/02 | Should we put this employee on a bill at home basis? YES |
| [redacted] | [redacted] | 2.50 | 0.00 WRONG | SS# | S/B [redacted] |

Billing & Reconciliation