# Exhibit 12

## Response from Ray Madonia to Debra Paul, Dated November 4, 2002

# Unresolved Variance

| Post-it® Fax Note 7671 | Date 11/04/02 # of pages ▶ 3 |
|---|---|
| To Debra Paul | From R. Mabonia |
| Co./Dept. CIGNA | Co. Bridgestone/Firestone |
| Phone # | Phone # |
| Fax # 610-758-7053 | Fax # |

Variance Code chart listed below. Also,

| | | |
|---|---|---|
| A | = | Actively At Work |
| T | = | Termination |
| X | = | Transfer (Please provide new location) |
| R | = | Retiree |
| D | = | Deceased |
| L | = | Leave of Absence (Medical Leave if applicable) |

Please note that any employee with an asterisk (*) has been a discrepancy for 3 or more months.

The following employee(s) did not have deductions

| [illegible] | [illegible] | [illegible] Billed | [illegible] Paid | [illegible] | [illegible] |
|---|---|---|---|---|---|
| [redacted] | W Stuckey Jr* | 70.70 | 0.00 | LOA since 7/02 | Should we put this employee on a bill at home basis? YES |
| [redacted] | [redacted] | 21.45 | 0.00 | Term | Please provide term date: 08/31/98 |
| [redacted] | [redacted] | 5.50 | 0.00 | Term | Please provide term date: 08/06/02 |
| [redacted] | [redacted] | 10.13 | 0.00 | LOA since 7/02 | Should we put this employee on a bill at home basis? YES |
| [redacted] | [redacted] | 1.12 | 0.00 | Term | Please provide term date: 09/01/02 |
| [redacted] | [redacted] | 14.75 | 0.00 | Term | Please provide term date: 08/19/02 |
| [redacted] | [redacted] | 1.08 | 0.00 | Terminated | 08/10/02 |
| [redacted] | [redacted] | 8.90 | 0.00 | Bridgestone | Sports |
| [redacted] | [redacted] | 4.89 | 0.00 | LOA since 7/02 | Should we put this employee on a bill at home basis? YES |
| [redacted] | [redacted] | 15.23 | 0.00 | No prem recd since 7/02 | Should we put this employee on a bill at home basis? YES |
| [redacted] | [redacted] | 4.00 | 0.00 | Term | Please provide term date: 08/24/02 |
| [redacted] | [redacted] | 3.43 | 0.00 Bridgestone Sports | - Term | 10/23/02 |
| [redacted] | [redacted] | 1.08 | 0.00 | Term | Please provide term date: 08/09/02 |
| [redacted] | [redacted] | 5.87 | 0.00 | LOA since 70/2 | Should we put this employee on a bill at home basis? YES |