UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM J. STUCKEY, JR., Plaintiff | ) | |
| v. | ) | C.A. No. 07-310/ML |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/ FIRESTONE AMERICAS HOLDING, INC. and JOHN DOE, Defendants | ) | |

STIPULATION

Plaintiff and defendant Connecticut General Life Insurance Company agree that defendant Connecticut General Life Insurance Company may have up to and including September 5, 2008 to object to plaintiff's motion for summary judgment and to reply to plaintiff's objection to Connecticut General Life Insurance Company's motion for summary judgment.

/s/ Carl S. Levin
Carl S. Levin, Esq., #3336
ARMSTRONG, GIBBONS & GNYS LLP
Attorneys for Plaintiff
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500
(401) 751-4124 FAX
clevin@agglaw.com

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendant Connecticut General Life Insurance Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: July 30, 2008

CERTIFICATE OF SERVICE

To:

Carl S. Levin, Esq.
Armstrong, Gibbons & Gnys, LLP
155 South Main Street – Suite 301
Providence, RI 02903

James A. Ruggieri, Esq.
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903

I hereby certify that I electronically filed this stipulation on July 30, 2008. The stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Brooks R. Magratten