**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. STUCKEY, JR.,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **C.A. NO.: 07-310-L** |
| | : | |
| **CONNECTICUT GENERAL LIFE INSURANCE COMPANY, BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE,** | : | |
| **Defendants.** | : | |

**DEFENDANT BRIDGESTONE AMERICAS HOLDING, INC.'S**
**<u>RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Connecticut General Life Insurance Company filed a Motion for Summary Judgment (Docket Entry No. 25), to which Plaintiff has filed a Response and cross Motion for Summary Judgment, with supporting Memorandum (Docket Entry Nos. 32 and 33). Plaintiff's Motion for Summary Judgment does not address or affect his claims against Defendant Bridgestone Americas Holding, Inc. ("Bridgestone"). <u>See</u> Docket Entry 32 and 33. Accordingly, Bridgestone takes no position on, and thus neither supports nor objects to, Plaintiff's Motion.

Respectfully Submitted,
Bridgestone Americas Holding, Inc.
By Its Attorneys,

/s/ James A. Ruggieri
James A. Ruggieri, Esq. #2828
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Pro Hac Vice Counsel:
Jason D. Fisher, Esq., TN Bar # 20076
WALLER LANSDEN DORTCH & DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: (615) 244-6380
Fax: (615) 244-6804

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a copy of the within document via electronic mail through Electronic Case Filing on the 11th day of August, 2008 to the following counsel of record:

Carl S. Levin, Esq.
ARMSTRONG, GIBBONS & GYNS, LLP
155 South Main Street, Suite 301
Providence, RI 02903

Brooks R. Magratten, Esq.
Catherine A. Shaghalian, Esq.
VETTER & WHITE
20 Washington Place
Providence, RI 02903

/s/ James A. Ruggieri