**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM J. STUCKEY, JR., Plaintiff,** | : | |
| vs. | : | **C.A. NO.: 07-310-L** |
| **CONNECTICUT GENERAL LIFE INSURANCE COMPANY, BRIDGESTONE AMERICAS HOLDING, INC., f/k/a BRIDGESTONE/FIRESTONE AMERICAS HOLDING, INC. & JOHN DOE, Defendants.** | : | |

**MOTION OF PLAINTIFF AND DEFENDANTS TO VACATE AND EXTEND REMAINING DEADLINES PENDING RESOLUTION OF THE CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff William J. Stuckey, Jr. ("Plaintiff"), and Defendants Bridgestone Americas Holding, Inc. ("Bridgestone") and Connecticut General Life Insurance Company ("CGLIC") move the Court to vacate and extend the remaining deadlines in this matter until after the Court issues a decision on the cross-motions for summary judgment filed by Plaintiff and CGLIC. In support of this Joint Motion, the parties aver as follows:

1. Plaintiff and CGLIC have already filed cross-motions for summary judgment before the expiration of discovery in this case. Docket Entry Nos. 25, 32.

2. Bridgestone has taken no position on either motion, neither affecting Plaintiff's claims against it. See, e.g., Docket Entry No. 37.

3. Bridgestone intends to conduct additional discovery before filing, if necessary, its own motion for summary judgment.

4. Plaintiff intends to conduct additional discovery of CGLIC and Bridgestone prior to filing a motion for summary judgment against Bridgestone, and in further preparation for trial against both Defendants.

5. The Court has set the deadline for discovery in this matter for September 29, 2008, the deadline for dispositive motions for October 14, 2008 and the deadline for pretrial memoranda for October 31, 2008. Text Order Granting Joint Motion (Docket Entry No. 24).

6. Plaintiff and Defendants believe that additional discovery may become unnecessary depending upon the outcome of Plaintiff's and CGLIC's cross-motions for summary judgment and intervening discussions of the parties.

7. Accordingly, Plaintiff and Defendants are filing this Motion in an effort to avoid or limit potentially unnecessary discovery and motions in this matter, pending the Court's decision on Plaintiff's and CGLIC's cross-motions for summary judgment.

/s/ Carl S. Levin
Carl S. Levin, Esq. #3336
ARMSTRONG, GIBBONS & GYNS LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
Tel: (401) 751-1500
Fax: (401) 751-4124

Attorney for Plaintiff

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq. #3585
Vetter & White
20 Washington Place
Providence, RI 02903
Tel:(401) 421-3060
Fax (401)272-6803

Attorney For Defendant CGLIC

/s/ James A. Ruggieri
James A. Ruggieri, Esq. #2828
HIGGINS, CAVANAGH & COONEY, LLP
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

Pro Hac Vice Counsel:
Jason D. Fisher, Esq., TN Bar # 20076
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
Tel: (615) 244-6380
Fax: (615) 244-6804

Attorneys for Defendant Bridgestone